# EXHIBIT A

**UTM20**  Used in the 1930's



**UTM15**  In use by 1915



**UTM18**  1915 – 1920



**UTM16**  In use 1921 – 1947



**UTM19**  New gasoline in 1926




**UTM11**  Before 1937



**UTM8**  Active 1932 – 1938 (76 gasoline new in



**UTM32**  1932 – 1938



**UTM13**  1932 – 1938



**UTM30**   1932 – 1947



**UTM4**   1938 – 1947



**UTM9**   This design from 1950's (Circle introduced in 1947)



**UTM3**   This design from 1960's



**UTM14***   Used in 1950's – 1960's



**UTM7**   Introduced in 1955



**UTM6**   Introduced in 1955



**UTM10**   1955 – 1960



**UTM12**   1955 – 1960



**UTM2**   In use by 1958



**UTM1**   New in 1967
In use to present



\* Finished art to come