# EXHIBIT B

Int. Cls.: 4 and 37

Prior U.S. Cls.: 1, 6, 15, 100, 103 and 106

**United States Patent and Trademark Office**

Reg. No. 2,935,849
Registered Mar. 29, 2005

**TRADEMARK**
**SERVICE MARK**
**PRINCIPAL REGISTER**



CONOCOPHILLIPS COMPANY (DELAWARE CORPORATION)

600 NORTH DAIRY ASHFORD

HOUSTON, TX 77079

FOR: CUTTING OILS, THREAD-CUTTING OILS, GASOLINE, KEROSENE, HYDRAULIC OIL, LUBRICATING OILS AND GREASES, IN CLASS 4 (U.S. CLS. 1, 6 AND 15).

FIRST USE 11-18-1952; IN COMMERCE 11-18-1952.

FOR: VEHICLE SERVICE STATION SERVICES, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 12-29-1966; IN COMMERCE 12-29-1966.

OWNER OF U.S. REG. NOS. 566,785, 2,827,880 AND OTHERS.

SER. NO. 76-566,947, FILED 12-11-2003.

BRIAN BROWN, EXAMINING ATTORNEY





**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



Assignments on the Web > **Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 1**

| | | | |
|---|---|---|---|
| **Serial #:** 76566947 | **Filing Dt:** 12/11/2003 | **Reg #:** 2935849 | **Reg. Dt:** 03/29/2005 |
| **Registrant:** ConocoPhillips Company | | | |
| **Mark:** 76 | | | |

**Assignment: 1**

| | | | |
|---|---|---|---|
| **Reel/Frame:** 4805/0721 | **Recorded:** 06/22/2012 | | **Pages:** 33 |

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** CONOCOPHILLIPS COMPANY
        **Exec Dt:** 04/26/2012
        **Entity Type:** CORPORATION
        **Citizenship:** DELAWARE

**Assignee:** PHILLIPS 66 COMPANY
P. O. BOX 4428
INTELLECTUAL PROPERTY LEGAL
HOUSTON, TEXAS 77210
        **Entity Type:** CORPORATION
        **Citizenship:** DELAWARE

**Correspondent:** PHILLIPS 66 COMPANY
P. O. BOX 4428
INTELLECTUAL PROPERTY LEGAL
HOUSTON, TX 77210

Search Results as of: 01/05/2021 01:00 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

**Int. Cl.: 37**

**Prior U.S. Cls.: 100, 103 and 106**

**Reg. No. 2,938,185**

**United States Patent and Trademark Office**

Registered Apr. 5, 2005

## SERVICE MARK
### PRINCIPAL REGISTER



CONOCOPHILLIPS COMPANY (DELAWARE CORPORATION)
600 NORTH DAIRY ASHFORD
HOUSTON, TX 77079

FOR: VEHICLE SERVICE STATION SERVICES, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 6-30-2003; IN COMMERCE 8-20-2003.

OWNER OF U.S. REG. NOS. 566,785 AND 867,703.

THE COLOR(S) RED AND BLUE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE NUMBER 76 DEPICTED IN THE COLOR BLUE IN A RED CIRCLE.

SER. NO. 78-391,695, FILED 3-26-2004.

DAWN HAN, EXAMINING ATTORNEY

USPTO Assignments on the Web



### United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



**Assignments on the Web > Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 1**

| | | |
|---|---|---|
| **Serial #:** 78391695 | **Filing Dt:** 03/26/2004 | **Reg #:** 2938185 | **Reg. Dt:** 04/05/2005 |

**Registrant:** ConocoPhillips Company
**Mark:** 76

**Assignment: 1**

**Reel/Frame:** 4805/0721　　　　**Recorded:** 06/22/2012　　　　**Pages:** 33

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** CONOCOPHILLIPS COMPANY

**Exec Dt:** 04/26/2012
**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

**Assignee:** PHILLIPS 66 COMPANY
P. O. BOX 4428
INTELLECTUAL PROPERTY LEGAL
HOUSTON, TEXAS 77210

**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

**Correspondent:** PHILLIPS 66 COMPANY
P. O. BOX 4428
INTELLECTUAL PROPERTY LEGAL
HOUSTON, TX 77210

Search Results as of: 01/05/2021 01:06 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

**Int. Cl.: 4**

**Prior U.S. Cls.: 1, 6 and 15**

**Reg. No. 2,940,047**

**United States Patent and Trademark Office**

Registered Apr. 12, 2005

## TRADEMARK
### PRINCIPAL REGISTER



CONOCOPHILLIPS COMPANY (DELAWARE CORPORATION)
600 NORTH DAIRY ASHFORD
HOUSTON, TX 77079

FOR: GASOLINE, DIESEL FUEL AND KEROSENE, IN CLASS 4 (U.S. CLS. 1, 6 AND 15).

FIRST USE 8-20-2003; IN COMMERCE 8-20-2003.

OWNER OF U.S. REG. NOS. 566,785, 867,703, AND 2,636,225.

THE COLOR(S) RED AND BLUE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE COLOR RED APPEARS IN THE RED CIRCULAR BACKGROUND AND THE COLOR BLUE APPEARS IN THE NUMBER "76".

SER. NO. 78-391,709, FILED 3-26-2004.

RENEE MCCRAY, EXAMINING ATTORNEY



**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



**Assignments on the Web > Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 1**

| | | | |
|---|---|---|---|
| **Serial #:** 78391709 | **Filing Dt:** 03/26/2004 | **Reg #:** 2940047 | **Reg. Dt:** 04/12/2005 |
| **Registrant:** ConocoPhillips Company | | | |
| **Mark:** 76 | | | |

**Assignment: 1**

| | | | |
|---|---|---|---|
| **Reel/Frame:** 4805/0721 | **Recorded:** 06/22/2012 | | **Pages:** 33 |

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** CONOCOPHILLIPS COMPANY

                **Exec Dt:** 04/26/2012
              **Entity Type:** CORPORATION
                **Citizenship:** DELAWARE

**Assignee:** PHILLIPS 66 COMPANY
      P. O. BOX 4428
      INTELLECTUAL PROPERTY LEGAL
      HOUSTON, TEXAS 77210

              **Entity Type:** CORPORATION
                **Citizenship:** DELAWARE

**Correspondent:** PHILLIPS 66 COMPANY
         P. O. BOX 4428
         INTELLECTUAL PROPERTY LEGAL
         HOUSTON, TX 77210

Search Results as of: 01/05/2021 01:06 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22, and 41

**United States Patent and Trademark Office**

Reg. No. 3,024,484

Registered Dec. 6, 2005

## TRADEMARK
### PRINCIPAL REGISTER



CONOCOPHILLIPS COMPANY (DELAWARE CORPORATION)
600 NORTH DAIRY ASHFORD
HOUSTON, TX 770791175

FOR: LUGGAGE; TOTE BAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 4-19-2004; IN COMMERCE 4-19-2004.

