# EXHIBIT C

Captured at: 2021/01/11 01:33 PM    URL: https://www.unocalglobal.com/





## HIGHLIGHTED PRODUCTS



ENGINE CLEANER

BIKE OIL

CAR OIL

## UNOCAL A BRAND OF USA SINCE 1890

20 years before the first automobile rolled out, The Union Oil Company of California or UNOCAL 76 was founded, in Santa Paula, California, by Lyman Stewart, Thomas Bard, and Wallace Hardison.

KNOW MORE

## FIND THE RIGHT PRODUCTS



BY PRODUCTS ›

BY INDUSTRY ›

## BUSINESS OPPORTUNITIES



### BECOME A DISTRIBUTOR
Unocal owes much of its growth to developing long term, mutually profitable business relationships with distributors.

KNOW MORE

### PRIVATE LABEL MANUFACTURING
We offer private label manufacturing services. We can customize the packaging of products according to your requirement.

KNOW MORE

## NEWS & UPDATES

VIEW ALL

Raaj Unocal lubricants, among the top 10 Indian companies to have a license from API (American Petroleum Institute) – license No: 3470.

India SME 100 is India's most prestigious annual awards

Our Pride Customer: Ministry of Railways, covering all of the 16 zones. An aggregate 5000...

Proud to announce: We've signed a contract valuing USD $3 million to supply 4,000 Metric...

### SUBSCRIBE TO RECEIVE
THE LATEST NEWS AND CONTENT

Your email address*    SUBMIT



## CHOOSE UNOCAL SECURE PROGRESS

It takes the best to produce the best. And we know that's what it takes to help realize your inimitable aspirations. That's why we source our additive packages for our entire product range strictly from the world's Top 4 additive manufacturing companies.

KNOW MORE

## STATE-OF-THE-ART PRODUCTION

and cutting-edge quality control systems ensure that each UNOCAL 76 product is an epitome of the same uncompromised quality.

KNOW MORE



PRODUCTS
INDUSTRIES
WHY UNOCAL
NEWS & UPDATES
CONTACT US

CAREERS
BECOME A DISTRIBUTOR
PRIVATE LABEL MANUFACTURING

Copyright © 2021 Raaj Unocal Lubricants Limited. All Rights Reserved.    Developed by Abacus Desk




COMPANY  PRODUCTS  INDUSTRIES  CREATE YOUR OWN FORMULA  CONTACT US



COMMITTED TO EXCELLENCE

KNOW MORE

SMALL ENGINE   PASSENGER CAR   AGRICULTURE   HEAVY COMMERCIAL VEHICLE   INDUSTRIAL

# HIGHLIGHTED PRODUCTS



ENGINE CLEANER



BIKE OIL



CAR OIL



# UNOCAL A BRAND OF USA SINCE 1890

20 years before the first automobile rolled out, The Union Oil Company of California or UNOCAL 76 was founded, in Santa Paula, California, by Lyman Stewart, Thomas Bard, and Wallace Hardison.

KNOW MORE

## FIND THE RIGHT PRODUCTS



BY PRODUCTS



BY INDUSTRY

## BUSINESS OPPORTUNITIES





## BECOME A DISTRIBUTOR

Unocal owes much of its growth to developing long term, mutually profitable business relationships with distributors.

KNOW MORE

## PRIVATE LABEL MANUFACTURING

We offer private label manufacturing services. We can customize the packaging of products according to your requirement.

KNOW MORE

# NEWS & **UPDATES**

VIEW ALL



**Raaj Unocal lubricants, among the top 10 Indian companies to have a license from API (American Petroleum Institute) – license No: 3470.**



**India SME 100 is India's most prestigious annual awards**



**Our Pride Customer: Ministry of Railways, covering all of the 16 zones. An aggregate 5000…**



**Proud to announce: We've signed a contract valuing USD $3 million to supply 4,000 Metric…**

## THE LATEST NEWS AND CONTENTSUBSCRIBE TO RECEIVE

Your email address*      SUBMIT



## CHOOSE UNOCAL SECURE PROGRESS

It takes the best to produce the best. And we know that's what it takes to help realize your inimitable aspirations. That's why we source our additive packages for our entire product range strictly from the world's Top 4 additive manufacturing companies.

KNOW MORE

## STATE-OF-THE-ART PRODUCTION

and cutting-edge quality control systems ensure that each UNOCAL 76 product is an epitome of the same uncompromised quality.

KNOW MORE



| PRODUCTS | CAREERS |
| INDUSTRIES | BECOME A DISTRIBUTOR |
| WHY UNOCAL | PRIVATE LABEL |
| NEWS & UPDATES | MANUFACTURING |
| CONTACT US | |

Copyright © 2021 Raaj Unocal Lubricants Limited. All Rights Reserved.

Developed by **Abacus Desk**