# EXHIBIT D



COMPANY  PRODUCTS  INDUSTRIES  CREATE YOUR OWN FORMULA  CONTACT US



# PRODUCTS

HOME  >  PRODUCTS

## PRODUCTS



### BIKE OIL



### CAR OIL



### TRUCK OIL



### UNO TRIO







**UNO AGRO**



**UNO GEARO**



**UNO UTTO**



**UNO TFO**



**UNO SMOOTHO**



**UNO HYDRO**



**UNO COOLO**

**ENGINE CLEANER**

PRODUCTS

INDUSTRIES

WHY UNOCAL

NEWS & UPDATES

CONTACT US

CAREERS

BECOME A DISTRIBUTOR

PRIVATE LABEL

MANUFACTURING

Copyright © 2021 Raaj Unocal Lubricants Limited. All Rights Reserved.

Developed by **Abacus Desk**

 

COMPANY   PRODUCTS   INDUSTRIES   CREATE YOUR OWN FORMULA   CONTACT US

# CAR OIL



 HOME  >  PRODUCTS  >  CAR OIL

**FILTER**

UNOCAL 76 offers a wide variety of engine oils, lubricants, and greases for the latest as well as old models of four-wheelers and passenger cars. Using base oils of the finest quality and additives sourced from the leading brands globally these oils are testimony to the UNOCAL 76 promise of progress, non-stop.

UNOCAL 76 range of engine oils come in synthetic, semi-synthetic, and mineral varieties. No matter what type of car you drive UNOCAL 76 car oils, i.e., UNO QUADRO and UNO HDO range of oils have been proven since 1890 to be the best for your vehicle.

 





**MINERALS**

**SEMI-SYNTHETIC**



**FULLY-SYNTHETIC**



| | |
|---|---|
| PRODUCTS | CAREERS |
| INDUSTRIES | BECOME A DISTRIBUTOR |
| WHY UNOCAL | PRIVATE LABEL |
| NEWS & UPDATES | MANUFACTURING |
| CONTACT US | |

Copyright © 2021 Raaj Unocal Lubricants Limited. All Rights Reserved.          Developed by **Abacus Desk**



UNOCAL 76    COMPANY    PRODUCTS    INDUSTRIES    CREATE YOUR OWN FORMULA    CONTACT US

# FULLY-SYNTHETIC



**HOME** > **PRODUCTS** > **CAR OIL** > FULLY-SYNTHETIC

**FILTER**

UNOCAL 76 offers a wide variety of engine oils, lubricants and greases for latest as well as old models of four wheelers and passenger cars. Using base oils of the finest quality and additives sourced from the leading brands globally these oils are testimony to the UNOCAL 76 promise of progress, non-stop.

UNOCAL 76 range of engine oils come in synthetic, semi synthetic and mineral varieties. No matter what type of car you drive UNOCAL 76 car oils, i.e., UNO QUADRO and UNO HDO range of oils have been proven since 1890 to be the best for your vehicle.








**UNO QUADRO PLATINUM 5W30 API SN/CF**

**UNO QUADRO PLATINUM 5W40 API SN/CF**



**UNO QUADRO PLATINUM 0W40 API SN/CF**



| PRODUCTS | CAREERS |
| --- | --- |
| INDUSTRIES | BECOME A DISTRIBUTOR |
| WHY UNOCAL | PRIVATE LABEL |
| NEWS & UPDATES | MANUFACTURING |
| CONTACT US | |

Copyright © 2021 Raaj Unocal Lubricants Limited. All Rights Reserved.

Developed by **Abacus Desk**



UNOCAL 76    COMPANY    PRODUCTS    INDUSTRIES    CREATE YOUR OWN FORMULA    CONTACT US



# SEMI-SYNTHETIC

**HOME** > **PRODUCTS** > **CAR OIL** > SEMI-SYNTHETIC

**FILTER**

UNO QUADRO, available in Mineral, Semi-Synthetic and Synthetic, is the engine oil, which is formulated to enhance the performance of the engine of your car. It is designed to meet the required performance for all engine manufacturers. So, whether it is a Honda or a Maruti, UNO QUADRO is the best engine oil for your machine.

UNOCAL 76, with its view to be your partner on the road, offers an array of products under UNO QUADRO. Choose from the arsenal of products and give your car the love it deserves.








**UNO QUADRO PREMIUM 10W40 API SN/CF**  **UNO QUADRO PREMIUM 10W30 API SN/CF**





**UNO QUADRO PREMIUM 5W30 API SN/CF**  **UNO QUADRO PREMIUM 5W40 API SN/CF**



PRODUCTS

INDUSTRIES

WHY UNOCAL

NEWS & UPDATES

CONTACT US

CAREERS

BECOME A DISTRIBUTOR

PRIVATE LABEL

MANUFACTURING

Copyright © 2021 Raaj Unocal Lubricants Limited. All Rights Reserved.

Developed by **Abacus Desk**



COMPANY   PRODUCTS   INDUSTRIES   CREATE YOUR OWN FORMULA                CONTACT US



# PASSENGER CAR

HOME  >  INDUSTRIES  >  PASSENGER CAR

## FILTER

UNOCAL 76 offers a wide variety of engine oils, lubricants, and greases for the latest as well as old models of four-wheelers and passenger cars. Using base oils of the finest quality and additives sourced from the leading brands globally these oils are testimony to the UNOCAL 76 promise of progress, non-stop.

UNOCAL 76 range of engine oils come in synthetic, semi-synthetic, and mineral varieties. No matter what type of car you drive UNOCAL 76 car oils, i.e., UNO QUADRO and UNO HDO range of oils have been proven since 1890 to be the best for your vehicle.








### CAR OIL

### UNO GEARO





### UNO TFO

### UNO SMOOTHO





### UNO COOLO

### ENGINE CLEANER



PRODUCTS

INDUSTRIES

WHY UNOCAL

NEWS & UPDATES

CONTACT US

CAREERS

BECOME A DISTRIBUTOR

PRIVATE LABEL

MANUFACTURING

Copyright © 2021 Raaj Unocal Lubricants Limited. All Rights Reserved.

Developed by **Abacus Desk**



COMPANY   PRODUCTS   INDUSTRIES   CREATE YOUR OWN FORMULA   CONTACT US

# SMALL ENGINE



**HOME** > **INDUSTRIES** > SMALL ENGINE

**FILTER**

UNOCAL 76 offers a wide range of engine oils and front fork oils for all types of motorcycles and scooters. With gravity defying technologies, UNOCAL 76 bike oil ensures that your engine is in perfect condition for a comfortable and smooth ride. The greatest advantage of using UNOCAL 76 bike oil is that it helps in easy identification and subsequent maintenance of micro leaks in the system, and also makes sure that the engine of your bike is well-lubricated, even when not in use for months.

Available in Mineral, Semi-Synthetic and Synthetic categories, UNOCAL 76 motorcycle engine oils empowers the engine and make your bike ready for all kinds of roads. Choose from the wide variety of UNOCAL 76 bike oils, i.e. UNO DUO and UNO FFO, and make every ride a comfortable one.






**BIKE OIL**



**UNO TRIO**



**UNO GEARO**



**UNO SMOOTHO**



**ENGINE CLEANER**

PRODUCTS

INDUSTRIES

WHY UNOCAL

NEWS & UPDATES

CONTACT US

CAREERS

BECOME A DISTRIBUTOR

PRIVATE LABEL

MANUFACTURING

Copyright © 2021 Raaj Unocal Lubricants Limited. All Rights Reserved.　　Developed by **Abacus Desk**