# EXHIBIT E



A LUBE BRAND OF USA

COMPANY   PRODUCTS   INDUSTRIES   CREATE YOUR OWN FORMULA        **CONTACT US**



# COMPANY

HOME › COMPANY

## OUR HISTORY

After a popular stint all around the globe for over a century, the Union Oil Company of California came to India in the year 1990 and collaborated with Rajgarhia Group, one of India's 1st transnational conglomerate, to form Raaj Unocal Lubricants Limited (RULL). The Company was promoted by stalwarts in the industrial sector who have proved their mettle in their respective fields and are recognized worldwide for their contribution to the industry, mankind, and their vision towards the future. Today, RULL operations and products are successfully meeting the needs of individual and institutional customers across automotive, agricultural, industrial, construction, and marine segments.





1890          1910          1930          1950          1970









RULL's first plant was established in the year 1990 in technical collaboration with Union Oil Company of California (USA) with an installed capacity of 1,44,000 K L /P A, making it one of the largest plants at a single location in the country. The plant is spread over an area of 10 acres and is equipped with unique features which facilitate strict quality adherence, minimum exposure of the produce to environment and human touch thereby giving the product a superior quality edge.

The plant can blend all Automotive, Industrial, Marine, Specialty Oils, Greases and Aviation Oils in the shortest possible time and the in-house state-of-the-art testing facility enables the plant to adhere to strict quality control.

# Unocal at a Glance

## 30+
Of Experience

## 125000+
Kl Capacity Per Annum

## 3000+
Total Workforce

## 10+
Location All Over India



## UNO MOTTO

- ✔ At UNOCAL 76, we know about your ambitions.

- ✔ We know the joy you feel while watching yet another milestone getting disappeared in the rear-view mirror or the fact that you have advanced another step closer to be with your near and dear ones.

- ✔ We also know how hard you and your machine strive to make all these happen.

- ✔ That's why, all our products with their advanced technologies ensure that your machine performs super-efficiently. And, in turn, you have time on your side.

- ✔ After all, we are your partner in progress.





PRODUCTS
INDUSTRIES
WHY UNOCAL
NEWS & UPDATES
CONTACT US

CAREERS
BECOME A DISTRIBUTOR
PRIVATE LABEL
MANUFACTURING

Copyright © 2021 Raaj Unocal Lubricants Limited. All Rights Reserved.

Developed by **Abacus Desk**