# EXHIBIT F



## Unocal
@Unocal · Product/Service

[WhatsApp]

Home   Shop   About   Reviews   More ▾    Like   Message

### About     See All

ⓘ Manufacturing of Automotive and Industrial Grade Lubricants

ⓘ Unocal has 125 years of rich experience in research and development of lubricants and greases catering to all major segments including the aviation in... See More

👍 33,407 people like this

✓ 33,384 people follow this

🌐 http://www.unocal.in/

📞 1800-103-7076

💬 Send Message

✉️ naved.k@rajgarhiagroup.com

🏷 Product/Service

### Suggest Edits

Is this the right phone number for this page?

1800-103-7076

### Create Post

📷 Photo/Video    📍 Check in    👥 Tag Friends

**Unocal**
January 14 at 6:57 AM · 🌐

Certified | Trustworthy | Economical
UNOCAL is the way to go for all your Lubricating needs.
Learn more at https://bit.ly/35HDbdf
.... See More



          

## Photos

See All




## Videos

See All



0:09

Here's to a year full of smooth journeys. ...

👍❤️ 6

106 Views · 2 weeks ago

## Shop

See All



UNOCAL 76 UN... ₹499.00

UNOCAL 76 UN... ₹774.00

UNOCAL 76 UN... ₹467.00

UNOCAL 76 UN... ₹674.00

UNOCAL 76 UN... ₹92.00 ₹115.00

UNOCAL 76 UN... ₹948.00

UNOCAL 76 UN... ₹1,436.00

👍 4

Like    Comment    Share

Write a comment...

Press Enter to post.

### Unocal

January 13 at 1:12 AM · 🌐

Team Unocal wishes everyone a lot of joy and peace on this auspicious day.

Happy Lohri.

#Unocal #Lohri #HappyLohri #India #USA #lubricants



👍❤️ 2     1 Comment

Like    Comment    Share

Most Relevant ▾

Write a comment...

Press Enter to post.

**Anil Sharma**
Same to you ji

Like · Reply · 6d

### Unocal

January 10 at 10:21 PM · 🌐

          

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

🏴 Page created - April 12, 2011

📍 Page manager location: India

**Add Your Business to Facebook**

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Facebook © 2021



**Unocal**

January 7 at 1:12 AM · 🌐

We at Unocal have always prioritized the environment. It is our responsibility to make sure that we do our bit for the environment and help reduce pollution.

O... See More

❤️ 2                      1 Comment

👍 Like     💬 Comment     ↗ Share

Most Relevant ▾

Write a comment...

Press Enter to post.

**Anil Sharma**
Good

Like · **Reply** · 1w





          



 **Unocal**
January 14 at 6:57 AM · 🌐

👍 Like                💬 Comment                ↪ Share

 Write a comment…                           😊 📷 GIF 🎭

Press Enter to post.





**Unocal**
December 24, 2020 at 2:24 AM · 🌐

Merry Christmas ⛄ 🌲

❤️👍 4

👍 Like          💬 Comment          ↗ Share

Write a comment...

Press Enter to post.



**Unocal**
May 4, 2019 ·



Specially formulated for old car engines, 7.5 LTR UNO HDO SAE 40 API SF/CD FILLED PACK is excellent mono-grade engine oil that offers unparalleled anti-oxidant, dispersant and detergent properties. Just like any other UNOCAL 76 product this motor oil is also formulated under the supervision of industry experts and are tested at up to the minute laboratories to deliver a masterpiece, which is the company's trademark.

A perfect blend of fine quality base stocks and additives, ... **See More**

3

| Like | Comment | Share |

Write a comment...

Press Enter to post.







in Search

Try Premium Free for 1 Month

Java Coding Bootcamp - Flexible online bootcamp. Learn full-stack web development in 10 months. Ad ···

UNOCAL

# RAAJ UNOCAL LUBRICANTS LTD

Oil & Energy · Ballabgarh, Faridabad, Haryana · 154 followers

Progress. Non Stop...

+ Follow | Visit website

See all 19 emp

- Home
- About
- Jobs
- People
- Videos

## About

Raaj Unocal Lubricants Ltd, an ISO 9001:2008 and 14001:2015 certified company, is one of the flagship companies of the multi- million dollar Rajgarhia Group of Enterprises. The group has its interests in pharmaceuticals, Downstream ... **see more**

See all

## Recently posted videos

#SelfieNaoGiftPao So far, we have covered more than 10 districts and are left with only a few. During our journey, we have met a lot of people and would like to thank everyone for the overwhelming response. As, we, with our UNOCAL Express, are about to finish this odyssey, we look forward for more...

+More videos

## Posts

All | Images | Documents | Videos | Ads Sort by: Top

RAAJ UNOCAL

RAAJ UNOCAL LUBRICANTS LTD + Follow ···
154 followers
5d •

Certified | Trustworthy | Economical

UNOCAL is the way to go for all your Lubricating needs. ...see more

No alternative text description for this image | No alternative text description for this image

Get the applica

Post

## People also viev

Unocal 7
Oil & Ener
+ Follo

PETROGATE LIMITED
PETROG
Automotiv

Mosil Lubricants Private Limited Logo
Mosil Lu Limited
Chemicals
+ Follo

Shov

Messaging

Search

No alternative text description for this image

No alternative text description for this image

No descrip

7

Like Comment Share Send

Be the first to comment on this

Stay one step ahead

See exclusive Premium insights on 450k+ companies

Upgrade to Premium

No prov this i

RAAJ UNOCAL

RAAJ UNOCAL LUBRICANTS LTD

154 followers

6d •

+ Follow

Team Unocal wishes everyone a lot of Joy and peace on this auspicious day. Happy Lohri.

