# EXHIBIT G



COMPANY    PRODUCTS    INDUSTRIES    CREATE YOUR OWN FORMULA                    CONTACT US



# WHY UNOCAL

HOME  >  WHY UNOCAL



## WHY UNOCAL

All engine oils, lubricants, greases, and allied products of UNOCAL 76 bear the hallmark of unparalleled quality. These products also bring with them the unique legacy of research and innovation that has kept our products ahead of the competition, consistently since 1890. Some of the other reasons why UNOCAL 76 products are most sought after by peers and patrons alike are:

- UNOCAL 76 has its foot prints worldwide covering over 57 countries across 6 continents. Major markets being United States of America, Japan, China, Bangladesh, Nepal, India, Pakistan, and Thailand among others

- Highly technologically advanced patented blending techniques such as the AIR PURGING TECHNOLOGY not available with any close competitors in the industry. Also the fully automated blending plant, guarantees zero exposure to human touch and environment

- The trust and legacy of an erstwhile fortune 500 company

- Credited to serve few of the most renowned lubricant brands in the world such as SERVO, EXXON MOBIL and TOTAL lubricants as their authorised blenders

- 7th largest plant in terms of captive capacity available at a single location

- Stringent quality control procedure wherein products are tested by ARAI testing laboratory ARL. Moreover, quality check of in-coming raw materials to guarantee superiority of final products

- ✔ In-house R&D laboratory fully equipped with state-of-the-art research and testing equipment as per the latest ASTM standards
- ✔ Customised lubricating solutions developed as per specific requirements of customers and institutions
- ✔ Equipped with on-site testing mobile laboratories which are capable of demonstrating accurate results to customers, on-site, thereby providing yet another step towards customer education and commitment to quality
- ✔ Additives, base oils, VI improvers are sourced from the most trusted and reputed multinationals
- ✔ Approved OEM for leading brands such as Hindustan Motors, Mitsubishi, ACE, Atul Auto among others

# CERTIFIED BY THE BEST. RECOMMENDED TO USHER IN PROGRESS. NON STOP…












PRODUCTS
INDUSTRIES
WHY UNOCAL
NEWS & UPDATES
CONTACT US

CAREERS
BECOME A DISTRIBUTOR
PRIVATE LABEL
MANUFACTURING

Copyright © 2021 Raaj Unocal Lubricants Limited. All Rights Reserved.

Developed by **Abacus Desk**