# EXHIBIT H



COMPANY    PRODUCTS    INDUSTRIES    CREATE YOUR OWN FORMULA    CONTACT US



# CREATE YOUR OWN FORMULA

HOME  >  CREATE YOUR OWN FORMULA

With over 10,000 formulas at our fingertips, Raaj Unocal Lubricants can formulate the product you need for any application. Please fill out the form below with specifications for a custom formula to be made for your particular application.

Name*

Company Name*

Plant Location*

City

Country*

United States of America

Phone*

Email*

Product Interest*

Please select

Material Being Worked

Rockwell Hardness

Microfinish

Type of Filtration

Type of Pumps

Please describe through process (i.e. - pump storage time, route entry, how step or process, RP time, weld, packaging).

What would you like to see better in this formula?

Estimated or Expected Volume

I'm not a robot
reCAPTCHA
Privacy - Terms

SUBMIT FORMULA



PRODUCTS
INDUSTRIES
WHY UNOCAL
NEWS & UPDATES
CONTACT US

CAREERS
BECOME A DISTRIBUTOR
PRIVATE LABEL
MANUFACTURING

Copyright © 2021 Raaj Unocal Lubricants Limited. All Rights Reserved.    Developed by **Abacus Desk**