# EXHIBIT I

1/3/2021 Become a Distributor - Real Unocal Lubricants



COMPANY    PRODUCTS    INDUSTRIES    CREATE YOUR OWN FORMULA        CONTACT US



# BECOME A DISTRIBUTOR

HOME  >  BECOME A DISTRIBUTOR

## REPRESENT THE GOOD STUFF

Unocal Lubricants Oil is manufactured by UNOCAL76 Lubricants, the largest finished-lubricants supplier in India.

**Here are a few powerful advantages to becoming a UNOCAL76 Lubricants Distributor:**

- Partnership with the largest finished-lubricants supplier
- Access to a wide array of marketing materials and programs
- Support from technical and sales personnel at UNOCAL76
- Extensive online and offline training
- Access to current product research and testing results
- Award-winning online order-to-ship system
- Innovative product lines
- Access to comprehensive product distribution, including five blending facilities
- Now's your chance to represent a classic brand and advance your business

## CONTACT US TO BECOME A DISTRIBUTOR.

BECOME A DISTRIBUTOR



| PRODUCTS | CAREERS |
| --- | --- |
| INDUSTRIES | BECOME A DISTRIBUTOR |
| WHY UNOCAL | PRIVATE LABEL |
| NEWS & UPDATES | MANUFACTURING |




CONTACT US

Copyright © 2021 Raaj Unocal Lubricants Limited. All Rights Reserved.

Developed by **Abacus Desk**