# EXHIBIT J



# Engine Oil Licensing & Certification System (EOLCS)

🌐 **English** | Español | Русский | 中文 | Português

**Overview**     Requirements     Monitoring and Enforcement     Recycle Oil

API's Engine Oil Licensing and Certification System (EOLCS) is a voluntary licensing and certification program that authorizes engine oil marketers that meet specified requirements to use the API Engine Oil Quality Marks. Launched in 1993, API's Engine Oil Program is a cooperative effort between the oil and additive industries and vehicle and engine manufacturers Ford, General Motors, and Fiat Chrysler and those represented by the Japan Automobile Manufacturers Association and the Truck and Engine Manufacturers Association. The performance requirements and test methods are established by vehicle and engine manufacturers and technical societies and trade associations such as (ASTM), (SAE), and the American Chemistry Council (ACC).

The Engine Oil Program is backed by monitoring and enforcement program that ensures licensees adhere to program requirements. This includes running physical, chemical, and performance tests on licensed engine oils and verifying that the API-registered Marks are properly displayed on containers and convey accurate information to consumers.

About half of the program's licensees are based in the United States, and the other half are spread around the globe. A complete list of licensees is available on our **licensee directory**.



# Motor Oil Has Mattered For 70 Years.

Download our timeline infographic and follow the history of API motor oil standards..

### Download 70 Years

# Certification Directories

Free directories listing all of the participants in our certification-related programs.

View All

# Get A Quote

Request a Quotation.

Get a Quote

# Related Products

**API Learning**

Through multi-platform and multi-media eLearning, API's Training Program offers comprehensive training developed by experts on API Standards and Recommended Practices.

**Motor Oil Matters (MOM)**

The MOM mark helps customers identify distributors and oil change locations committed to providing motor oil meeting the performance standard recommended by most vehicle and engine manufacturers.

**API Compass/Subscriptions**

The Compass platform provides organization-wide access to all the API standards and specifications needed to ensure safety, compliance and interoperability.

© Copyright 2020 – API. All Rights Reserved.



# Results Detail

## Company Information

| | |
|---|---|
| Company Name: | RAAJ UNOCAL LUBRICANTS LTD. |
| Corporate Address: | MATHURA ROAD<br>FARIDABAD, HARYANA, 121006, India |
| License Status: | Active |
| License Number: | 3470 |
| Original License Issue Date: | 23-Jul-2018 |
| License Effective Date: | 01-Apr-2020 |
| License Expiration Date: | 31-Mar-2021 |



## Products

| BRAND NAME | SAE VISCOSITY GRADE | API SERVICE CATEGOR | CLASSIFICATION | ILSAC SPECIFICATION |
|---|---|---|---|---|
| ACTEVO UNO TC ENDURA | 15W-40 | CI-4 | CI-4 PLUS | |
| UNO EMERA | 15W-40 | CH-4/SL | | |
| UNO ENDURA TC | 15W-40 | CI-4 | CI-4 PLUS | |
| UNO FLEETO PREMIUM | 15W-40 | CI-4 | CI-4 PLUS | |
| UNO FLEETO SUPERIOR | 15W-40 | CH-4/SL | | |
| UNO TC | 15W-40 | CH-4/SL | | |

1

Displaying items 1 - 11 of 11

© Copyright 2021 - API. All Rights Reserved.    Terms, Conditions, and Privacy Policy