# EXHIBIT K

Home  >  Whois Lookup  >  UnocalGlobal.com

## Whois Record for UnocalGlobal.com

### — Domain Profile

| | |
|---|---|
| **Proximity Score** | 12 |
| **Email** | abuse@godaddy.com is associated with ~70,979,275 domains |
| **Registrar** | GoDaddy.com, LLC<br>IANA ID: 146<br>URL: http://www.godaddy.com<br>Whois Server: whois.godaddy.com<br><br>abuse@godaddy.com<br>(p) 14806242505 |
| **Registrar Status** | clientDeleteProhibited, clientRenewProhibited, clientTransferProhibited, clientUpdateProhibited |
| **Dates** | 96 days old<br>Created on 2020-09-29<br>Expires on 2022-09-29<br>Updated on 2020-09-29 |
| **Name Servers** | NS.LIQUIDWEB.COM (has 111,651 domains)<br>NS1.LIQUIDWEB.COM (has 111,651 domains) |
| **IP Address** | 166.62.28.79 - 1,088 other sites hosted on this server |
| **IP Location** | 🇺🇸 - Arizona - Scottsdale - Godaddy.com Llc |
| **ASN** | 🇺🇸 AS26496 AS-26496-GO-DADDY-COM-LLC, US (registered Oct 01, 2002) |
| **Domain Status** | Registered And Active Website |
| **Whois History** | 2 records have been archived since 2020-09-30 |
| **IP History** | 3 changes on 3 unique IP addresses over 1 years |
| **Registrar History** | 1 registrar |
| **Hosting History** | 1 change on 2 unique name servers over 1 year |

### — Website

| | |
|---|---|
| **Website Title** | 76 500 SSL negotiation failed: |
| **Response Code** | 500 |

### Whois Record ( last updated on 20210103 )

```
Domain Name: unocalglobal.com
Registry Domain ID: 2562946631_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2020-09-30T06:26:11Z
Creation Date: 2020-09-30T06:26:11Z
Registrar Registration Expiration Date: 2022-09-30T06:26:11Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registrant Organization: ABACUS DESK IT SOLUTIONS PVT LTD
Registrant State/Province: Haryana
Registrant Country: IN
Registrant Email: Select Contact Domain Holder link at
https://www.godaddy.com/whois/results.aspx?domain=unocalglobal.com
Admin Email: Select Contact Domain Holder link at
https://www.godaddy.com/whois/results.aspx?domain=unocalglobal.com
Tech Email: Select Contact Domain Holder link at
https://www.godaddy.com/whois/results.aspx?domain=unocalglobal.com
Name Server: NS.LIQUIDWEB.COM
Name Server: NS1.LIQUIDWEB.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2021-01-03T18:00:00Z <<<

For more information on Whois status codes, please visit
https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en

TERMS OF USE: The data contained in this registrar's Whois database, while believed by
the
registrar to be reliable, is provided "as is" with no guarantee or warranties regarding
 its
accuracy. This information is provided for the sole purpose of assisting you in obtaini
ng
information about domain name registration records. Any use of this data for any other
purpose

is expressly forbidden without the prior written permission of this registrar. By submi
tting
an inquiry, you agree to these terms and limitations of warranty. In particular, you ag
ree not

to use this data to allow, enable, or otherwise support the dissemination or collection
 of
this
data, in part or in its entirety, for any purpose, such as transmission by e-
mail, telephone,
postal mail, facsimile or other means of mass unsolicited, commercial advertising or
solicitations
of any kind, including spam. You further agree not to use this data to enable high volu
me,
automated
or robotic electronic processes designed to collect or compile this data for any purpos
e,
including
mining this data for your own personal or commercial purposes. Failure to comply with t
hese
terms
```

```
may result in termination of access to the Whois database. These terms may be subject to
modification
at any time without notice.
```



**Tools**

| Whois History |
| Hosting History |
| Monitor Domain Properties ▼ |
| Reverse Whois Lookup ▼ |
| Reverse IP Address Lookup ▼ |
| Network Tools ▼ |
| Buy This Domain ▼ |
| Visit Website |

| ⬇ Preview the Full Domain Report |
| Queue Screenshot for Addition |

**Available TLDs**

| **General TLDs** | Country TLDs |

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| UnocalGlobal.com | View Whois |
| UnocalGlobal.net | Buy Domain |
| UnocalGlobal.org | Buy Domain |
| UnocalGlobal.info | Buy Domain |
| UnocalGlobal.biz | Buy Domain |
| UnocalGlobal.us | Buy Domain |

[Sitemap](#) [Blog](#) [Terms](#) [Privacy](#) [Contact](#) [California Privacy Notice](#) [Do Not Sell My Personal Information](#)

© 2021 DomainTools