IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PHILLIPS 66 COMPANY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:21-cv-279 |
| | § | |
| RAAJ UNOCAL LUBRICANTS LIMITED, | § | |
| | § | **JURY TRIAL DEMANDED** |
| Defendant. | § | |
| | § | |

## PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES

In accordance with Federal Rule of Civil Procedure 7.1, Plaintiff Phillips 66 Company states that it is a Delaware corporation that is a wholly owned subsidiary of Phillips 66, a publicly traded Delaware corporation. At this time, there are no shareholders owning 10% or more of Phillips 66. The undersigned attorney of record for Plaintiff lists the following known attorneys of record: Stephen P. Meleen (Plaintiff) and Alexandra H. Bistline (Plaintiff). In addition, the following persons or entities are financially interested in this litigation: Phillips 66 Company.

Respectfully submitted,

Date: January 28, 2021

*s/ Stephen P. Meleen*

Stephen P. Meleen
Attorney-in-Charge
Texas Bar No. 00795776
Federal Bar No. 24154
Alexandra H. Bistline
Texas Bar No. 24092137
Federal Bar No. 2627667
PIRKEY BARBER PLLC
1801 East Sixth Street, Suite 300
Austin, Texas 78702

-1-

Telephone: (512) 322-5200
Fax: (512) 322-5201
smeleen@pirkeybarber.com
abistline@pirkeybarber.com

**ATTORNEYS FOR PLAINTIFF
PHILLIPS 66 COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2021, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system. In addition, a copy of the foregoing will be served on the Defendant along with the summons and complaint.

*s/ Stephen P. Meleen*
Stephen P. Meleen
