| TO: **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313–1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT**<br>**OR TRADEMARK** |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court for the Southern District of Texas on the following Trademarks or Patents.

| Docket No.<br>4:21–cv–00279 | Date Filed:<br>1/28/2021 | U.S District Court<br>SOUTHERN DISTRICT OF TEXAS | |
|---|---|---|---|
| Plaintiff(s)<br>Phillips 66 Company | | Defendant(s)<br>Raaj Unocal Lubricants Limited | |
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| **A copy of the complaint is attached.** | | | |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

In the above–entitled case, the following patent(s)/trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | Amendment   Answer   Cross Bill   Other Pleading | |
|---|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

In the above–entitled case, the following decision has been rendered or judgment issued:

DECISION/JUDGMENT

| Clerk:<br>Nathan Ochsner, Clerk | By Deputy Clerk:<br>Claudia Gutierrez | Date:<br>1/29/2021 |
|---|---|---|