OWNER OF U.S. REG. NOS. 754,629, 2,255,427, AND OTHERS.

SN 78-317,044, FILED 10-22-2003.

LINDA ESTRADA, EXAMINING ATTORNEY



**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



**Assignments on the Web > Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 1**

| | | | |
|---|---|---|---|
| **Serial #:** 78317044 | **Filing Dt:** 10/22/2003 | **Reg #:** 3024484 | **Reg. Dt:** 12/06/2005 |
| **Registrant:** ConocoPhillips Company | | | |
| **Mark:** 76 | | | |

**Assignment: 1**

| | | |
|---|---|---|
| **Reel/Frame:** 4805/0721 | **Recorded:** 06/22/2012 | **Pages:** 33 |
| **Conveyance:** ASSIGNS THE ENTIRE INTEREST | | |
| **Assignor:** CONOCOPHILLIPS COMPANY | | **Exec Dt:** 04/26/2012 |
| | | **Entity Type:** CORPORATION |
| | | **Citizenship:** DELAWARE |
| **Assignee:** PHILLIPS 66 COMPANY | | **Entity Type:** CORPORATION |
| P. O. BOX 4428 | | **Citizenship:** DELAWARE |
| INTELLECTUAL PROPERTY LEGAL | | |
| HOUSTON, TEXAS 77210 | | |
| **Correspondent:** PHILLIPS 66 COMPANY | | |
| P. O. BOX 4428 | | |
| INTELLECTUAL PROPERTY LEGAL | | |
| HOUSTON, TX 77210 | | |

Search Results as of: 01/05/2021 01:07 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

Int. Cl.: 4

Prior U.S. Cls.: 1, 6, and 15

**United States Patent and Trademark Office**

Reg. No. 3,042,693
Registered Jan. 10, 2006

## TRADEMARK
### PRINCIPAL REGISTER



CONOCOPHILLIPS COMPANY (DELAWARE CORPORATION)
600 NORTH DAIRY ASHFORD
MA 1138
HOUSTON, TX 770791175

FOR: CUTTING OILS, THREADING CUTTING OILS, HYDRAULIC OILS, LUBRICATING OILS, AUTOMOTIVE GREASES, GENERAL PURPOSE AND INDUSTRIAL GREASES, IN CLASS 4 (U.S. CLS. 1, 6 AND 15).

FIRST USE 6-30-2004; IN COMMERCE 6-30-2004.

OWNER OF U.S. REG. NOS. 566,785 AND 867,703.

THE COLOR(S) RED AND BLUE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE NUMBER 76 DEPICTED IN THE COLOR BLUE IN A RED CIRCLE.

SN 78-391,705, FILED 3-26-2004.

CYNTHIA SLOAN, EXAMINING ATTORNEY



**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 1**

| | | | |
|---|---|---|---|
| **Serial #:** 78391705 | **Filing Dt:** 03/26/2004 | **Reg #:** 3042693 | **Reg. Dt:** 01/10/2006 |
| **Registrant:** ConocoPhillips Company | | | |
| **Mark:** 76 | | | |

**Assignment: 1**

| | | | |
|---|---|---|---|
| **Reel/Frame:** 4805/0721 | **Recorded:** 06/22/2012 | | **Pages:** 33 |
| **Conveyance:** ASSIGNS THE ENTIRE INTEREST | | | |
| **Assignor:** CONOCOPHILLIPS COMPANY | | **Exec Dt:** 04/26/2012 | |
| | | **Entity Type:** CORPORATION | |
| | | **Citizenship:** DELAWARE | |
| **Assignee:** PHILLIPS 66 COMPANY | | **Entity Type:** CORPORATION | |
| P. O. BOX 4428 | | **Citizenship:** DELAWARE | |
| INTELLECTUAL PROPERTY LEGAL | | | |
| HOUSTON, TEXAS 77210 | | | |
| **Correspondent:** PHILLIPS 66 COMPANY | | | |
| P. O. BOX 4428 | | | |
| INTELLECTUAL PROPERTY LEGAL | | | |
| HOUSTON, TX 77210 | | | |

Search Results as of: 01/05/2021 01:08 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

**Int. Cl.: 28**

**Prior U.S. Cls.: 22, 23, 38, and 50**

**United States Patent and Trademark Office**

Reg. No. 3,069,038
Registered Mar. 14, 2006

## TRADEMARK
### PRINCIPAL REGISTER



CONOCOPHILLIPS COMPANY (DELAWARE CORPORATION)
MA 1136
600 NORTH DAIRY ASHFORD
HOUSTON, TX 770791175

FOR: TOYS, NAMELY, ELECTRIC ACTION TOYS, NON-RIDING TRANSPORTATION TOYS, YO-YOS, PLAY GASOLINE STATIONS AND PUMPS, TOY MODEL CARS, TOY MODEL TRUCKS, AND SPORT BALLS, AND TOY BANKS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 7-1-2001; IN COMMERCE 7-1-2001.

OWNER OF U.S. REG. NOS. 754,629, 2,155,294, AND OTHERS.

SN 78-317,009, FILED 10-22-2003.

LINDA ESTRADA, EXAMINING ATTORNEY



**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



Assignments on the Web > **Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 1**

| | | | |
|---|---|---|---|
| **Serial #:** 78317009 | **Filing Dt:** 10/22/2003 | **Reg #:** 3069038 | **Reg. Dt:** 03/14/2006 |
| **Registrant:** ConocoPhillips Company | | | |
| **Mark:** 76 | | | |

**Assignment: 1**

| | | |
|---|---|---|
| **Reel/Frame:** 4805/0721 | **Recorded:** 06/22/2012 | **Pages:** 33 |

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

| | |
|---|---|
| **Assignor:** CONOCOPHILLIPS COMPANY | **Exec Dt:** 04/26/2012 |
| | **Entity Type:** CORPORATION |
| | **Citizenship:** DELAWARE |
| **Assignee:** PHILLIPS 66 COMPANY | **Entity Type:** CORPORATION |
| P. O. BOX 4428 | **Citizenship:** DELAWARE |
| INTELLECTUAL PROPERTY LEGAL | |
| HOUSTON, TEXAS 77210 | |
| **Correspondent:** PHILLIPS 66 COMPANY | |
| P. O. BOX 4428 | |
| INTELLECTUAL PROPERTY LEGAL | |
| HOUSTON, TX 77210 | |

Search Results as of: 01/05/2021 01:09 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

Int. Cl.: 21

Prior U.S. Cls.: 2, 13, 23, 29, 30, 33, 40, and 50

**United States Patent and Trademark Office**

Reg. No. 3,093,884
Registered May 16, 2006

## TRADEMARK
### PRINCIPAL REGISTER



CONOCOPHILLIPS COMPANY (DELAWARE CORPORATION)
600 NORTH DAIRY ASHFORD
HOUSTON, TX 770791175

FOR: THERMAL INSULATED CONTAINERS FOR FOOD OR BEVERAGE; BEVERAGE COOLERS; INSULATING SLEEVE HOLDERS FOR BEVERAGE CANS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 7-14-2004; IN COMMERCE 7-14-2004.