...see more

No alternative text description for this image

Messaging

Unocal (@unocalindia) / Twitter



🐦

🏠 Home

#️⃣ Explore

🔔 Notifications   4

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⚫ More

**Tweet**

← **Unocal**
377 Tweets

🔍 Search Twitter



**SUPER SYNTH OIL**
WITH REVOLUTIONARY LUBE STRAND TECHNOLOGY PROTECTION

**76**

⬤⬤⬤   Follow

**Unocal**
@unocalindia

Manufacturing of Automotive and Industrial Grade Lubricants

📍 New Delhi, Delhi   🔗 unocal.in   📅 Joined October 2015

**100** Following   **28** Followers

Not followed by anyone you're following

**Tweets**   Tweets & replies   Media   Likes

🔵 **Unocal** @unocalindia · Dec 13, 2018   ⬤⬤⬤

!!.FUELING THE FUTURE.!!

Get your pack of 900 ML UNO DUO SAE MG 10W30 API SL with unique friction busters and keep your motor new.

#Bikes  #engineoil  #unocal  #indianoil  #future

Flipkart Buy Link: flipkart.com/unocal76-engin...

**FUELING THE FUTURE**
**UNOCAL** LUBRICANTS

💬   🔁   ♡   ⬆️

🔵 **Unocal** @unocalindia · Oct 13, 2018   ⬤⬤⬤

Let's make this Navaratri the time to reinforce your vehicle to perform better. Every time.

#4 CHECK FOR LEAKS IN YOUR VEHICLE

#VehicleEmpowerment

**CHECK FOR LEAKS**

💬   🔁   ♡   ⬆️

🔵 **Unocal** @unocalindia · Oct 12, 2018   ⬤⬤⬤

This Navaratri endow your vehicle the power to vanquish the demons that are imperilling your vehicle to perform better.

#3 CLEAN YOUR AIR FILTERS REGULARLY



**You might like**

✳️ **CommonSpirit Hea...** ✓
@commonspirit   Follow
☑️ Promoted

**Cocoon Kapas**
@cocoon_kapas   Follow

titbit **Titbit Spices**
@TitbitSpices   Follow

Show more

**What's happening**

Politics · 3 hours ago
**Biden Cabinet picks face confirmation hearings ahead of the inauguration**
Trending with Yellen

Politics · Trending   ⬤⬤⬤
**MyPillow**
141K Tweets

K-pop · Trending   ⬤⬤⬤
**#AtinyBlackoutDay**
1,437 Tweets

COVID-19 · LIVE   ⬤⬤⬤
**COVID-19: News and updates for Texas**

👤 Jack White
@JackWhi97374865   ⬤⬤⬤

Unocal (@unocalindia) / Twitter



- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

For optimal engine performance. Progress. Non stop.

#VehicleEmpowerment



**Who to follow**

**Road Track & Trail** @RoadTrackandTra    *Follow*
The Largest Preowned Powersports Dealer In The Country!! W228S6932 Enterprise Drive Big Bend, WI 53103 Call today! (262) 662-1500

**SoCalMotoGear** @SoCalMotoGear    *Follow*
Do you wanna be STOCK? or Do you wanna be SEEN? The Ultimate Lighting Upgrade!

**Shawn Curran** @shawn_curran    *Follow*
Loves to ride.

Show more

**Unocal** @unocalindia · Oct 11, 2018
This Navaratri, let's make sure that your vehicle is empowered to enhance its performance.
#2 CHECK COOLANT
Make a regime of timely checking of coolant. Ensure you're using the right product for your car's engine for better performance. Progress. Non stop..

#VehicleEmpowerment



**Unocal** @unocalindia · Oct 11, 2018
This Navaratri is empowered to defeat ten evils those are hampering your vehicle's performance.
#1 CHANGE ENGINE OIL AT PROPER INTERVALS
Always opt for the recommended engine oil at the optimum intervals. Ensure ideal engine performance. Progress. Non stop...

#VehicleEmpowerment

Search Twitter



State lawmakers warned about threats to Texas Capitol in coming days

Show more

Terms of Service   Privacy Policy   Cookie Policy
Ads info   More •••   © 2021 Twitter, Inc.

Jack White
@JackWhi97374865

(9) Unocal (@unocalindia) / Twitter



**Home**

\# **Explore**

🔔 **Notifications** 4

✉️ **Messages**

🔖 **Bookmarks**

**Lists**

**Profile**

⋯ **More**

**Tweet**

❤️ 1

**Unocal** @unocalindia · Jul 24, 2018
#SelfieNaoGiftPao

Folks in #Birbhum, get the chance to win exciting merchandise by getting hold of #UnocalExpress, clicking a selfie and posting it on our Facebook page with #UNOCAL76.

Stay tuned!

#ContestAlert #ContestFeed #IndiaContest #Selfie #SelfieContest #WestBengal



🔁 1    ❤️ 1

🔍 Search Twitter

**Jack White**
@JackWhi97374865
⋯