OWNER OF U.S. REG. NOS. 754,629, 2,255,427, AND OTHERS.

SN 78-317,187, FILED 10-22-2003.

LINDA ESTRADA, EXAMINING ATTORNEY

 **United States Patent and Trademark Office** 

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Assignments on the Web > **Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 2**

| | | | |
|---|---|---|---|
| **Serial #:** 78317187 | **Filing Dt:** 10/22/2003 | **Reg #:** 3093884 | **Reg. Dt:** 05/16/2006 |
| **Registrant:** ConocoPhillips Company | | | |
| **Mark:** 76 | | | |

### Assignment: 1

| | | |
|---|---|---|
| **Reel/Frame:** 4778/0867 | **Recorded:** 05/14/2012 | **Pages:** 7 |
| **Conveyance:** ASSIGNS THE ENTIRE INTEREST | | |
| **Assignor:** CONOCOPHILLIPS COMPANY | | **Exec Dt:** 04/26/2012 |
| | | **Entity Type:** CORPORATION |
| | | **Citizenship:** DELAWARE |
| **Assignee:** PHILLIPS 66 COMPANY | | **Entity Type:** CORPORATION |
| 600 N. DAIRY ASHFORD | | **Citizenship:** DELAWARE |
| ML-1165 | | |
| HOUSTON, TEXAS 77079 | | |
| **Correspondent:** PHILLIPS 66 COMPANY | | |
| 600 N. DAIRY ASHFORD RD. | | |
| ML-1165 | | |
| HOUSTON, TX 77079 | | |

### Assignment: 2

| | | |
|---|---|---|
| **Reel/Frame:** 4805/0721 | **Recorded:** 06/22/2012 | **Pages:** 33 |
| **Conveyance:** ASSIGNS THE ENTIRE INTEREST | | |
| **Assignor:** CONOCOPHILLIPS COMPANY | | **Exec Dt:** 04/26/2012 |
| | | **Entity Type:** CORPORATION |
| | | **Citizenship:** DELAWARE |
| **Assignee:** PHILLIPS 66 COMPANY | | **Entity Type:** CORPORATION |
| P. O. BOX 4428 | | **Citizenship:** DELAWARE |
| INTELLECTUAL PROPERTY LEGAL | | |
| HOUSTON, TEXAS 77210 | | |
| **Correspondent:** PHILLIPS 66 COMPANY | | |
| P. O. BOX 4428 | | |
| INTELLECTUAL PROPERTY LEGAL | | |
| HOUSTON, TX 77210 | | |

Search Results as of: 01/05/2021 01:10 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**United States Patent and Trademark Office**

Reg. No. 3,107,583

Registered June 20, 2006

## TRADEMARK
### PRINCIPAL REGISTER



CONOCOPHILLIPS COMPANY (DELAWARE CORPORATION)
600 NORTH DAIRY ASHFORD
MA 1136
HOUSTON, TX 770791175

FOR: CLOTHING, NAMELY, CAPS; SPORTS SHIRTS; DRESS SHIRTS; T-SHIRTS; JACKETS; WIND RESISTANT JACKETS; SWEATSHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 3-5-2004; IN COMMERCE 3-5-2004.

OWNER OF U.S. REG. NOS. 566,785, 2,940,047, AND OTHERS.

SN 78-317,192, FILED 10-22-2003.

LINDA ESTRADA, EXAMINING ATTORNEY



**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



Assignments on the Web > **Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 1**

| | |
|---|---|
| **Serial #:** 78317192 | **Filing Dt:** 10/22/2003    **Reg #:** 3107583    **Reg. Dt:** 06/20/2006 |
| **Registrant:** ConocoPhillips Company | |
| **Mark:** 76 | |

**Assignment: 1**

| | | |
|---|---|---|
| **Reel/Frame:** 4804/0165 | **Recorded:** 06/19/2012 | **Pages:** 7 |
| **Conveyance:** ASSIGNS THE ENTIRE INTEREST | | |
| **Assignor:** CONOCOPHILLIPS COMPANY | | **Exec Dt:** 04/26/2012 |
| | | **Entity Type:** CORPORATION |
| | | **Citizenship:** DELAWARE |
| **Assignee:** PHILLIPS 66 COMPANY | | **Entity Type:** CORPORATION |
| PO BOX 4428 | | **Citizenship:** DELAWARE |
| INTELLECTUAL PROPRETY - LEGAL | | |
| HOUSTON, TEXAS 77210 | | |
| **Correspondent:** PHILLIPS 66 COMPANY | | |
| PO BOX 4428 | | |
| INTELLECTUAL PROPERTY - LEGAL | | |
| HOUSTON, TX 77210 | | |

Search Results as of: 01/05/2021 01:11 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

**Int. Cl.: 4**

**Prior U.S. Cls.: 1, 6 and 15**

**United States Patent and Trademark Office**

**Reg. No. 3,176,763**

Registered Nov. 28, 2006

## TRADEMARK
### PRINCIPAL REGISTER

# 76

CONOCOPHILLIPS COMPANY (DELAWARE CORPORATION)
MA 1138
600 NORTH DAIRY ASHFORD
HOUSTON, TX 770791175

FOR: FUEL FOR MOTOR VEHICLES, NAMELY, GASOLINE, DIESEL; INDUSTRIAL OILS; GENERAL PURPOSE INDUSTRIAL GREASES AND AUTOMOTIVE LUBRICANTS, IN CLASS 4 (U.S. CLS. 1, 6 AND 15).

FIRST USE 1-2-1932; IN COMMERCE 1-2-1932.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 566,785, 3,042,693 AND OTHERS.

SER. NO. 78-777,430, FILED 12-20-2005.

KIMBERLY FRYE, EXAMINING ATTORNEY



**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



Assignments on the Web > **Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 1**

| | | | |
|---|---|---|---|
| **Serial #:** 78777430 | **Filing Dt:** 12/20/2005 | **Reg #:** 3176763 | **Reg. Dt:** 11/28/2006 |
| **Registrant:** ConocoPhillips Company | | | |
| **Mark:** 76 | | | |

**Assignment: 1**

| | | | |
|---|---|---|---|
| **Reel/Frame:** 4805/0721 | **Recorded:** 06/22/2012 | | **Pages:** 33 |

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** CONOCOPHILLIPS COMPANY

                                                        **Exec Dt:** 04/26/2012
                                                      **Entity Type:** CORPORATION
                                                      **Citizenship:** DELAWARE

**Assignee:** PHILLIPS 66 COMPANY
                 P. O. BOX 4428
                 INTELLECTUAL PROPERTY LEGAL
                 HOUSTON, TEXAS 77210

                                                           **Entity Type:** CORPORATION
                                                      **Citizenship:** DELAWARE

**Correspondent:** PHILLIPS 66 COMPANY
                      P. O. BOX 4428
                      INTELLECTUAL PROPERTY LEGAL
                      HOUSTON, TX 77210

Search Results as of: 01/05/2021 01:11 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT |

Int. Cl.: 37

Prior U.S. Cls.: 100, 103 and 106

**United States Patent and Trademark Office**

Reg. No. 3,176,768

Registered Nov. 28, 2006

## SERVICE MARK
### PRINCIPAL REGISTER

# 76

CONOCOPHILLIPS COMPANY (DELAWARE CORPORATION)
MA 1138
600 NORTH DAIRY ASHFORD
HOUSTON, TX 770791175

FOR: VEHICLE SERVICE STATION SERVICES; FUELING SERVICES FOR AUTOMOTIVE VEHICLES, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 2-28-1962; IN COMMERCE 2-28-1962.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 566,785, 2,938,185 AND OTHERS.

SER. NO. 78-777,891, FILED 12-21-2005.

KIMBERLY FRYE, EXAMINING ATTORNEY

 **United States Patent and Trademark Office** 

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Assignments on the Web** > **Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 1**

| | | | |
|---|---|---|---|
| **Serial #:** 78777891 | **Filing Dt:** 12/21/2005 | **Reg #:** 3176768 | **Reg. Dt:** 11/28/2006 |
| **Registrant:** ConocoPhillips Company | | | |
| **Mark:** 76 | | | |

**Assignment: 1**

| | | | |
|---|---|---|---|
| **Reel/Frame:** 4805/0721 | **Recorded:** 06/22/2012 | | **Pages:** 33 |

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** CONOCOPHILLIPS COMPANY

**Exec Dt:** 04/26/2012
**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

**Assignee:** PHILLIPS 66 COMPANY
P. O. BOX 4428
INTELLECTUAL PROPERTY LEGAL
HOUSTON, TEXAS 77210

**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

**Correspondent:** PHILLIPS 66 COMPANY
P. O. BOX 4428
INTELLECTUAL PROPERTY LEGAL
HOUSTON, TX 77210

Search Results as of: 01/05/2021 01:12 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 3,492,578

Registered Aug. 26, 2008

## TRADEMARK
### PRINCIPAL REGISTER



CONOCOPHILLIPS COMPANY (DELAWARE CORPORATION)
ML 2108
600 NORTH DAIRY ASHFORD
HOUSTON, TX 77079

FOR: MAGNETICALLY ENCODED CODES, NAMELY, PREPAID PRESTORED POINT OF SALE PURCHASE CARDS, CREDIT CARDS AND DEBIT CARDS AND TELEPHONE CALLING CARDS , IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 8-1-2003; IN COMMERCE 8-1-2003.

OWNER OF U.S. REG. NOS. 2,627,477, 2,827,880 AND OTHERS.

SER. NO. 78-312,043, FILED 10-10-2003.

LINDA ESTRADA, EXAMINING ATTORNEY



**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 1**

| | | | |
|---|---|---|---|
| **Serial #:** 78312043 | **Filing Dt:** 10/10/2003 | **Reg #:** 3492578 | **Reg. Dt:** 08/26/2008 |
| **Registrant:** ConocoPhillips Company | | | |
| **Mark:** 76 | | | |

**Assignment: 1**

| | | |
|---|---|---|
| **Reel/Frame:** 4805/0721 | **Recorded:** 06/22/2012 | **Pages:** 33 |
| **Conveyance:** ASSIGNS THE ENTIRE INTEREST | | |
| **Assignor:** CONOCOPHILLIPS COMPANY | | **Exec Dt:** 04/26/2012 |
| | | **Entity Type:** CORPORATION |
| | | **Citizenship:** DELAWARE |
| **Assignee:** PHILLIPS 66 COMPANY | | **Entity Type:** CORPORATION |
| P. O. BOX 4428 | | **Citizenship:** DELAWARE |
| INTELLECTUAL PROPERTY LEGAL | | |
| HOUSTON, TEXAS 77210 | | |
| **Correspondent:** PHILLIPS 66 COMPANY | | |
| P. O. BOX 4428 | | |
| INTELLECTUAL PROPERTY LEGAL | | |
| HOUSTON, TX 77210 | | |

Search Results as of: 01/05/2021 01:13 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 3,495,946

Registered Sep. 2, 2008

## SERVICE MARK
### PRINCIPAL REGISTER



CONOCOPHILLIPS COMPANY (DELAWARE CORPORATION)
ML 2108
600 NORTH DAIRY ASHFORD
HOUSTON, TX 77079

FOR: PREPAID PRESTORED POINT OF SALE PURCHASE CARD SERVICES, CREDIT CARD AND DEBIT CARD SERVICES AND TELEPHONE CALLING CARD SERVICES , IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 8-1-2003; IN COMMERCE 8-1-2003.

OWNER OF U.S. REG. NOS. 1,276,507, 2,827,880 AND OTHERS.

SER. NO. 78-312,152, FILED 10-10-2003.

LINDA ESTRADA, EXAMINING ATTORNEY



**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



Assignments on the Web > **Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 1**

| | | | |
|---|---|---|---|
| **Serial #:** 78312152 | **Filing Dt:** 10/10/2003 | **Reg #:** 3495946 | **Reg. Dt:** 09/02/2008 |
| **Registrant:** ConocoPhillips Company | | | |
| **Mark:** 76 | | | |

**Assignment: 1**

| | | |
|---|---|---|
| **Reel/Frame:** 4805/0721 | **Recorded:** 06/22/2012 | **Pages:** 33 |

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** CONOCOPHILLIPS COMPANY

**Exec Dt:** 04/26/2012
**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

**Assignee:** PHILLIPS 66 COMPANY
P. O. BOX 4428
INTELLECTUAL PROPERTY LEGAL
HOUSTON, TEXAS 77210

**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

**Correspondent:** PHILLIPS 66 COMPANY
P. O. BOX 4428
INTELLECTUAL PROPERTY LEGAL
HOUSTON, TX 77210

Search Results as of: 01/05/2021 01:14 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,694,150** CONOCOPHILLIPS COMPANY (DELAWARE CORPORATION)
Registered Oct. 6, 2009 600 NORTH DAIRY ASHFORD
HOUSTON, TX 770791175

**Int. Cl.: 16** FOR: PENS; CALENDARS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 3-1-2008; IN COMMERCE 3-1-2008.

**TRADEMARK**
**PRINCIPAL REGISTER** OWNER OF U.S. REG. NOS. 754,629, 2,225,427, AND OTHERS.

SN 78-317,025, FILED 10-22-2003.

LINDA ESTRADA, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office



**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



Assignments on the Web > **Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 1**

| | | | |
|---|---|---|---|
| **Serial #:** 78317025 | **Filing Dt:** 10/22/2003 | **Reg #:** 3694150 | **Reg. Dt:** 10/06/2009 |
| **Registrant:** ConocoPhillips Company | | | |
| **Mark:** 76 | | | |

**Assignment: 1**

| | | | |
|---|---|---|---|
| **Reel/Frame:** 4805/0721 | **Recorded:** 06/22/2012 | | **Pages:** 33 |
| **Conveyance:** ASSIGNS THE ENTIRE INTEREST | | | |
| **Assignor:** CONOCOPHILLIPS COMPANY | | **Exec Dt:** 04/26/2012 | |
| | | **Entity Type:** CORPORATION | |
| | | **Citizenship:** DELAWARE | |
| **Assignee:** PHILLIPS 66 COMPANY | | **Entity Type:** CORPORATION | |
| P. O. BOX 4428 | | **Citizenship:** DELAWARE | |
| INTELLECTUAL PROPERTY LEGAL | | | |
| HOUSTON, TEXAS 77210 | | | |
| **Correspondent:** PHILLIPS 66 COMPANY | | | |
| P. O. BOX 4428 | | | |
| INTELLECTUAL PROPERTY LEGAL | | | |
| HOUSTON, TX 77210 | | | |

Search Results as of: 01/05/2021 01:14 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,727,675**
Registered Dec. 22, 2009

**Int. Cl.: 37**

SERVICE MARK
PRINCIPAL REGISTER

CONOCOPHILLIPS COMPANY (DELAWARE CORPORATION)
ML 1106
600 NORTH DAIRY ASHFORD
HOUSTON, TX 770791175

FOR: VEHICLE SERVICE STATION SERVICES, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 1-7-2007; IN COMMERCE 1-7-2007.

OWNER OF U.S. REG. NOS. 867,703, 2,938,185 AND OTHERS.

THE COLOR(S) RED, BLUE AND WHITE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF A RED-COLORED SPHERE HAVING INSCRIBED ON ITS SURFACE THE NUMERALS "76" IN BLUE OUTLINED IN WHITE AFFIXED ATOP A WHITE CYLINDRICAL POLE AND BASE PLATE ALSO IN WHITE.

SER. NO. 77-701,251, FILED 3-27-2009.

NAPOLEON SHARMA, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office



**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



Assignments on the Web > **Trademark Query**

## Trademark Assignment Abstract of Title

**Total Assignments: 1**

| | | | |
|---|---|---|---|
| **Serial #:** 77701251 | **Filing Dt:** 03/27/2009 | **Reg #:** 3727675 | **Reg. Dt:** 12/22/2009 |
| **Registrant:** ConocoPhillips Company | | | |
| **Mark:** 76 | | | |

**Assignment: 1**

| | | | |
|---|---|---|---|
| **Reel/Frame:** 4805/0721 | **Recorded:** 06/22/2012 | | **Pages:** 33 |
| **Conveyance:** ASSIGNS THE ENTIRE INTEREST | | | |
| **Assignor:** CONOCOPHILLIPS COMPANY | | **Exec Dt:** 04/26/2012 | |
| | | **Entity Type:** CORPORATION | |
| | | **Citizenship:** DELAWARE | |
| **Assignee:** PHILLIPS 66 COMPANY | | **Entity Type:** CORPORATION | |
| P. O. BOX 4428 | | **Citizenship:** DELAWARE | |
| INTELLECTUAL PROPERTY LEGAL | | | |
| HOUSTON, TEXAS 77210 | | | |
| **Correspondent:** PHILLIPS 66 COMPANY | | | |
| P. O. BOX 4428 | | | |
| INTELLECTUAL PROPERTY LEGAL | | | |
| HOUSTON, TX 77210 | | | |

Search Results as of: 01/05/2021 01:16 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,727,793**

**Registered Apr. 28, 2015**

**Int. Cl.: 4**

**TRADEMARK**

**PRINCIPAL REGISTER**

PHILLIPS 66 COMPANY (DELAWARE CORPORATION)
INTELLECTUAL PROPERTY - LEGAL
P. O. BOX 4428
HOUSTON, TX 77210

FOR: GASOLINE; MOTOR FUEL, IN CLASS 4 (U.S. CLS. 1, 6 AND 15).

FIRST USE 9-0-2014; IN COMMERCE 9-0-2014.

OWNER OF U.S. REG. NOS. 2,935,849, 3,176,763 AND OTHERS.

THE COLOR(S) ORANGE, BLUE AND WHITE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE NUMBER "76" DEPICTED IN THE COLOR BLUE WITH WHITE OUTLINING IN AN ORANGE CIRCLE.

SER. NO. 86-450,947, FILED 11-11-2014.

SEAN CROWLEY, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# 76

**Reg. No. 4,789,834**

**Registered Aug. 11, 2015**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

PHILLIPS 66 COMPANY (DELAWARE CORPORATION)
INTELLECTUAL PROPERTY - LEGAL
P. O. BOX 4428
HOUSTON, TX 77210

FOR: DOWNLOADABLE SOFTWARE IN THE NATURE OF A MOBILE APPLICATION FOR PROVIDING INFORMATION ABOUT FUEL AND RETAIL SERVICE STATION LOCATIONS , IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 10-0-2014; IN COMMERCE 10-0-2014.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 86-485,036, FILED 12-18-2014.

SUNG IN, EXAMINING ATTORNEY



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# 76

**Reg. No. 4,930,390**

**Registered Apr. 5, 2016**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

PHILLIPS 66 COMPANY (DELAWARE CORPORATION)
INTELLECTUAL PROPERTY - LEGAL
P. O. BOX 4428
HOUSTON, TX 77210

FOR: CLOTHING, NAMELY, CAPS, DRESS SHIRTS, HATS, JACKETS, POLO SHIRTS, SPORTS SHIRTS, SWEATSHIRTS, T-SHIRTS, WIND RESISTANT JACKETS , IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-2004; IN COMMERCE 0-0-2004.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,107,583.

SER. NO. 86-522,566, FILED 2-3-2015.

SUNG IN, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

Int. Cl.: 4

Prior U.S. Cl.: 15

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 566,785
Registered Nov. 18, 1952
Renewal Term Begins Nov. 18, 1992

## TRADEMARK
## PRINCIPAL REGISTER



UNION OIL COMPANY OF CALIFOR-
NIA (CALIFORNIA CORPORATION),
DBA UNOCAL,
1201 WEST FIFTH STREET
LOS ANGELES, CA 90017

OWNER OF U.S. REG. NO. 521,424.
THE SHADING LINES ON THE
DRAWING INDICATE THE COLORS
ORANGE AND BLUE RESPECTIVELY.
SEC. 2(F) THE NUMERALS "76".

FOR: [ BENZINE,] CUTTING OILS,
THREAD-CUTTING OILS, [TEMPERING
OIL,] GASOLINE, KEROSENE, [CON-
CRETE FORM OILS, CORDAGE OIL,]
HYDRAULIC OIL, LUBRICATING OILS
AND GREASES, IN CLASS 15 (INT. CL.
4).

FIRST USE 1–2–1932; IN COMMERCE
1–2–1932.

SER. NO. 71–506,905, FILED 8–5–1946.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Jan. 5, 1993.*

COMMISSIONER OF PATENTS AND TRADEMARKS

**Amendment**

Registered November 18, 1952        Registration No. 566,785

Union Oil Company of California

Application to amend having been made by Union Oil Company of California, owner of the registration above identified, the drawing is amended to appear as follows:



Such amendment has been entered upon the records of the Patent Office and the said original registration should be read as so amended.

Signed and sealed this 31st day of March 1970.

[SEAL]

Attest:

K. E. PATRICK,
*Attesting Officer.*

                                WILLIAM E. SCHUYLER, JR.,
                                   *Commissioner of Patents.*

Registered Nov. 18, 1952      **Registration No. 566,785**

## PRINCIPAL REGISTER
### Trade-Mark

# UNITED STATES PATENT OFFICE

**Union Oil Company of California,
Los Angeles, Calif.**

**Act of 1946**

**Original filed, act of 1905, August 5, 1946;
amended to application under act of 1946, Principal Register, July 21, 1947, Serial No. 506,905**



## STATEMENT

Union Oil Company of California, a corporation duly organized under the laws of the State of California and located at Los Angeles, California, and doing business at the Union Oil Building, 617 West Seventh Street, Los Angeles 17, California, has adopted and is using the trade-mark shown in the accompanying drawing, for BENZINE, CUTTING OILS, THREAD-CUTTING OILS, TEMPERING OIL, GASOLINE, KEROSENE, CONCRETE FORM OILS, CORDAGE OIL, HYDRAULIC OIL, LUBRICATING OILS AND GREASES, in Class 15, Oils and greases, and presents herewith five specimens showing the trade-mark as actually used in connection with such goods, the trade-mark being applied to the goods, to the containers for the goods, and/or to tags or labels affixed to the goods and requests that the same be registered in the United States Patent Office on the Principal Register in accordance with the act of July 5, 1946, and as to the numerals "76," under section 2(f) of said act.

The composite trade-mark as shown on the drawing was first used in April 1946 and first used in commerce among the several States which may lawfully be regulated by Congress in in April 1946, while the portion of the mark consisting of the numerals "76" was first used on January 2, 1932, and first used in commerce among the several States which may lawfully be regulated by Congress on January 2, 1932.

The shading lines on the drawing indicate the colors orange and blue respectively:

Applicant is the owner of Registration No. 521,424, registered February 28, 1950, for the trade-mark "76" for gasoline, lubricating oils and greases, and diesel fuel oils in Class 15, Oils and greases.

The portion of the mark consisting of the numerals "76" is claimed to have become distinctive of the applicant's goods in commerce which may lawfully be regulated by Congress through substantially exclusive and continuous use thereof as a mark by the applicant in interstate commerce for the five years next preceding the date of the filing of this application.

Proof of distinctiveness under section 2(f) of the act is supplemented by further evidence submitted in this case.

UNION OIL COMPANY OF
CALIFORNIA,
By ARTHUR C. STEWART,
*Vice President.*

DEC 6 1957

Afid. Sec. 8 Accpt. Sec. 15 Ack



**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



Assignments on the Web > **Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 3**

**Serial #:** 71506905     **Filing Dt:** 08/05/1946     **Reg #:** 566785     **Reg. Dt:** 11/18/1952
**Registrant:** UNION OIL COMPANY OF CALIFORNIA
**Mark:** 76

## Assignment: 1

**Reel/Frame:** 1614/0108     **Recorded:** 07/18/1997     **Pages:** 49

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** UNION OIL COMPANY OF CALIFORNIA     **Exec Dt:** 03/31/1997
    **Entity Type:** CORPORATION
    **Citizenship:** CALIFORNIA

**Assignee:** TOSCO CORPORATION     **Entity Type:** CORPORATION
72 CUMMINGS POINT ROAD     **Citizenship:** NEVADA
STAMFORD, CONNECTICUT 06902

**Correspondent:** BROWN & BAIN, P.A.
DEBORAH HENSCHEID LYON
2901 N CENTRAL AVE
PHOENIX, AZ 85012

## Assignment: 2

**Reel/Frame:** 2608/0050     **Recorded:** 02/12/2003     **Pages:** 6

**Conveyance:** MERGER TO PHILLIPS PETROLEUM COMPANY AND CHANGE OF NAME TO CONOCOPHILLIPS COMPANY

**Assignor:** TOSCO CORPORATION     **Exec Dt:** 12/12/2002
    **Entity Type:** CORPORATION
    **Citizenship:** NEVADA

**Assignee:** CONOCOPHILLIPS COMPANY     **Entity Type:** CORPORATION
600 NORTH DAIRY ASHFORD     **Citizenship:** DELAWARE
HOUSTON, TEXAS 77079

**Correspondent:** LAURA E. GOLDBARD
STROOCK & STROOCK & LAVAN LLP
180 MAIDEN LANE
NEW YORK, NY 10038

## Assignment: 3

**Reel/Frame:** 4805/0721     **Recorded:** 06/22/2012     **Pages:** 33

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** CONOCOPHILLIPS COMPANY     **Exec Dt:** 04/26/2012
    **Entity Type:** CORPORATION
    **Citizenship:** DELAWARE

**Assignee:** PHILLIPS 66 COMPANY     **Entity Type:** CORPORATION
P. O. BOX 4428     **Citizenship:** DELAWARE
INTELLECTUAL PROPERTY LEGAL
HOUSTON, TEXAS 77210

**Correspondent:** PHILLIPS 66 COMPANY
P. O. BOX 4428
INTELLECTUAL PROPERTY LEGAL
HOUSTON, TX 77210

Search Results as of: 01/05/2021 01:17 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

# United States Patent Office

754,420
Registered Aug. 13, 1963

## PRINCIPAL REGISTER
### Trademark

Ser. No. 153,435, filed Sept. 18, 1962

## 76

Union Oil Company of California (California corporation)
461 S. Boylston St.
Los Angeles 17, Calif.

For: RUST INHIBITOR, ANTI-LEAK, AND A COMPOSITION FOR INHIBITING RUST, STOPPING LEAKS AND LUBRICATING WATER PUMPS, ALL FOR COOLING S Y S T E M S, AND HYDRAULIC BRAKE FLUID, in CLASS 6.

First use May 23, 1962; in commerce May 25, 1962.
Owner of Reg. No. 726,627.

 **United States Patent and Trademark Office** 

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Assignments on the Web > **Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 3**

**Serial #:** 72153435    **Filing Dt:** 09/18/1962    **Reg #:** 754420    **Reg. Dt:** 08/13/1963
**Registrant:** UNION OIL COMPANY OF CALIFORNIA
**Mark:** 76

## Assignment: 1

| | |
|---|---|
| **Reel/Frame:** 1614/0108 | **Recorded:** 07/18/1997    **Pages:** 49 |

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** UNION OIL COMPANY OF CALIFORNIA     **Exec Dt:** 03/31/1997
     **Entity Type:** CORPORATION
     **Citizenship:** CALIFORNIA

**Assignee:** TOSCO CORPORATION     **Entity Type:** CORPORATION
     72 CUMMINGS POINT ROAD     **Citizenship:** NEVADA
     STAMFORD, CONNECTICUT 06902

**Correspondent:** BROWN & BAIN, P.A.
     DEBORAH HENSCHEID LYON
     2901 N CENTRAL AVE
     PHOENIX, AZ 85012

## Assignment: 2

| | |
|---|---|
| **Reel/Frame:** 2608/0050 | **Recorded:** 02/12/2003    **Pages:** 6 |

**Conveyance:** MERGER TO PHILLIPS PETROLEUM COMPANY AND CHANGE OF NAME TO CONOCOPHILLIPS COMPANY

**Assignor:** TOSCO CORPORATION     **Exec Dt:** 12/12/2002
     **Entity Type:** CORPORATION
     **Citizenship:** NEVADA

**Assignee:** CONOCOPHILLIPS COMPANY     **Entity Type:** CORPORATION
     600 NORTH DAIRY ASHFORD     **Citizenship:** DELAWARE
     HOUSTON, TEXAS 77079

**Correspondent:** LAURA E. GOLDBARD
     STROOCK & STROOCK & LAVAN LLP
     180 MAIDEN LANE
     NEW YORK, NY 10038

## Assignment: 3

| | |
|---|---|
| **Reel/Frame:** 4805/0721 | **Recorded:** 06/22/2012    **Pages:** 33 |

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** CONOCOPHILLIPS COMPANY     **Exec Dt:** 04/26/2012
     **Entity Type:** CORPORATION
     **Citizenship:** DELAWARE

**Assignee:** PHILLIPS 66 COMPANY     **Entity Type:** CORPORATION
     P. O. BOX 4428     **Citizenship:** DELAWARE
     INTELLECTUAL PROPERTY LEGAL
     HOUSTON, TEXAS 77210

**Correspondent:** PHILLIPS 66 COMPANY
     P. O. BOX 4428
     INTELLECTUAL PROPERTY LEGAL
     HOUSTON, TX 77210

Search Results as of: 01/05/2021 01:17 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

# United States Patent Office

764,442
Registered Feb. 4, 1964

## PRINCIPAL REGISTER
### Trademark

Ser. No. 164,482, filed Mar. 12, 1963

## 76

Union Oil Company of California (California corporation)
461 S. Boylston St.
Los Angeles 17, Calif.

For: FLUSHING COMPOSITION FOR AUTOMOTIVE COOLING SYSTEMS AND WINDSHIELD CLEANER, in CLASS 52.

First use May 23, 1962; in commerce May 25, 1962.

Owner of Reg. No. 565,691.



**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



Assignments on the Web > **Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 3**

| | | | |
|---|---|---|---|
| **Serial #:** 72164482 | **Filing Dt:** 03/12/1963 | **Reg #:** 764442 | **Reg. Dt:** 02/04/1964 |
| **Registrant:** UNION OIL COMPANY OF CALIFORNIA | | | |
| **Mark:** 76 | | | |

## Assignment: 1

| | | | |
|---|---|---|---|
| **Reel/Frame:** 1614/0108 | **Recorded:** 07/18/1997 | | **Pages:** 49 |
| **Conveyance:** ASSIGNS THE ENTIRE INTEREST | | | |
| **Assignor:** UNION OIL COMPANY OF CALIFORNIA | | **Exec Dt:** 03/31/1997 | |
| | | **Entity Type:** CORPORATION | |
| | | **Citizenship:** CALIFORNIA | |
| **Assignee:** TOSCO CORPORATION | | **Entity Type:** CORPORATION | |
| 72 CUMMINGS POINT ROAD | | **Citizenship:** NEVADA | |
| STAMFORD, CONNECTICUT 06902 | | | |
| **Correspondent:** BROWN & BAIN, P.A. | | | |
| DEBORAH HENSCHEID LYON | | | |
| 2901 N CENTRAL AVE | | | |
| PHOENIX, AZ 85012 | | | |

## Assignment: 2

| | | | |
|---|---|---|---|
| **Reel/Frame:** 2608/0050 | **Recorded:** 02/12/2003 | | **Pages:** 6 |
| **Conveyance:** MERGER TO PHILLIPS PETROLEUM COMPANY AND CHANGE OF NAME TO CONOCOPHILLIPS COMPANY | | | |
| **Assignor:** TOSCO CORPORATION | | **Exec Dt:** 12/12/2002 | |
| | | **Entity Type:** CORPORATION | |
| | | **Citizenship:** NEVADA | |
| **Assignee:** CONOCOPHILLIPS COMPANY | | **Entity Type:** CORPORATION | |
| 600 NORTH DAIRY ASHFORD | | **Citizenship:** DELAWARE | |
| HOUSTON, TEXAS 77079 | | | |
| **Correspondent:** LAURA E. GOLDBARD | | | |
| STROOCK & STROOCK & LAVAN LLP | | | |
| 180 MAIDEN LANE | | | |
| NEW YORK, NY 10038 | | | |

## Assignment: 3

| | | | |
|---|---|---|---|
| **Reel/Frame:** 4805/0721 | **Recorded:** 06/22/2012 | | **Pages:** 33 |
| **Conveyance:** ASSIGNS THE ENTIRE INTEREST | | | |
| **Assignor:** CONOCOPHILLIPS COMPANY | | **Exec Dt:** 04/26/2012 | |
| | | **Entity Type:** CORPORATION | |
| | | **Citizenship:** DELAWARE | |
| **Assignee:** PHILLIPS 66 COMPANY | | **Entity Type:** CORPORATION | |
| P. O. BOX 4428 | | **Citizenship:** DELAWARE | |
| INTELLECTUAL PROPERTY LEGAL | | | |
| HOUSTON, TEXAS 77210 | | | |
| **Correspondent:** PHILLIPS 66 COMPANY | | | |
| P. O. BOX 4428 | | | |
| INTELLECTUAL PROPERTY LEGAL | | | |
| HOUSTON, TX 77210 | | | |

Search Results as of: 01/05/2021 01:18 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

Int. Cl.: 37

Prior U.S. Cl.: 103

**United States Patent and Trademark Office**

Renewal

Reg. No. 867,703
Registered Apr. 1, 1969
OG Date June 6, 1989

### SERVICE MARK
### PRINCIPAL REGISTER



UNION OIL COMPANY OF CALIFOR-
NIA (CALIFORNIA CORPORATION),
DBA UNOCAL,
1201 W. 5TH STREET
LOS ANGELES, CA 90017

OWNER OF U.S. REG. NOS. 166,846,
827,032 AND OTHERS.
THE MARK IS LINED FOR THE
COLORS ORANGE AND BLUE, WHICH

ARE CLAIMED AS A FEATURE OF
THE MARK.

FOR: VEHICLE SERVICE STATION
SERVICE, IN CLASS 103 (INT. CL. 37).

FIRST USE 12–29–1966; IN COMMERCE
12–29–1966.

SER. NO. 298,069, FILED 5–13–1968.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on June 6, 1989.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 37

Prior U.S. Cl.: 103

**United States Patent and Trademark Office**

Renewal

Reg. No. 867,703

Registered Apr. 1, 1969

OG Date June 6, 1989

## SERVICE MARK
## PRINCIPAL REGISTER



UNION OIL COMPANY OF CALIFOR-
NIA (CALIFORNIA CORPORATION),
DBA UNOCAL,
1201 W. 5TH STREET
LOS ANGELES, CA 90017

OWNER OF U.S. REG. NOS. 166,846,
827,032 AND OTHERS.
THE MARK IS LINED FOR THE
COLORS ORANGE AND BLUE, WHICH

ARE CLAIMED AS A FEATURE OF
THE MARK.

FOR: VEHICLE SERVICE STATION
SERVICE, IN CLASS 103 (INT. CL. 37).

FIRST USE 12–29–1966; IN COMMERCE
12–29–1966.

SER. NO. 298,069, FILED 5–13–1968.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on June 6, 1989.*

COMMISSIONER OF PATENTS AND TRADEMARKS

# United States Patent Office

**867,703**
Registered Apr. 1, 1969

## PRINCIPAL REGISTER
### Service Mark

Ser. No. 298,069, filed May 13, 1968



Union Oil Company of California (California corporation)
461 S. Boylston St.
Los Angeles, Calif.   90017

For: VEHICLE SERVICE STATION SERVICE, in CLASS 103 (INT. CL. 37).

First use Dec. 29, 1966; in commerce Dec. 29, 1966.

The mark is lined for the colors orange and blue, which are claimed as a feature of the mark.

Owner of Reg. Nos. 166,846, 827,032, and others.

J. C. DEMOS, *Examiner.*

# United States Patent Office

**867,703**
Registered Apr. 1, 1969

## PRINCIPAL REGISTER
### Service Mark

COMB. AFF. SEC 8 & 15....

Ser. No. 298,069, filed May 13, 1968



Union Oil Company of California (California corpora-
tion)
461 S. Boylston St.
Los Angeles, Calif.   90017

For: VEHICLE SERVICE STATION SERVICE, in
CLASS 103 (INT. CL. 37).
First use Dec. 29, 1966; in commerce Dec. 29, 1966.
The mark is lined for the colors orange and blue, which
are claimed as a feature of the mark.
Owner of Reg. Nos. 166,846, 827,032, and others.

J. C. DEMOS, *Examiner.*



## United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



Assignments on the Web > **Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 3**

| | | | |
|---|---|---|---|
| **Serial #:** 72298069 | **Filing Dt:** 05/13/1968 | **Reg #:** 867703 | **Reg. Dt:** 04/01/1969 |

**Registrant:** UNION OIL COMPANY OF CALIFORNIA
**Mark:** 76

### Assignment: 1

| | | |
|---|---|---|
| **Reel/Frame:** 1614/0108 | **Recorded:** 07/18/1997 | **Pages:** 49 |

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

| | | |
|---|---|---|
| **Assignor:** UNION OIL COMPANY OF CALIFORNIA | | **Exec Dt:** 03/31/1997 |
| | | **Entity Type:** CORPORATION |
| | | **Citizenship:** CALIFORNIA |
| **Assignee:** TOSCO CORPORATION | | **Entity Type:** CORPORATION |
| 72 CUMMINGS POINT ROAD | | **Citizenship:** NEVADA |
| STAMFORD, CONNECTICUT 06902 | | |

**Correspondent:** BROWN & BAIN, P.A.
DEBORAH HENSCHEID LYON
2901 N CENTRAL AVE
PHOENIX, AZ 85012

### Assignment: 2

| | | |
|---|---|---|
| **Reel/Frame:** 2608/0050 | **Recorded:** 02/12/2003 | **Pages:** 6 |

**Conveyance:** MERGER TO PHILLIPS PETROLEUM COMPANY AND CHANGE OF NAME TO CONOCOPHILLIPS COMPANY

| | | |
|---|---|---|
| **Assignor:** TOSCO CORPORATION | | **Exec Dt:** 12/12/2002 |
| | | **Entity Type:** CORPORATION |
| | | **Citizenship:** NEVADA |
| **Assignee:** CONOCOPHILLIPS COMPANY | | **Entity Type:** CORPORATION |
| 600 NORTH DAIRY ASHFORD | | **Citizenship:** DELAWARE |
| HOUSTON, TEXAS 77079 | | |

**Correspondent:** LAURA E. GOLDBARD
STROOCK & STROOCK & LAVAN LLP
180 MAIDEN LANE
NEW YORK, NY 10038

### Assignment: 3

| | | |
|---|---|---|
| **Reel/Frame:** 4805/0721 | **Recorded:** 06/22/2012 | **Pages:** 33 |

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

| | | |
|---|---|---|
| **Assignor:** CONOCOPHILLIPS COMPANY | | **Exec Dt:** 04/26/2012 |
| | | **Entity Type:** CORPORATION |
| | | **Citizenship:** DELAWARE |
| **Assignee:** PHILLIPS 66 COMPANY | | **Entity Type:** CORPORATION |
| P. O. BOX 4428 | | **Citizenship:** DELAWARE |
| INTELLECTUAL PROPERTY LEGAL | | |
| HOUSTON, TEXAS 77210 | | |

**Correspondent:** PHILLIPS 66 COMPANY
P. O. BOX 4428
INTELLECTUAL PROPERTY LEGAL
HOUSTON, TX 77210

Search Results as of: 01/05/2021 01:19 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT