IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PHILLIPS 66 COMPANY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 4:21-cv-279 |
| v. | § | |
| | § | |
| RAAJ UNOCAL LUBRICANTS LIMITED, | § | **JURY TRIAL DEMANDED** |
| | § | |
| Defendant. | § | |

## PLAINTIFF'S ORIGINAL COMPLAINT

Phillips 66 Company ("Plaintiff") files this Original Complaint against Raaj Unocal Lubricants Limited ("Defendant").

## PARTIES

1.      Plaintiff is a Delaware corporation having its principal place of business at 2331 CityWest Blvd., Houston, TX 77042.

2.      Upon information and belief, Defendant is a limited liability company organized in India with an address of 40 Km Stone, Mathura Rd, Jharsaintly, Ballabhgarh, Faridabad, Haryana 121004, India.

## NATURE OF ACTION AND JURISDICTION

3.      This is an action for trademark infringement, counterfeiting, dilution, unfair competition, and unjust enrichment under the Trademark Act of 1946, as amended, 15 U.S.C. § 1051 *et seq.* ("Lanham Act"), and the laws of the state of Texas.

4.      This Court has jurisdiction over this action under Section 39 of the Lanham Act, 15 U.S.C. § 1121, and Title 28 of the United States Code, §§ 1331 and 1338, and supplemental jurisdiction over Plaintiff's claims under state law under 28 U.S.C. § 1367(a).

5.      The matter in controversy in this action exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of a state and a foreign state. Therefore, this Court also has subject matter jurisdiction pursuant to 28 U.S.C. § 1332.

6.    On information and belief, Defendant targets consumers in the District and expects or intends its acts to have consequences in the District, and thus a substantial part of the events giving rise to the acts complained of herein occurred in this District. Therefore, venue is proper in this District pursuant to 28 U.S.C. § 1391(b). In the alternative, venue is proper in this District pursuant to 28 U.S.C. §1391(c)(3), as Defendant is not a resident in the United States.

<div align="center">

**FACTS**

</div>

**Phillips 66 – Intellectual Property Rights**

7.      For more than 140 years, Phillips 66 and its predecessors in interest (collectively "Phillips 66") have engaged in the world-wide manufacture, marketing, distribution, and sale of high quality petroleum products and services, including gasoline, diesel, jet fuel, lubricants, motor fuels, and other related products and services. Phillips 66 manages over 18,000 miles of crude oil, raw natural gas liquid, natural gas and petroleum product pipeline systems in the United States, including those partially owned and operated by affiliates.

8.      Since at least as early as 1932, Phillips 66 has continuously used the mark 76 and the 76 design marks shown below (collectively, the "76 Marks") in connection with these products and services.



<div align="center">

2

</div>

9.     The 76 Marks were first used by Phillips 66's predecessor in interest, Union Oil Company of California, doing business as Unocal, in 1932.  In addition to the 76 Marks shown above, Unocal also used the marks UNION 76, UNOCAL 76, and 76 LUBRICANTS in connection with its products and services.

10.     In 1997, Unocal sold its western United States refining and marketing operations and the rights to the 76 Marks for use in refining and marketing operations to Tosco Corporation. Phillips Petroleum Company purchased Tosco Corporation, along with the rights in the 76 Marks, in 2001.  In 2002, Conoco Inc. and Phillips Petroleum Company merged into ConocoPhillips.

11.     In 2012, ConocoPhillips divested all of its midstream, downstream, marketing and chemical operations, as well as rights to the 76 Marks in connection with those operations, to the newly created company Phillips 66.

12.     A timeline showing the evolution of some of the trademarks used by Phillips 66 and its predecessors from 1932 to the present is attached hereto as **Exhibit A.**

13.     Since that time, Phillips 66 has continued to use the 76 Marks in connection with its products and services. Phillips 66 has also licensed the mark 76 for lubricants internationally in Asia and also licenses the marks UNION 76, 76 LUBRICANTS and similar marks in connection with merchandise available for purchase in the United States and internationally.

14.     Phillips 66 owns numerous valid federal trademark registrations for the 76 Marks, including U.S. Reg. Nos. 0,566,785; 0,754,420; 0,764,442; 0,867,703; 2,935,849; 3,727,675; 3,492,578; 3,495,946; 3,069,038; 3,694,150; 3,024,484; 3,694,150; 3,024,484; 3,093,884; 3,107,583; 2,938,185; 3,042,693; 2,940,047; 3,176,763; 3,176,768; 4,727,793; 4,789,834; and 4,930,390.  True and correct copies of these registrations are attached as **Exhibit B.**

15.     Registration Nos. 0,754,420; 0,764,442; 2,935,849; 3,727,675; 3,492,578; 3,495,946; 3,069,038; 3,694,150; 3,024,484; 3,694,150; 3,093,884; 3,107,583; 2,938,185; 3,042,693; 2,940,047; 3,176,763; 3,176,768 are incontestable under 15 U.S.C. § 1065. Such registrations constitute conclusive evidence of the validity of the registered marks and of the registration of the marks, of the registrant's ownership of the marks, and of the registrant's exclusive right to use the registered marks in commerce under 15 U.S.C. § 1115(b).

16.     Phillips 66 has developed and controls an extensive network of licensees and sub-licensees who manufacture, market, distribute, and sell authorized products and services throughout the United States and internationally.

17.     Over the years, Phillips 66 has expended a great amount of time and monetary investments to ensure that its products and services meet high standards of quality, safety, and performance. Phillips 66 has established a number of quality control standards and procedures to protect the safety of its customers and to ensure its customers associate the 76 Marks with quality products.

18.     Over the decades that the 76 brand has been used, Phillips 66 and its predecessors in interest have also expended hundreds of millions of dollars in promoting its products and services offered under the 76 Marks.

19.     As a result of Phillips 66's quality control measures and promotion expenditures, Phillips 66 has developed goodwill, public recognition, and strong rights in its marks, which consumers have come to know and trust as symbols of quality and value.

20.     The 76 Marks are inherently distinctive, serving to identify and indicate the source of Phillips 66's products and services to the consuming public, and to distinguish Phillips 66's products and services from those of others.

21.     Additionally, and alternatively, as a result of Phillips 66's frequent and widespread use and promotion of the 76 Marks, the marks have become distinctive to designate Phillips 66's goods and services, to distinguish Phillips 66's goods and services from the goods and services of others, and to distinguish the source or origin of Phillips 66's goods and services.

22.     Phillips 66 has invested considerable effort and resources in developing, using, advertising, and promoting the 76 Marks in over 50 countries, including the United States, Mexico, Guam, Japan and the continent of Asia.

23.     Over the years, Phillips 66 has sold billions of gallons of petroleum product and promotional merchandise bearing the 76 Marks worldwide.  Because of the substantial revenues generated under its brands on an annual basis, Phillips 66 is ranked 27th on the Fortune 500 (2020) and 61st on the Global Fortune 500 (2020) lists.

24.     As a result of extensive and widespread use and promotion by Phillips 66, the 76 Marks have become famous throughout the United States and in the State of Texas to indicate the source of Phillips 66's goods and services.

25.     As just one example of the notoriety of the 76 Marks, the 76 Marks are frequently featured in popular television shows and films, including The Lost World: Jurassic Park, Dawn of the Planet of the Apes, and the Land of the Lost.

**Defendant's Activities**

26. On information and belief, Defendant manufactures and sells oils, lubricants and other related products.

27. Defendant uses marks that appear to be the 76 Marks or close variants thereof (the "Counterfeit Marks") prominently in connection with its business in numerous ways.   For example:

5

a.  Defendant uses the name UNOCAL 76 and the stylized UNOCAL 76 design mark shown below as its brand name, including on its website <u>unocalglobal.com</u> (URL and content are collectively, hereinafter, "Website").  *See e.g.*, **Exhibit C.**



b.  Defendant repeatedly claims on its Website and in its promotional materials that it is "A Lube Brand of USA" and "a Brand of USA Since 1890" in order to create the false impression that Defendant is affiliated with Phillips 66.  *See id.*

c.  In furtherance of that false impression, Defendant also claims on its Website that "Unocal 76 Lubricants" are "American Energy. Delivered."  *See id.*

d.  Defendant labels its products with the Counterfeit Marks, such as those advertised on its website (examples shown below and in **Exhibit D**):





e.  Defendant uses the Counterfeit Marks on its "History" page of its Website to falsely suggest that the company is affiliated with Phillips 66 (as shown below and in **Exhibit E**).



f.  Defendant also uses the phrase "Represent The Good Stuff" on its Website, a clear reference to two taglines that Phillips 66 and its affiliates have used—"The Good Stuff" and "Demand The Good Stuff."

g.  Defendant also uses the Counterfeit Marks on its social media pages, examples of which are shown below and in **Exhibit F.**






28.     The goods and services sold by Defendant using the Counterfeit Marks are not genuine Phillips 66 goods or services.

29.     Defendant has intentionally targeted the goods and services offered under the Counterfeit Marks to United States customers.

30.     For example, in addition to claiming that it is "A Lube Brand of the USA" and that "Unocal 76 Lubricants" is "American Energy. Delivered" on its English-language Website, Defendant also claims: "UNOCAL 76 has its foot prints worldwide covering over 57 countries across 6 continents. ***Major markets being United States of America***, Japan, China, Bangladesh, Nepal, India, Pakistan, and Thailand among others" (emphasis added, *see* **Exhibit G**).

31.     Through its interactive website unocalglobal.com, customers in the United States can submit an application to "Create Your Own Formula" with Defendant.  Defendant promises its potential customers, including those located in the United States, that it "can formulate the product you need for any application."  *See* **Exhibit H.**

32.     Customers can also contact Defendant to "Become a Distributor" through this same website. *See* **Exhibit I.** Selecting the "Contact Us" button automatically opens a new email addressed to Defendant using the customer's email service provider, including for customers located in the United States.

33.     On information and belief, Defendant has also conducted busines with several United States entities in order to further its infringing activities.  For example:

    a.  On information and belief, Defendant applied for and obtained a license certifying its engine oil products with the American Petroleum Institute (see **Exhibit J**);

    b.  On information and belief, the website hosting company (GoDaddy, Inc.) for Defendant's Website is located in Arizona (see **Exhibit K**);

    c.  On information and belief, Defendant contracted with a company in California, Facebook, Inc., to market and promote its activities complained of herein;

    d.  On information and belief, Defendant contracted with a company in California, Twitter, Inc., to market and promote its activities complained of herein;

    e.  On information and belief, Defendant contracted with a company in California, LinkedIn Corporation, to market and promote its activities complained of herein.

34.     Defendant has set out on a deliberate course of conduct to deceive consumers, including those in the United States, into believing that Defendant and its products are connected, associated, or affiliated with Phillips 66, even though Defendant is not currently affiliated with Phillips 66 in any way, in order to trade on Phillip 66's valuable goodwill.

35.     Defendant's unauthorized use of the Counterfeit Marks began long after those marks became famous.

**<u>Harmful Effects of Defendant's Activities on Phillips 66 and the Consuming Public</u>**

36.     Defendant's unlawful activities are intentional and expressly aimed at Phillips 66, which is headquartered in this District. Thus, the effects of Defendant's activities are felt in this District.

37.     Defendant's unauthorized use of the Counterfeit Marks is likely to cause confusion, to cause mistake, or to deceive customers and potential customers of the parties as to some affiliation, connection, or association of Defendant's business with Phillips 66, or as to the origin, sponsorship, or approval of Defendant's goods and/or services.

38.     Defendant's unauthorized use of the Counterfeit Marks falsely indicates to the purchasing public that Defendant, its business, and its goods or services originate with Phillips 66, or are affiliated, connected, or associated with Phillips 66, or are sponsored, endorsed, or approved by Phillips 66, or are in some manner related to Phillips 66 or its goods or services.

39.     Defendant's unauthorized use of the Counterfeit Marks falsely designates the origin of Defendant's goods and/or services, and falsely or misleadingly describes and represents facts with respect to Defendant and its goods and/or services.

40.     By using Phillips 66's registered Counterfeit Marks in connection with the manufacture and sale of oils, lubricants, and related products that are not genuine 76 branded products, Defendant is selling counterfeit products and services.

41.     Defendant's unauthorized use of the Counterfeit Marks enables Defendant to trade on and receive the benefit and goodwill built up at great labor and expense over many years by Phillips 66, and to gain acceptance for Defendant's goods and/or services not solely on Defendant's own merits, but on the reputation and goodwill of Phillips 66 and its marks, trade dress, goods, and services.

42.     Defendant's unauthorized use of the Counterfeit Marks removes from Phillips 66 the ability to control the nature and quality of goods and services provided under its marks and trade dress, and places the valuable reputation and goodwill of Phillips 66 in the hands of Defendant, over whom Phillips 66 has no control.

43.     Defendant's unauthorized use of the Counterfeit Marks is likely to cause dilution of the 76 Marks.

44.     Defendant's unauthorized use of the Counterfeit Marks enables Defendant to palm off its goods on the unsuspecting public as those of Phillips 66.

45.     As a result of Defendant's unauthorized use of the Counterfeit Marks, Defendant is being unjustly enriched at the expense of Phillips 66 and the public.

46.     Unless these unfair and deceptive practices and acts of unfair competition by Defendant are restrained by this Court, they will continue to cause irreparable injury to Phillips 66 and to the public, for which there is no adequate remedy at law.

IV.     **Willful Nature of Defendant's Wrongful Acts**

47.     Upon information and belief, Defendant's acts of infringement, counterfeiting, and unfair competition complained of herein have been malicious, fraudulent, deliberate, willful, intentional, and in bad faith, with full knowledge and conscious disregard of Phillips 66's rights. In view of the egregious nature of Defendant's actions, this is an exceptional case within the meaning of Section 35(a) of the Lanham Act, 15 U.S.C. § 1117(a).

<u>**COUNT I:  INFRINGEMENT OF REGISTERED MARKS**</u>

48.     Phillips 66 repeats the above allegations as if fully set forth herein.

49.     The acts of Defendant complained of herein constitute infringement of Phillips 66's federally registered trademarks in violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114.

50.     Phillips 66 has been damaged by Defendant's acts of federal trademark infringement.

51.     Defendant's infringement has been willful and in bad faith, making this an exceptional case under 15 U.S.C. § 1117.

<u>**COUNT II:  FEDERAL TRADEMARK COUNTERFEITING**</u>

52.     Phillips 66 repeats the above allegations as if fully set forth herein.

53.     The acts of Defendant complained of herein constitute use of counterfeit marks on or in connection with the sale, offering for sale, and distribution of products and services, which negatively affects United States commerce and consumers to the detriment of the goodwill connected to the 76 Marks.

54.     Defendant's use of counterfeit marks was and is willful.  Defendant intentionally used and is using the 76 Marks knowing he is selling and offering to sell counterfeit products and services.

55.     The acts of Defendant complained of herein constitute trademark counterfeiting in violation of 15 U.S.C. § 1114.

56.     Plaintiff has been damaged by Defendant's acts of trademark counterfeiting.

### COUNT III:  VIOLATION OF LANHAM ACT SECTION 43(a)

57.     Phillips 66 repeats the above allegations as if fully set forth herein.

58.     The acts of Defendant complained of herein constitute trademark infringement, false designation of origin, false or misleading descriptions or representations of fact, and unfair competition in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

59.     Phillips 66 has been damaged by Defendant's acts of trademark infringement, false designation of origin, false or misleading descriptions or representations of fact, and unfair competition.

60.     Defendant's acts of trademark infringement, false designation of origin, false or misleading descriptions or representations of fact, and unfair competition have been willful and in bad faith, making this an exceptional case under 15 U.S.C. § 1117.

### COUNT IV: DILUTION UNDER FEDERAL LAW

61.     Phillips 66 repeats the above allegations as if fully set forth herein.

62.     The acts of Defendants complained of herein constitute dilution by blurring and dilution by tarnishment of the 76 Marks in violation of Section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c).

63.     Defendants willfully intend to trade on the recognition of the 76 Marks, which are famous and became famous prior to Defendant's commencement of use of the Counterfeit Marks, and to harm the reputation of the 76 Marks.

64.     Phillips 66 has been damaged by Defendants' acts of federal trademark dilution.

## COUNT V: COMMON LAW UNFAIR COMPETITION

65.     Phillips 66 repeats the above allegations as if fully set forth herein.

66.     The acts of Defendant complained of herein constitute trademark infringement and unfair competition in violation of the common law of the State of Texas.

67.     Philips 66 has been damaged by Defendant's acts of common law unfair competition.

## COUNT VI: DILUTION UNDER TEXAS LAW

68.     Phillips 66 repeats the above allegations as if fully set forth herein.

69.     The acts of Defendant complained of herein constitute dilution of the 76 Marks in violation of the Texas Business and Commerce Code § 16.103.

70.     Phillips 66 has been damaged by Defendant's acts of state trademark dilution.

## COUNT VII: UNJUST ENRICHMENT

71.     Phillips 66 repeats the above allegations as if fully set forth herein.

72.     The acts of Defendant complained of herein constitute unjust enrichment of Defendant at Phillips 66's expense.

73.     Phillips 66 has been damaged by Defendant's acts of unjust enrichment.

74.     Phillips 66 repeats the above allegations as if fully set forth herein.

**PRAYER**

WHEREFORE, Phillips 66 prays that:

a)      Defendant, Defendant's agents, servants, employees, attorneys, licensees, and all those persons and legal entities in active concert or participation with them, be preliminarily and permanently enjoined from using the 76 Marks, the Counterfeit Marks, and any other mark or trade dress confusingly similar thereto;

b)      Defendant, Defendant's agents, servants, employees, attorneys, and all those persons and legal entities in active concert or participation with them, be required to immediately remove or otherwise eliminate all elements and instances of the 76 Marks or the Counterfeit Marks that appear on Defendant's products and promotional materials, including its website at unocalglobal.com and all digital and social media accounts;

c)      Defendant be ordered to file with this Court and to serve upon Phillips 66, within 30 days after the entry and service on Defendant of an injunction, a report in writing and under oath setting forth in detail the manner and form in which Defendant has complied with the injunction;

d)      Phillips 66 recover all damages it has sustained as a result of Defendant's infringement, dilution, false designation of origin, unfair competition, and unjust enrichment, and that such damages be trebled;

e)      An accounting be directed to determine Defendant's profits resulting from Defendant's activities, and that such profits be paid over to Phillips 66, increased as the Court finds to be just under the circumstances of this case;

(f)      Alternatively, if greater, Plaintiff recover statutory damages under 15 U.S.C. § 1117 as a result of Defendant's counterfeiting;

g)      Plaintiff's nominal damages, if the Court does not award statutory damages, actual damages, or an accounting of profits;

h)      Phillips 66 recover its reasonable and necessary attorneys' fees;

i)      Phillips 66 recover its costs of this action and prejudgment and post-judgment interest; and

j)      Phillips 66 recover such other relief as the Court may find appropriate.


## JURY DEMAND

Under Fed. R. Civ. P. 38(b), Phillips 66 demands a trial by jury on all issues triable of right by a jury.

                                         Respectfully submitted,

Date:   January 28, 2021                    *s/ Stephen P. Meleen*
                                         Stephen P. Meleen, Attorney-in-Charge
                                         Texas Bar No. 00795776
                                         S.D. Tex. Bar No. 24154
                                         Alexandra Bistline
                                         Texas Bar No. 24092137
                                         S.D. Tex. Bar No. 2627667
                                         PIRKEY BARBER PLLC
                                         1801 East Sixth Street, Suite 300
                                         Austin, TX  78702
                                         Telephone: (512) 322-5200
                                         Fax: (512) 322-5201

                                         **ATTORNEYS FOR PLAINTIFF**
                                       **PHILLIPS 66 COMPANY**

# EXHIBIT A

UTM20   Used in the 1930's


UTM15   In use by 1915


UTM18   1915 – 1920


UTM16   In use 1921 – 1947


UTM19   New gasoline in 1926


UTM11   Before 1937


UTM8   Active 1932 – 1938
(76 gasoline new in


UTM32   1932 – 1938


UTM13   1932 – 1938


UTM30   1932 – 1947



UTM4   1938 – 1947



UTM9   This design from 1950's
(Circle introduced in 1947)



UTM3   This design from 1960's



UTM14*   Used in 1950's – 1960's



UTM7   Introduced in 1955



UTM6   Introduced in 1955



UTM10   1955 – 1960



UTM12   1955 – 1960



UTM2   In use by 1958

UTM1   New in 1967
In use to present



* Finished art to come

# EXHIBIT B

Int. Cls.: 4 and 37

Prior U.S. Cls.: 1, 6, 15, 100, 103 and 106

**United States Patent and Trademark Office**

Reg. No. 2,935,849
Registered Mar. 29, 2005

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



CONOCOPHILLIPS COMPANY (DELAWARE CORPORATION)

600 NORTH DAIRY ASHFORD

HOUSTON, TX 77079

FOR: CUTTING OILS, THREAD-CUTTING OILS, GASOLINE, KEROSENE, HYDRAULIC OIL, LUBRICATING OILS AND GREASES, IN CLASS 4 (U.S. CLS. 1, 6 AND 15).

FIRST USE 11-18-1952; IN COMMERCE 11-18-1952.

FOR: VEHICLE SERVICE STATION SERVICES, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 12-29-1966; IN COMMERCE 12-29-1966.

OWNER OF U.S. REG. NOS. 566,785, 2,827,880 AND OTHERS.

SER. NO. 76-566,947, FILED 12-11-2003.

BRIAN BROWN, EXAMINING ATTORNEY

 **United States Patent and Trademark Office** 

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Assignments on the Web > Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 1**

| | | | |
|---|---|---|---|
| **Serial #:** 76566947 | **Filing Dt:** 12/11/2003 | **Reg #:** 2935849 | **Reg. Dt:** 03/29/2005 |
| **Registrant:** ConocoPhillips Company | | | |
| **Mark:** 76 | | | |

**Assignment: 1**

| | | | |
|---|---|---|---|
| **Reel/Frame:** 4805/0721 | **Recorded:** 06/22/2012 | | **Pages:** 33 |

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** CONOCOPHILLIPS COMPANY

                                                      **Exec Dt:** 04/26/2012
                                             **Entity Type:** CORPORATION
                                             **Citizenship:** DELAWARE

**Assignee:** PHILLIPS 66 COMPANY
                 P. O. BOX 4428
                 INTELLECTUAL PROPERTY LEGAL
                 HOUSTON, TEXAS 77210
                                             **Entity Type:** CORPORATION
                                             **Citizenship:** DELAWARE

**Correspondent:** PHILLIPS 66 COMPANY
                    P. O. BOX 4428
                    INTELLECTUAL PROPERTY LEGAL
                    HOUSTON, TX 77210

Search Results as of: 01/05/2021 01:00 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

**Int. Cl.: 37**

**Prior U.S. Cls.: 100, 103 and 106**

**United States Patent and Trademark Office**

**Reg. No. 2,938,185**

Registered Apr. 5, 2005

## SERVICE MARK
### PRINCIPAL REGISTER



CONOCOPHILLIPS COMPANY (DELAWARE CORPORATION)
600 NORTH DAIRY ASHFORD
HOUSTON, TX 77079

FOR: VEHICLE SERVICE STATION SERVICES, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 6-30-2003; IN COMMERCE 8-20-2003.

OWNER OF U.S. REG. NOS. 566,785 AND 867,703.

THE COLOR(S) RED AND BLUE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE NUMBER 76 DEPICTED IN THE COLOR BLUE IN A RED CIRCLE.

SER. NO. 78-391,695, FILED 3-26-2004.

DAWN HAN, EXAMINING ATTORNEY



# United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



**Assignments on the Web > Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 1**

| | | | |
|---|---|---|---|
| **Serial #:** 78391695 | **Filing Dt:** 03/26/2004 | **Reg #:** 2938185 | **Reg. Dt:** 04/05/2005 |
| **Registrant:** ConocoPhillips Company | | | |
| **Mark:** 76 | | | |

**Assignment: 1**

| | | |
|---|---|---|
| **Reel/Frame:** 4805/0721 | **Recorded:** 06/22/2012 | **Pages:** 33 |

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** CONOCOPHILLIPS COMPANY

                **Exec Dt:** 04/26/2012
            **Entity Type:** CORPORATION
              **Citizenship:** DELAWARE

**Assignee:** PHILLIPS 66 COMPANY
            P. O. BOX 4428
            INTELLECTUAL PROPERTY LEGAL
            HOUSTON, TEXAS 77210

              **Entity Type:** CORPORATION
              **Citizenship:** DELAWARE

**Correspondent:** PHILLIPS 66 COMPANY
            P. O. BOX 4428
            INTELLECTUAL PROPERTY LEGAL
            HOUSTON, TX 77210

Search Results as of: 01/05/2021 01:06 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

**Int. Cl.: 4**

**Prior U.S. Cls.: 1, 6 and 15**

**United States Patent and Trademark Office**

Reg. No. 2,940,047

Registered Apr. 12, 2005

## TRADEMARK
### PRINCIPAL REGISTER



CONOCOPHILLIPS COMPANY (DELAWARE CORPORATION)

600 NORTH DAIRY ASHFORD

HOUSTON, TX 77079

FOR: GASOLINE, DIESEL FUEL AND KEROSENE, IN CLASS 4 (U.S. CLS. 1, 6 AND 15).

FIRST USE 8-20-2003; IN COMMERCE 8-20-2003.

OWNER OF U.S. REG. NOS. 566,785, 867,703, AND 2,636,225.

THE COLOR(S) RED AND BLUE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE COLOR RED APPEARS IN THE RED CIRCULAR BACKGROUND AND THE COLOR BLUE APPEARS IN THE NUMBER "76".

SER. NO. 78-391,709, FILED 3-26-2004.

RENEE MCCRAY, EXAMINING ATTORNEY



**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



**Assignments on the Web** > **Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 1**

| | | | |
|---|---|---|---|
| **Serial #:** 78391709 | **Filing Dt:** 03/26/2004 | **Reg #:** 2940047 | **Reg. Dt:** 04/12/2005 |
| **Registrant:** ConocoPhillips Company | | | |
| **Mark:** 76 | | | |

**Assignment: 1**

| | | |
|---|---|---|
| **Reel/Frame:** 4805/0721 | **Recorded:** 06/22/2012 | **Pages:** 33 |

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** CONOCOPHILLIPS COMPANY

         **Exec Dt:** 04/26/2012
         **Entity Type:** CORPORATION
         **Citizenship:** DELAWARE

**Assignee:** PHILLIPS 66 COMPANY
         P. O. BOX 4428
         INTELLECTUAL PROPERTY LEGAL
         HOUSTON, TEXAS 77210

         **Entity Type:** CORPORATION
         **Citizenship:** DELAWARE

**Correspondent:** PHILLIPS 66 COMPANY
         P. O. BOX 4428
         INTELLECTUAL PROPERTY LEGAL
         HOUSTON, TX 77210

Search Results as of: 01/05/2021 01:06 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22, and 41

**United States Patent and Trademark Office**

Reg. No. 3,024,484

Registered Dec. 6, 2005

## TRADEMARK
### PRINCIPAL REGISTER



CONOCOPHILLIPS COMPANY (DELAWARE CORPORATION)
600 NORTH DAIRY ASHFORD
HOUSTON, TX 770791175

FOR: LUGGAGE; TOTE BAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 4-19-2004; IN COMMERCE 4-19-2004.

OWNER OF U.S. REG. NOS. 754,629, 2,255,427, AND OTHERS.

SN 78-317,044, FILED 10-22-2003.

LINDA ESTRADA, EXAMINING ATTORNEY

 **United States Patent and Trademark Office** 

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 1**

| | | | |
|---|---|---|---|
| **Serial #:** 78317044 | **Filing Dt:** 10/22/2003 | **Reg #:** 3024484 | **Reg. Dt:** 12/06/2005 |

**Registrant:** ConocoPhillips Company
**Mark:** 76

**Assignment: 1**

| | | |
|---|---|---|
| **Reel/Frame:** 4805/0721 | **Recorded:** 06/22/2012 | **Pages:** 33 |

**Conveyance:** ASSIGNS THE ENTIRE INTEREST
**Assignor:** CONOCOPHILLIPS COMPANY

**Exec Dt:** 04/26/2012
**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

**Assignee:** PHILLIPS 66 COMPANY
P. O. BOX 4428
INTELLECTUAL PROPERTY LEGAL
HOUSTON, TEXAS 77210

**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

**Correspondent:** PHILLIPS 66 COMPANY
P. O. BOX 4428
INTELLECTUAL PROPERTY LEGAL
HOUSTON, TX 77210

Search Results as of: 01/05/2021 01:07 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

Int. Cl.: 4

Prior U.S. Cls.: 1, 6, and 15

**United States Patent and Trademark Office**

Reg. No. 3,042,693

Registered Jan. 10, 2006

## TRADEMARK
### PRINCIPAL REGISTER



CONOCOPHILLIPS COMPANY (DELAWARE CORPORATION)
600 NORTH DAIRY ASHFORD
MA 1138
HOUSTON, TX 770791175

FOR: CUTTING OILS, THREADING CUTTING OILS, HYDRAULIC OILS, LUBRICATING OILS, AUTOMOTIVE GREASES, GENERAL PURPOSE AND INDUSTRIAL GREASES, IN CLASS 4 (U.S. CLS. 1, 6 AND 15).

FIRST USE 6-30-2004; IN COMMERCE 6-30-2004.

OWNER OF U.S. REG. NOS. 566,785 AND 867,703.

THE COLOR(S) RED AND BLUE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE NUMBER 76 DEPICTED IN THE COLOR BLUE IN A RED CIRCLE.

SN 78-391,705, FILED 3-26-2004.

CYNTHIA SLOAN, EXAMINING ATTORNEY



**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



Assignments on the Web > **Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 1**

| | | | |
|---|---|---|---|
| **Serial #:** 78391705 | **Filing Dt:** 03/26/2004 | **Reg #:** 3042693 | **Reg. Dt:** 01/10/2006 |
| **Registrant:** ConocoPhillips Company | | | |
| **Mark:** 76 | | | |

**Assignment: 1**

| | | | |
|---|---|---|---|
| **Reel/Frame:** 4805/0721 | **Recorded:** 06/22/2012 | | **Pages:** 33 |

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** CONOCOPHILLIPS COMPANY

        **Exec Dt:** 04/26/2012
        **Entity Type:** CORPORATION
        **Citizenship:** DELAWARE

**Assignee:** PHILLIPS 66 COMPANY
        P. O. BOX 4428
        INTELLECTUAL PROPERTY LEGAL
        HOUSTON, TEXAS 77210

        **Entity Type:** CORPORATION
        **Citizenship:** DELAWARE

**Correspondent:** PHILLIPS 66 COMPANY
        P. O. BOX 4428
        INTELLECTUAL PROPERTY LEGAL
        HOUSTON, TX 77210

Search Results as of: 01/05/2021 01:08 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38, and 50

**United States Patent and Trademark Office**

Reg. No. 3,069,038
Registered Mar. 14, 2006

## TRADEMARK
### PRINCIPAL REGISTER



CONOCOPHILLIPS COMPANY (DELAWARE CORPORATION)
MA 1136
600 NORTH DAIRY ASHFORD
HOUSTON, TX 770791175

FOR: TOYS, NAMELY, ELECTRIC ACTION TOYS, NON-RIDING TRANSPORTATION TOYS, YO-YOS, PLAY GASOLINE STATIONS AND PUMPS, TOY MODEL CARS, TOY MODEL TRUCKS, AND SPORT BALLS, AND TOY BANKS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 7-1-2001; IN COMMERCE 7-1-2001.

OWNER OF U.S. REG. NOS. 754,629, 2,155,294, AND OTHERS.

SN 78-317,009, FILED 10-22-2003.

LINDA ESTRADA, EXAMINING ATTORNEY

 **United States Patent and Trademark Office** 

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Assignments on the Web > Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 1**

| | | | |
|---|---|---|---|
| **Serial #:** 78317009 | **Filing Dt:** 10/22/2003 | **Reg #:** 3069038 | **Reg. Dt:** 03/14/2006 |
| **Registrant:** ConocoPhillips Company | | | |
| **Mark:** 76 | | | |

**Assignment: 1**

| | | |
|---|---|---|
| **Reel/Frame:** 4805/0721 | **Recorded:** 06/22/2012 | **Pages:** 33 |
| **Conveyance:** ASSIGNS THE ENTIRE INTEREST | | |
| **Assignor:** CONOCOPHILLIPS COMPANY | | **Exec Dt:** 04/26/2012 |
| | | **Entity Type:** CORPORATION |
| | | **Citizenship:** DELAWARE |
| **Assignee:** PHILLIPS 66 COMPANY | | **Entity Type:** CORPORATION |
| P. O. BOX 4428 | | **Citizenship:** DELAWARE |
| INTELLECTUAL PROPERTY LEGAL | | |
| HOUSTON, TEXAS 77210 | | |
| **Correspondent:** PHILLIPS 66 COMPANY | | |
| P. O. BOX 4428 | | |
| INTELLECTUAL PROPERTY LEGAL | | |
| HOUSTON, TX 77210 | | |

Search Results as of: 01/05/2021 01:09 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

Int. Cl.: 21

Prior U.S. Cls.: 2, 13, 23, 29, 30, 33, 40, and 50

**United States Patent and Trademark Office**

Reg. No. 3,093,884

Registered May 16, 2006

## TRADEMARK
### PRINCIPAL REGISTER



CONOCOPHILLIPS COMPANY (DELAWARE CORPORATION)
600 NORTH DAIRY ASHFORD
HOUSTON, TX 770791175

FOR: THERMAL INSULATED CONTAINERS FOR FOOD OR BEVERAGE; BEVERAGE COOLERS; INSULATING SLEEVE HOLDERS FOR BEVERAGE CANS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 7-14-2004; IN COMMERCE 7-14-2004.

OWNER OF U.S. REG. NOS. 754,629, 2,255,427, AND OTHERS.

SN 78-317,187, FILED 10-22-2003.

LINDA ESTRADA, EXAMINING ATTORNEY



### United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



Assignments on the Web > **Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 2**

| | | | |
|---|---|---|---|
| **Serial #:** 78317187 | **Filing Dt:** 10/22/2003 | **Reg #:** 3093884 | **Reg. Dt:** 05/16/2006 |
| **Registrant:** ConocoPhillips Company | | | |
| **Mark:** 76 | | | |

### Assignment: 1

| | | | |
|---|---|---|---|
| **Reel/Frame:** 4778/0867 | **Recorded:** 05/14/2012 | | **Pages:** 7 |
| **Conveyance:** ASSIGNS THE ENTIRE INTEREST | | | |
| **Assignor:** CONOCOPHILLIPS COMPANY | | **Exec Dt:** 04/26/2012 | |
| | | **Entity Type:** CORPORATION | |
| | | **Citizenship:** DELAWARE | |
| **Assignee:** PHILLIPS 66 COMPANY | | **Entity Type:** CORPORATION | |
| 600 N. DAIRY ASHFORD | | **Citizenship:** DELAWARE | |
| ML-1165 | | | |
| HOUSTON, TEXAS 77079 | | | |
| **Correspondent:** PHILLIPS 66 COMPANY | | | |
| 600 N. DAIRY ASHFORD RD. | | | |
| ML-1165 | | | |
| HOUSTON, TX 77079 | | | |

### Assignment: 2

| | | | |
|---|---|---|---|
| **Reel/Frame:** 4805/0721 | **Recorded:** 06/22/2012 | | **Pages:** 33 |
| **Conveyance:** ASSIGNS THE ENTIRE INTEREST | | | |
| **Assignor:** CONOCOPHILLIPS COMPANY | | **Exec Dt:** 04/26/2012 | |
| | | **Entity Type:** CORPORATION | |
| | | **Citizenship:** DELAWARE | |
| **Assignee:** PHILLIPS 66 COMPANY | | **Entity Type:** CORPORATION | |
| P. O. BOX 4428 | | **Citizenship:** DELAWARE | |
| INTELLECTUAL PROPERTY LEGAL | | | |
| HOUSTON, TEXAS 77210 | | | |
| **Correspondent:** PHILLIPS 66 COMPANY | | | |
| P. O. BOX 4428 | | | |
| INTELLECTUAL PROPERTY LEGAL | | | |
| HOUSTON, TX 77210 | | | |

Search Results as of: 01/05/2021 01:10 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**United States Patent and Trademark Office**

**Reg. No. 3,107,583**
Registered June 20, 2006

## TRADEMARK
### PRINCIPAL REGISTER



CONOCOPHILLIPS COMPANY (DELAWARE CORPORATION)
600 NORTH DAIRY ASHFORD
MA 1136
HOUSTON, TX 770791175

FOR: CLOTHING, NAMELY, CAPS; SPORTS SHIRTS; DRESS SHIRTS; T-SHIRTS; JACKETS; WIND RESISTANT JACKETS; SWEATSHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 3-5-2004; IN COMMERCE 3-5-2004.

OWNER OF U.S. REG. NOS. 566,785, 2,940,047, AND OTHERS.

SN 78-317,192, FILED 10-22-2003.

LINDA ESTRADA, EXAMINING ATTORNEY



**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



Assignments on the Web > **Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 1**

| | | | |
|---|---|---|---|
| **Serial #:** 78317192 | **Filing Dt:** 10/22/2003 | **Reg #:** 3107583 | **Reg. Dt:** 06/20/2006 |
| **Registrant:** ConocoPhillips Company | | | |
| **Mark:** 76 | | | |

**Assignment: 1**

| | | |
|---|---|---|
| **Reel/Frame:** 4804/0165 | **Recorded:** 06/19/2012 | **Pages:** 7 |
| **Conveyance:** ASSIGNS THE ENTIRE INTEREST | | |
| **Assignor:** CONOCOPHILLIPS COMPANY | | **Exec Dt:** 04/26/2012 |
| | | **Entity Type:** CORPORATION |
| | | **Citizenship:** DELAWARE |
| **Assignee:** PHILLIPS 66 COMPANY | | **Entity Type:** CORPORATION |
| PO BOX 4428 | | **Citizenship:** DELAWARE |
| INTELLECTUAL PROPERTY - LEGAL | | |
| HOUSTON, TEXAS 77210 | | |
| **Correspondent:** PHILLIPS 66 COMPANY | | |
| PO BOX 4428 | | |
| INTELLECTUAL PROPERTY - LEGAL | | |
| HOUSTON, TX 77210 | | |

Search Results as of: 01/05/2021 01:11 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

**Int. Cl.: 4**

**Prior U.S. Cls.: 1, 6 and 15**

**United States Patent and Trademark Office**

**Reg. No. 3,176,763**

Registered Nov. 28, 2006

## TRADEMARK
### PRINCIPAL REGISTER

# 76

CONOCOPHILLIPS COMPANY (DELAWARE CORPORATION)
MA 1138
600 NORTH DAIRY ASHFORD
HOUSTON, TX 770791175

FOR: FUEL FOR MOTOR VEHICLES, NAMELY, GASOLINE, DIESEL; INDUSTRIAL OILS; GENERAL PURPOSE INDUSTRIAL GREASES AND AUTOMOTIVE LUBRICANTS, IN CLASS 4 (U.S. CLS. 1, 6 AND 15).

FIRST USE 1-2-1932; IN COMMERCE 1-2-1932.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 566,785, 3,042,693 AND OTHERS.

SER. NO. 78-777,430, FILED 12-20-2005.

KIMBERLY FRYE, EXAMINING ATTORNEY



**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 1**

| | | | |
|---|---|---|---|
| **Serial #:** 78777430 | **Filing Dt:** 12/20/2005 | **Reg #:** 3176763 | **Reg. Dt:** 11/28/2006 |
| **Registrant:** ConocoPhillips Company | | | |
| **Mark:** 76 | | | |

**Assignment: 1**

| | |
|---|---|
| **Reel/Frame:** 4805/0721 | **Recorded:** 06/22/2012 |

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** CONOCOPHILLIPS COMPANY

**Exec Dt:** 04/26/2012
**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

**Assignee:** PHILLIPS 66 COMPANY
P. O. BOX 4428
INTELLECTUAL PROPERTY LEGAL
HOUSTON, TEXAS 77210

**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

**Correspondent:** PHILLIPS 66 COMPANY
P. O. BOX 4428
INTELLECTUAL PROPERTY LEGAL
HOUSTON, TX 77210

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

Search Results as of: 01/05/2021 01:11 PM

| HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT |

**Int. Cl.: 37**

**Prior U.S. Cls.: 100, 103 and 106**

**United States Patent and Trademark Office**

**Reg. No. 3,176,768**

Registered Nov. 28, 2006

## SERVICE MARK
### PRINCIPAL REGISTER

# 76

CONOCOPHILLIPS COMPANY (DELAWARE CORPORATION)
MA 1138
600 NORTH DAIRY ASHFORD
HOUSTON, TX 770791175

FOR: VEHICLE SERVICE STATION SERVICES; FUELING SERVICES FOR AUTOMOTIVE VEHICLES, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 2-28-1962; IN COMMERCE 2-28-1962.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 566,785, 2,938,185 AND OTHERS.

SER. NO. 78-777,891, FILED 12-21-2005.

KIMBERLY FRYE, EXAMINING ATTORNEY



**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



Assignments on the Web > __Trademark Query__

# Trademark Assignment Abstract of Title

**Total Assignments: 1**

| | | | |
|---|---|---|---|
| **Serial #:** 78777891 | **Filing Dt:** 12/21/2005 | **Reg #:** 3176768 | **Reg. Dt:** 11/28/2006 |
| **Registrant:** ConocoPhillips Company | | | |
| **Mark:** 76 | | | |

**Assignment: 1**

| | | |
|---|---|---|
| **Reel/Frame:** 4805/0721 | **Recorded:** 06/22/2012 | **Pages:** 33 |

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** CONOCOPHILLIPS COMPANY

**Exec Dt:** 04/26/2012
**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

**Assignee:** PHILLIPS 66 COMPANY
P. O. BOX 4428
INTELLECTUAL PROPERTY LEGAL
HOUSTON, TEXAS 77210

**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

**Correspondent:** PHILLIPS 66 COMPANY
P. O. BOX 4428
INTELLECTUAL PROPERTY LEGAL
HOUSTON, TX 77210

Search Results as of: 01/05/2021 01:12 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

**Int. Cl.: 9**

**Prior U.S. Cls.: 21, 23, 26, 36 and 38**

**United States Patent and Trademark Office**

Reg. No. 3,492,578
Registered Aug. 26, 2008

## TRADEMARK
### PRINCIPAL REGISTER



CONOCOPHILLIPS COMPANY (DELAWARE CORPORATION)
ML 2108
600 NORTH DAIRY ASHFORD
HOUSTON, TX 77079

FOR: MAGNETICALLY ENCODED CODES, NAMELY, PREPAID PRESTORED POINT OF SALE PURCHASE CARDS, CREDIT CARDS AND DEBIT CARDS AND TELEPHONE CALLING CARDS , IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 8-1-2003; IN COMMERCE 8-1-2003.

OWNER OF U.S. REG. NOS. 2,627,477, 2,827,880 AND OTHERS.

SER. NO. 78-312,043, FILED 10-10-2003.

LINDA ESTRADA, EXAMINING ATTORNEY



**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 1**

| | | | |
|---|---|---|---|
| **Serial #:** 78312043 | **Filing Dt:** 10/10/2003 | **Reg #:** 3492578 | **Reg. Dt:** 08/26/2008 |
| **Registrant:** ConocoPhillips Company | | | |
| **Mark:** 76 | | | |

**Assignment: 1**

| | | | |
|---|---|---|---|
| **Reel/Frame:** 4805/0721 | **Recorded:** 06/22/2012 | | **Pages:** 33 |
| **Conveyance:** ASSIGNS THE ENTIRE INTEREST | | | |
| **Assignor:** CONOCOPHILLIPS COMPANY | | **Exec Dt:** 04/26/2012 | |
| | | **Entity Type:** CORPORATION | |
| | | **Citizenship:** DELAWARE | |
| **Assignee:** PHILLIPS 66 COMPANY | | **Entity Type:** CORPORATION | |
| P. O. BOX 4428 | | **Citizenship:** DELAWARE | |
| INTELLECTUAL PROPERTY LEGAL | | | |
| HOUSTON, TEXAS 77210 | | | |
| **Correspondent:** PHILLIPS 66 COMPANY | | | |
| P. O. BOX 4428 | | | |
| INTELLECTUAL PROPERTY LEGAL | | | |
| HOUSTON, TX 77210 | | | |

Search Results as of: 01/05/2021 01:13 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 3,495,946

Registered Sep. 2, 2008

## SERVICE MARK
### PRINCIPAL REGISTER



CONOCOPHILLIPS COMPANY (DELAWARE CORPORATION)
ML 2108
600 NORTH DAIRY ASHFORD
HOUSTON, TX 77079

FOR: PREPAID PRESTORED POINT OF SALE PURCHASE CARD SERVICES, CREDIT CARD AND DEBIT CARD SERVICES AND TELEPHONE CALLING CARD SERVICES , IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 8-1-2003; IN COMMERCE 8-1-2003.

OWNER OF U.S. REG. NOS. 1,276,507, 2,827,880 AND OTHERS.

SER. NO. 78-312,152, FILED 10-10-2003.

LINDA ESTRADA, EXAMINING ATTORNEY



**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 1**

| | | | |
|---|---|---|---|
| **Serial #:** 78312152 | **Filing Dt:** 10/10/2003 | **Reg #:** 3495946 | **Reg. Dt:** 09/02/2008 |
| **Registrant:** ConocoPhillips Company | | | |
| **Mark:** 76 | | | |

**Assignment: 1**

| | | |
|---|---|---|
| **Reel/Frame:** 4805/0721 | **Recorded:** 06/22/2012 | **Pages:** 33 |
| **Conveyance:** ASSIGNS THE ENTIRE INTEREST | | |
| **Assignor:** CONOCOPHILLIPS COMPANY | | **Exec Dt:** 04/26/2012 |
| | | **Entity Type:** CORPORATION |
| | | **Citizenship:** DELAWARE |
| **Assignee:** PHILLIPS 66 COMPANY | | **Entity Type:** CORPORATION |
| P. O. BOX 4428 | | **Citizenship:** DELAWARE |
| INTELLECTUAL PROPERTY LEGAL | | |
| HOUSTON, TEXAS 77210 | | |
| **Correspondent:** PHILLIPS 66 COMPANY | | |
| P. O. BOX 4428 | | |
| INTELLECTUAL PROPERTY LEGAL | | |
| HOUSTON, TX 77210 | | |

Search Results as of: 01/05/2021 01:14 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,694,150**
Registered Oct. 6, 2009

**Int. Cl.: 16**

TRADEMARK
PRINCIPAL REGISTER

CONOCOPHILLIPS COMPANY (DELAWARE CORPORATION)
600 NORTH DAIRY ASHFORD
HOUSTON, TX 770791175

FOR: PENS; CALENDARS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 3-1-2008; IN COMMERCE 3-1-2008.

OWNER OF U.S. REG. NOS. 754,629, 2,225,427, AND OTHERS.

SN 78-317,025, FILED 10-22-2003.

LINDA ESTRADA, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office



**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 1**

| | | | |
|---|---|---|---|
| **Serial #:** 78317025 | **Filing Dt:** 10/22/2003 | **Reg #:** 3694150 | **Reg. Dt:** 10/06/2009 |
| **Registrant:** ConocoPhillips Company | | | |
| **Mark:** 76 | | | |

**Assignment: 1**

| | | |
|---|---|---|
| **Reel/Frame:** 4805/0721 | **Recorded:** 06/22/2012 | **Pages:** 33 |
| **Conveyance:** ASSIGNS THE ENTIRE INTEREST | | |
| **Assignor:** CONOCOPHILLIPS COMPANY | | **Exec Dt:** 04/26/2012 |
| | | **Entity Type:** CORPORATION |
| | | **Citizenship:** DELAWARE |
| **Assignee:** PHILLIPS 66 COMPANY | | **Entity Type:** CORPORATION |
| P. O. BOX 4428 | | **Citizenship:** DELAWARE |
| INTELLECTUAL PROPERTY LEGAL | | |
| HOUSTON, TEXAS 77210 | | |
| **Correspondent:** PHILLIPS 66 COMPANY | | |
| P. O. BOX 4428 | | |
| INTELLECTUAL PROPERTY LEGAL | | |
| HOUSTON, TX 77210 | | |

Search Results as of: 01/05/2021 01:14 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,727,675**
Registered Dec. 22, 2009

**Int. Cl.: 37**

SERVICE MARK
PRINCIPAL REGISTER

CONOCOPHILLIPS COMPANY (DELAWARE CORPORATION)
ML 1106
600 NORTH DAIRY ASHFORD
HOUSTON, TX 770791175

FOR: VEHICLE SERVICE STATION SERVICES, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 1-7-2007; IN COMMERCE 1-7-2007.

OWNER OF U.S. REG. NOS. 867,703, 2,938,185 AND OTHERS.

THE COLOR(S) RED, BLUE AND WHITE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF A RED-COLORED SPHERE HAVING INSCRIBED ON ITS SURFACE THE NUMERALS "76" IN BLUE OUTLINED IN WHITE AFFIXED ATOP A WHITE CYLINDRICAL POLE AND BASE PLATE ALSO IN WHITE.

SER. NO. 77-701,251, FILED 3-27-2009.

NAPOLEON SHARMA, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



**Assignments on the Web > Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 1**

**Serial #:** 77701251    **Filing Dt** 03/27/2009    **Reg #:** 3727675    **Reg. Dt:** 12/22/2009
**Registrant:** ConocoPhillips Company
**Mark:** 76

**Assignment: 1**

**Reel/Frame:** 4805/0721    **Recorded:** 06/22/2012    **Pages:** 33

**Conveyance:** ASSIGNS THE ENTIRE INTEREST
**Assignor:** CONOCOPHILLIPS COMPANY    **Exec Dt:** 04/26/2012
   **Entity Type:** CORPORATION
   **Citizenship:** DELAWARE

**Assignee:** PHILLIPS 66 COMPANY    **Entity Type:** CORPORATION
P. O. BOX 4428    **Citizenship:** DELAWARE
INTELLECTUAL PROPERTY LEGAL
HOUSTON, TEXAS 77210

**Correspondent:** PHILLIPS 66 COMPANY
P. O. BOX 4428
INTELLECTUAL PROPERTY LEGAL
HOUSTON, TX 77210

Search Results as of: 01/05/2021 01:16 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,727,793**
**Registered Apr. 28, 2015**

**Int. Cl.: 4**

**TRADEMARK**

**PRINCIPAL REGISTER**

PHILLIPS 66 COMPANY (DELAWARE CORPORATION)
INTELLECTUAL PROPERTY - LEGAL
P. O. BOX 4428
HOUSTON, TX 77210

FOR: GASOLINE; MOTOR FUEL, IN CLASS 4 (U.S. CLS. 1, 6 AND 15).

FIRST USE 9-0-2014; IN COMMERCE 9-0-2014.

OWNER OF U.S. REG. NOS. 2,935,849, 3,176,763 AND OTHERS.

THE COLOR(S) ORANGE, BLUE AND WHITE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE NUMBER "76" DEPICTED IN THE COLOR BLUE WITH WHITE OUTLINING IN AN ORANGE CIRCLE.

SER. NO. 86-450,947, FILED 11-11-2014.

SEAN CROWLEY, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# 76

**Reg. No. 4,789,834**

**Registered Aug. 11, 2015**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

PHILLIPS 66 COMPANY (DELAWARE CORPORATION)
INTELLECTUAL PROPERTY - LEGAL
P. O. BOX 4428
HOUSTON, TX 77210

FOR: DOWNLOADABLE SOFTWARE IN THE NATURE OF A MOBILE APPLICATION FOR PROVIDING INFORMATION ABOUT FUEL AND RETAIL SERVICE STATION LOCATIONS , IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 10-0-2014; IN COMMERCE 10-0-2014.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 86-485,036, FILED 12-18-2014.

SUNG IN, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# 76

**Reg. No. 4,930,390**

**Registered Apr. 5, 2016**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

PHILLIPS 66 COMPANY (DELAWARE CORPORATION)
INTELLECTUAL PROPERTY - LEGAL
P. O. BOX 4428
HOUSTON, TX 77210

FOR: CLOTHING, NAMELY, CAPS, DRESS SHIRTS, HATS, JACKETS, POLO SHIRTS, SPORTS SHIRTS, SWEATSHIRTS, T-SHIRTS, WIND RESISTANT JACKETS , IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-2004; IN COMMERCE 0-0-2004.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,107,583.

SER. NO. 86-522,566, FILED 2-3-2015.

SUNG IN, EXAMINING ATTORNEY



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

Int. Cl.: 4

Prior U.S. Cl.: 15

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 566,785
Registered Nov. 18, 1952
Renewal Term Begins Nov. 18, 1992

## TRADEMARK
## PRINCIPAL REGISTER



UNiON OIL COMPANY OF CALIFOR-
NIA (CALIFORNIA CORPORATION),
DBA UNOCAL,
1201 WEST FIFTH STREET
LOS ANGELES, CA 90017

OWNER OF U.S. REG. NO. 521,424.
THE SHADING LINES ON THE
DRAWING INDICATE THE COLORS
ORANGE AND BLUE RESPECTIVELY.
SEC. 2(F) THE NUMERALS "76".

FOR: [ BENZINE,] CUTTING OILS,
THREAD-CUTTING OILS, [TEMPERING
OIL,] GASOLINE, KEROSENE, [CON-
CRETE FORM OILS, CORDAGE OIL,]
HYDRAULIC OIL, LUBRICATING OILS
AND GREASES, IN CLASS 15 (INT. CL.
4).

FIRST USE 1–2–1932; IN COMMERCE
1–2–1932.

SER. NO. 71–506,905, FILED 8–5–1946.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Jan. 5, 1993.*

COMMISSIONER OF PATENTS AND TRADEMARKS

**Amendment**

Registered November 18, 1952      Registration No. 566,785

Union Oil Company of California

Application to amend having been made by Union Oil Company of California, owner of the registration above identified, the drawing is amended to appear as follows:



Such amendment has been entered upon the records of the Patent Office and the said original registration should be read as so amended.

Signed and sealed this 31st day of March 1970.

[SEAL]

Attest:

K. E. PATRICK, *Attesting Officer.*

WILLIAM E. SCHUYLER, JR., *Commissioner of Patents.*

Registered Nov. 18, 1952

# Registration No. 566,785

## PRINCIPAL REGISTER
## Trade-Mark

# UNITED STATES PATENT OFFICE

**Union Oil Company of California,**
**Los Angeles, Calif.**

### Act of 1946

Original filed, act of 1905, August 5, 1946;
amended to application under act of 1946, Principal Register, July 21, 1947, Serial No. 506,905



## STATEMENT

Union Oil Company of California, a corporation duly organized under the laws of the State of California and located at Los Angeles, California, and doing business at the Union Oil Building, 617 West Seventh Street, Los Angeles 17, California, has adopted and is using the trade-mark shown in the accompanying drawing, for BENZINE, CUTTING OILS, THREAD-CUTTING OILS, TEMPERING OIL, GASOLINE, KEROSENE, CONCRETE FORM OILS, CORD-AGE OIL, HYDRAULIC OIL, LUBRICATING OILS AND GREASES, in Class 15, Oils and greases, and presents herewith five specimens showing the trade-mark as actually used in connection with such goods, the trade-mark being applied to the goods, to the containers for the goods, and/or to tags or labels affixed to the goods and requests that the same be registered in the United States Patent Office on the Principal Register in accordance with the act of July 5, 1946, and as to the numerals "76," under section 2(f) of said act.

The composite trade-mark as shown on the drawing was first used in April 1946 and first used in commerce among the several States which may lawfully be regulated by Congress in in April 1946, while the portion of the mark consisting of the numerals "76" was first used on January 2, 1932, and first used in commerce among the several States which may lawfully be regulated by Congress on January 2, 1932.

The shading lines on the drawing indicate the colors orange and blue respectively:

Applicant is the owner of Registration No. 521,424, registered February 28, 1950, for the trade-mark "76" for gasoline, lubricating oils and greases, and diesel fuel oils in Class 15, Oils and greases.

The portion of the mark consisting of the numerals "76" is claimed to have become distinctive of the applicant's goods in commerce which may lawfully be regulated by Congress through substantially exclusive and continuous use thereof as a mark by the applicant in interstate commerce for the five years next preceding the date of the filing of this application.

Proof of distinctiveness under section 2(f) of the act is supplemented by further evidence submitted in this case.

UNION OIL COMPANY OF
CALIFORNIA,
By ARTHUR C. STEWART,
*Vice President.*

DEC 6 1957

Afid. Sec. 8 Accpt. Sec. 15 Ack

 **United States Patent and Trademark Office** 

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Assignments on the Web > **Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 3**

| | | | |
|---|---|---|---|
| **Serial #:** 71506905 | **Filing Dt:** 08/05/1946 | **Reg #:** 566785 | **Reg. Dt:** 11/18/1952 |
| **Registrant:** UNION OIL COMPANY OF CALIFORNIA | | | |
| **Mark:** 76 | | | |

## Assignment: 1

| | | | |
|---|---|---|---|
| **Reel/Frame:** 1614/0108 | **Recorded:** 07/18/1997 | | **Pages:** 49 |
| **Conveyance:** ASSIGNS THE ENTIRE INTEREST | | | |
| **Assignor:** UNION OIL COMPANY OF CALIFORNIA | | **Exec Dt:** 03/31/1997 | |
| | | **Entity Type:** CORPORATION | |
| | | **Citizenship:** CALIFORNIA | |
| **Assignee:** TOSCO CORPORATION | | **Entity Type:** CORPORATION | |
| 72 CUMMINGS POINT ROAD | | **Citizenship:** NEVADA | |
| STAMFORD, CONNECTICUT 06902 | | | |
| **Correspondent:** BROWN & BAIN, P.A. | | | |
| DEBORAH HENSCHEID LYON | | | |
| 2901 N CENTRAL AVE | | | |
| PHOENIX, AZ 85012 | | | |

## Assignment: 2

| | | | |
|---|---|---|---|
| **Reel/Frame:** 2608/0050 | **Recorded:** 02/12/2003 | | **Pages:** 6 |
| **Conveyance:** MERGER TO PHILLIPS PETROLEUM COMPANY AND CHANGE OF NAME TO CONOCOPHILLIPS COMPANY | | | |
| **Assignor:** TOSCO CORPORATION | | **Exec Dt:** 12/12/2002 | |
| | | **Entity Type:** CORPORATION | |
| | | **Citizenship:** NEVADA | |
| **Assignee:** CONOCOPHILLIPS COMPANY | | **Entity Type:** CORPORATION | |
| 600 NORTH DAIRY ASHFORD | | **Citizenship:** DELAWARE | |
| HOUSTON, TEXAS 77079 | | | |
| **Correspondent:** LAURA E. GOLDBARD | | | |
| STROOCK & STROOCK & LAVAN LLP | | | |
| 180 MAIDEN LANE | | | |
| NEW YORK, NY 10038 | | | |

## Assignment: 3

| | | | |
|---|---|---|---|
| **Reel/Frame:** 4805/0721 | **Recorded:** 06/22/2012 | | **Pages:** 33 |
| **Conveyance:** ASSIGNS THE ENTIRE INTEREST | | | |
| **Assignor:** CONOCOPHILLIPS COMPANY | | **Exec Dt:** 04/26/2012 | |
| | | **Entity Type:** CORPORATION | |
| | | **Citizenship:** DELAWARE | |
| **Assignee:** PHILLIPS 66 COMPANY | | **Entity Type:** CORPORATION | |
| P. O. BOX 4428 | | **Citizenship:** DELAWARE | |
| INTELLECTUAL PROPERTY LEGAL | | | |
| HOUSTON, TEXAS 77210 | | | |
| **Correspondent:** PHILLIPS 66 COMPANY | | | |
| P. O. BOX 4428 | | | |
| INTELLECTUAL PROPERTY LEGAL | | | |
| HOUSTON, TX 77210 | | | |

Search Results as of: 01/05/2021 01:17 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

# United States Patent Office

754,420
Registered Aug. 13, 1963

## PRINCIPAL REGISTER
## Trademark

Ser. No. 153,435, filed Sept. 18, 1962

# 76

Union Oil Company of California (California corporation)
461 S. Boylston St.
Los Angeles 17, Calif.

For: RUST INHIBITOR, ANTI-LEAK, AND A COMPOSITION FOR INHIBITING RUST, STOPPING LEAKS AND LUBRICATING WATER PUMPS, ALL FOR COOLING S Y S T E M S, AND HYDRAULIC BRAKE FLUID, in CLASS 6.
First use May 23, 1962; in commerce May 25, 1962.
Owner of Reg. No. 726,627.



### United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



Assignments on the Web > **Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 3**

| | | | |
|---|---|---|---|
| **Serial #:** 72153435 | **Filing Dt:** 09/18/1962 | **Reg #:** 754420 | **Reg. Dt:** 08/13/1963 |
| **Registrant:** UNION OIL COMPANY OF CALIFORNIA | | | |
| **Mark:** 76 | | | |

**Assignment: 1**

| | | |
|---|---|---|
| **Reel/Frame:** 1614/0108 | **Recorded:** 07/18/1997 | **Pages:** 49 |

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** UNION OIL COMPANY OF CALIFORNIA     **Exec Dt:** 03/31/1997
**Entity Type:** CORPORATION
**Citizenship:** CALIFORNIA

**Assignee:** TOSCO CORPORATION     **Entity Type:** CORPORATION
72 CUMMINGS POINT ROAD     **Citizenship:** NEVADA
STAMFORD, CONNECTICUT 06902

**Correspondent:** BROWN & BAIN, P.A.
DEBORAH HENSCHEID LYON
2901 N CENTRAL AVE
PHOENIX, AZ 85012

**Assignment: 2**

| | | |
|---|---|---|
| **Reel/Frame:** 2608/0050 | **Recorded:** 02/12/2003 | **Pages:** 6 |

**Conveyance:** MERGER TO PHILLIPS PETROLEUM COMPANY AND CHANGE OF NAME TO CONOCOPHILLIPS COMPANY

**Assignor:** TOSCO CORPORATION     **Exec Dt:** 12/12/2002
**Entity Type:** CORPORATION
**Citizenship:** NEVADA

**Assignee:** CONOCOPHILLIPS COMPANY     **Entity Type:** CORPORATION
600 NORTH DAIRY ASHFORD     **Citizenship:** DELAWARE
HOUSTON, TEXAS 77079

**Correspondent:** LAURA E. GOLDBARD
STROOCK & STROOCK & LAVAN LLP
180 MAIDEN LANE
NEW YORK, NY 10038

**Assignment: 3**

| | | |
|---|---|---|
| **Reel/Frame:** 4805/0721 | **Recorded:** 06/22/2012 | **Pages:** 33 |

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** CONOCOPHILLIPS COMPANY     **Exec Dt:** 04/26/2012
**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

**Assignee:** PHILLIPS 66 COMPANY     **Entity Type:** CORPORATION
P. O. BOX 4428     **Citizenship:** DELAWARE
INTELLECTUAL PROPERTY LEGAL
HOUSTON, TEXAS 77210

**Correspondent:** PHILLIPS 66 COMPANY
P. O. BOX 4428
INTELLECTUAL PROPERTY LEGAL
HOUSTON, TX 77210

Search Results as of: 01/05/2021 01:17 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

# United States Patent Office

**764,442**
**Registered Feb. 4, 1964**

## PRINCIPAL REGISTER
### Trademark

Ser. No. 164,482, filed Mar. 12, 1963

## 76

Union Oil Company of California (California corporation)
461 S. Boylston St.
Los Angeles 17, Calif.

For: FLUSHING COMPOSITION FOR AUTOMOTIVE COOLING SYSTEMS AND WINDSHIELD CLEANER, in CLASS 52.

First use May 23, 1962; in commerce May 25, 1962.

Owner of Reg. No. 565,691.



## United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



Assignments on the Web > **Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 3**

| | | | |
|---|---|---|---|
| **Serial #:** 72164482 | **Filing Dt:** 03/12/1963 | **Reg #:** 764442 | **Reg. Dt:** 02/04/1964 |
| **Registrant:** UNION OIL COMPANY OF CALIFORNIA | | | |
| **Mark:** 76 | | | |

### Assignment: 1

| | | |
|---|---|---|
| **Reel/Frame:** 1614/0108 | **Recorded:** 07/18/1997 | **Pages:** 49 |
| **Conveyance:** ASSIGNS THE ENTIRE INTEREST | | |
| **Assignor:** UNION OIL COMPANY OF CALIFORNIA | | **Exec Dt:** 03/31/1997 |
| | | **Entity Type:** CORPORATION |
| | | **Citizenship:** CALIFORNIA |
| **Assignee:** TOSCO CORPORATION | | **Entity Type:** CORPORATION |
| 72 CUMMINGS POINT ROAD | | **Citizenship:** NEVADA |
| STAMFORD, CONNECTICUT 06902 | | |
| **Correspondent:** BROWN & BAIN, P.A. | | |
| DEBORAH HENSCHEID LYON | | |
| 2901 N CENTRAL AVE | | |
| PHOENIX, AZ 85012 | | |

### Assignment: 2

| | | |
|---|---|---|
| **Reel/Frame:** 2608/0050 | **Recorded:** 02/12/2003 | **Pages:** 6 |
| **Conveyance:** MERGER TO PHILLIPS PETROLEUM COMPANY AND CHANGE OF NAME TO CONOCOPHILLIPS COMPANY | | |
| **Assignor:** TOSCO CORPORATION | | **Exec Dt:** 12/12/2002 |
| | | **Entity Type:** CORPORATION |
| | | **Citizenship:** NEVADA |
| **Assignee:** CONOCOPHILLIPS COMPANY | | **Entity Type:** CORPORATION |
| 600 NORTH DAIRY ASHFORD | | **Citizenship:** DELAWARE |
| HOUSTON, TEXAS 77079 | | |
| **Correspondent:** LAURA E. GOLDBARD | | |
| STROOCK & STROOCK & LAVAN LLP | | |
| 180 MAIDEN LANE | | |
| NEW YORK, NY 10038 | | |

### Assignment: 3

| | | |
|---|---|---|
| **Reel/Frame:** 4805/0721 | **Recorded:** 06/22/2012 | **Pages:** 33 |
| **Conveyance:** ASSIGNS THE ENTIRE INTEREST | | |
| **Assignor:** CONOCOPHILLIPS COMPANY | | **Exec Dt:** 04/26/2012 |
| | | **Entity Type:** CORPORATION |
| | | **Citizenship:** DELAWARE |
| **Assignee:** PHILLIPS 66 COMPANY | | **Entity Type:** CORPORATION |
| P. O. BOX 4428 | | **Citizenship:** DELAWARE |
| INTELLECTUAL PROPERTY LEGAL | | |
| HOUSTON, TEXAS 77210 | | |
| **Correspondent:** PHILLIPS 66 COMPANY | | |
| P. O. BOX 4428 | | |
| INTELLECTUAL PROPERTY LEGAL | | |
| HOUSTON, TX 77210 | | |

Search Results as of: 01/05/2021 01:18 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

Int. Cl.: 37

Prior U.S. Cl.: 103

**United States Patent and Trademark Office**

Renewal

Reg. No. 867,703

Registered Apr. 1, 1969

OG Date June 6, 1989

## SERVICE MARK
### PRINCIPAL REGISTER



UNION OIL COMPANY OF CALIFOR-
NIA (CALIFORNIA CORPORATION),
DBA UNOCAL,
1201 W. 5TH STREET
LOS ANGELES, CA 90017

OWNER OF U.S. REG. NOS. 166,846,
827,032 AND OTHERS.

THE MARK IS LINED FOR THE
COLORS ORANGE AND BLUE, WHICH
ARE CLAIMED AS A FEATURE OF
THE MARK.

FOR: VEHICLE SERVICE STATION
SERVICE, IN CLASS 103 (INT. CL. 37).

FIRST USE 12–29–1966; IN COMMERCE
12–29–1966.

SER. NO. 298,069, FILED 5–13–1968.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on June 6, 1989.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 37

Prior U.S. Cl.: 103

**United States Patent and Trademark Office**

Renewal

Reg. No. 867,703
Registered Apr. 1, 1969
OG Date June 6, 1989

## SERVICE MARK
## PRINCIPAL REGISTER



UNION OIL COMPANY OF CALIFOR-
NIA (CALIFORNIA CORPORATION),
DBA UNOCAL,
1201 W. 5TH STREET
LOS ANGELES, CA 90017

    OWNER OF U.S. REG. NOS. 166,846,
827,032 AND OTHERS.
    THE MARK IS LINED FOR THE
COLORS ORANGE AND BLUE, WHICH

ARE CLAIMED AS A FEATURE OF
THE MARK.

    FOR: VEHICLE SERVICE STATION
SERVICE, IN CLASS 103 (INT. CL. 37).

    FIRST USE 12–29–1966; IN COMMERCE
12–29–1966.

    SER. NO. 298,069, FILED 5–13–1968.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on June 6, 1989.*

COMMISSIONER OF PATENTS AND TRADEMARKS

# United States Patent Office

**867,703**
Registered Apr. 1, 1969

## PRINCIPAL REGISTER
### Service Mark

Ser. No. 298,069, filed May 13, 1968



Union Oil Company of California (California corporation)
461 S. Boylston St.
Los Angeles, Calif.   90017

For: VEHICLE SERVICE STATION SERVICE, in CLASS 103 (INT. CL. 37).

First use Dec. 29, 1966; in commerce Dec. 29, 1966.

The mark is lined for the colors orange and blue, which are claimed as a feature of the mark.

Owner of Reg. Nos. 166,846, 827,032, and others.

J. C. DEMOS, *Examiner*.

# United States Patent Office

**867,703**
Registered Apr. 1, 1969

## PRINCIPAL REGISTER
### Service Mark

COMB. AFF. SEC 8 & 15....

Ser. No. 298,069, filed May 13, 1968



Union Oil Company of California (California corporation)
461 S. Boylston St.
Los Angeles, Calif.   90017

For: VEHICLE SERVICE STATION SERVICE, in CLASS 103 (INT. CL. 37).

First use Dec. 29, 1966; in commerce Dec. 29, 1966.

The mark is lined for the colors orange and blue, which are claimed as a feature of the mark.

Owner of Reg. Nos. 166,846, 827,032, and others.

J. C. DEMOS, *Examiner.*



**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



Assignments on the Web > **Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 3**

| | | | |
|---|---|---|---|
| **Serial #:** 72298069 | **Filing Dt:** 05/13/1968 | **Reg #:** 867703 | **Reg. Dt:** 04/01/1969 |
| **Registrant:** UNION OIL COMPANY OF CALIFORNIA | | | |
| **Mark:** 76 | | | |

## Assignment: 1

| | | |
|---|---|---|
| **Reel/Frame:** 1614/0108 | **Recorded:** 07/18/1997 | **Pages:** 49 |
| **Conveyance:** ASSIGNS THE ENTIRE INTEREST | | |
| **Assignor:** UNION OIL COMPANY OF CALIFORNIA | | **Exec Dt:** 03/31/1997 |
| | | **Entity Type:** CORPORATION |
| | | **Citizenship:** CALIFORNIA |
| **Assignee:** TOSCO CORPORATION | | **Entity Type:** CORPORATION |
| 72 CUMMINGS POINT ROAD | | **Citizenship:** NEVADA |
| STAMFORD, CONNECTICUT 06902 | | |
| **Correspondent:** BROWN & BAIN, P.A. | | |
| DEBORAH HENSCHEID LYON | | |
| 2901 N CENTRAL AVE | | |
| PHOENIX, AZ 85012 | | |

## Assignment: 2

| | | |
|---|---|---|
| **Reel/Frame:** 2608/0050 | **Recorded:** 02/12/2003 | **Pages:** 6 |
| **Conveyance:** MERGER TO PHILLIPS PETROLEUM COMPANY AND CHANGE OF NAME TO CONOCOPHILLIPS COMPANY | | |
| **Assignor:** TOSCO CORPORATION | | **Exec Dt:** 12/12/2002 |
| | | **Entity Type:** CORPORATION |
| | | **Citizenship:** NEVADA |
| **Assignee:** CONOCOPHILLIPS COMPANY | | **Entity Type:** CORPORATION |
| 600 NORTH DAIRY ASHFORD | | **Citizenship:** DELAWARE |
| HOUSTON, TEXAS 77079 | | |
| **Correspondent:** LAURA E. GOLDBARD | | |
| STROOCK & STROOCK & LAVAN LLP | | |
| 180 MAIDEN LANE | | |
| NEW YORK, NY 10038 | | |

## Assignment: 3

| | | |
|---|---|---|
| **Reel/Frame:** 4805/0721 | **Recorded:** 06/22/2012 | **Pages:** 33 |
| **Conveyance:** ASSIGNS THE ENTIRE INTEREST | | |
| **Assignor:** CONOCOPHILLIPS COMPANY | | **Exec Dt:** 04/26/2012 |
| | | **Entity Type:** CORPORATION |
| | | **Citizenship:** DELAWARE |
| **Assignee:** PHILLIPS 66 COMPANY | | **Entity Type:** CORPORATION |
| P. O. BOX 4428 | | **Citizenship:** DELAWARE |
| INTELLECTUAL PROPERTY LEGAL | | |
| HOUSTON, TEXAS 77210 | | |
| **Correspondent:** PHILLIPS 66 COMPANY | | |
| P. O. BOX 4428 | | |
| INTELLECTUAL PROPERTY LEGAL | | |
| HOUSTON, TX 77210 | | |

Search Results as of: 01/05/2021 01:19 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

# EXHIBIT C



# UNOCAL

COMPANY    PRODUCTS    INDUSTRIES    CREATE YOUR OWN FORMULA    CONTACT US

UNOCAL 76
LUBRICANTS,
AMERICAN ENERGY.
DELIVERED

KNOW MORE



SMALL ENGINE    PASSENGER CAR    AGRICULTURE    HEAVY COMMERCIAL VEHICLE    INDUSTRIAL

## HIGHLIGHTED PRODUCTS



ENGINE CLEANER          BIKE OIL          CAR OIL

## UNOCAL A BRAND OF USA SINCE 1890

30 years before the first automobile rolled out, The Union Oil Company of California or UNOCAL 76 was founded, in Santa Paula, California, by Lyman Stewart, Thomas Bard, and Wallace Hardison.

KNOW MORE

## FIND THE RIGHT PRODUCTS



BY PRODUCTS >          BY INDUSTRY >

## BUSINESS OPPORTUNITIES



BECOME A DISTRIBUTOR

Unocal sees much of its growth to developing long term, mutually profitable business relationships with distributors.

KNOW MORE

PRIVATE LABEL MANUFACTURING

We offer private label manufacturing services. We can customize the packaging of products according to your requirement.

KNOW MORE

## NEWS & UPDATES

VIEW ALL

Raaj Unocal lubricants, among the top 10 Indian companies to have a license from API (American Petroleum Institute) – license No: 3470.

India SME 100 is India's most prestigious annual

Our Pride Customer Ministry of Railways, covering all of the 16 zones. An aggregate 9000...

Proud to announce: We've signed a contract valuing USD $3 million to supply 4,000 Metric...

SUBSCRIBE TO RECEIVE
THE LATEST NEWS AND CONTENT

[ enter your email address ]    SUBMIT



## CHOOSE UNOCAL
## SECURE PROGRESS

It takes the best to produce the best. And we know that's what it takes to help realize your ambitions aspirations. That's why we source our additive packages for our entire product range strictly from the world's Top 4 additive manufacturing companies.

KNOW MORE

## STATE-OF-THE-ART
## PRODUCTION

and cutting edge quality control systems ensure that each UNOCAL 76 product is an epitome of the same uncompromised quality.

KNOW MORE

# UNOCAL

PRODUCTS
INDUSTRIES
WHY UNOCAL
NEWS & UPDATES
CONTACT US

CAREERS
BECOME A DISTRIBUTOR
PRIVATE LABEL MANUFACTURING



Copyright © 2021 Raaj Unocal Lubricants Limited. All Rights Reserved.

Developed by Abacus Desk




COMPANY    PRODUCTS    INDUSTRIES    CREATE YOUR OWN FORMULA     CONTACT US



## COMMITTED TO EXCELLENCE

KNOW MORE

SMALL ENGINE    PASSENGER CAR    AGRICULTURE    HEAVY COMMERCIAL VEHICLE    INDUSTRIAL

# **HIGHLIGHTED** PRODUCTS




ENGINE CLEANER



BIKE OIL



CAR OIL



# UNOCAL A BRAND OF USA SINCE 1890

20 years before the first automobile rolled out, The Union Oil Company of California or UNOCAL 76 was founded, in Santa Paula, California, by Lyman Stewart, Thomas Bard, and Wallace Hardison.

**KNOW MORE**

## FIND THE RIGHT **PRODUCTS**



BY PRODUCTS >



BY INDUSTRY >

## BUSINESS **OPPORTUNITIES**





## BECOME A DISTRIBUTOR

Unocal owes much of its growth to developing long term,
mutually profitable business relationships with distributors.

**KNOW MORE**

## PRIVATE LABEL MANUFACTURING

We offer private label manufacturing services. We can
customize the packaging of products according to your
requirement.

**KNOW MORE**

# NEWS & UPDATES

VIEW ALL



**Raaj Unocal lubricants, among the top 10 Indian companies to have a license from API
(American Petroleum Institute) – license No: 3470.**



**India SME 100 is India's most prestigious annual awards**





**Our Pride Customer: Ministry of Railways, covering all of the 16 zones. An aggregate 5000…**

**Proud to announce: We've signed a contract valuing USD $3 million to supply 4,000 Metric…**

THE LATEST NEWS AND CONTENT**SUBSCRIBE TO RECEIVE**

| Your email address* | SUBMIT |



# CHOOSE UNOCAL SECURE PROGRESS

It takes the best to produce the best. And we know that's what it takes to help realize your inimitable aspirations. That's why we source our additive packages for our entire product range strictly from the world's Top 4 additive manufacturing companies.

**KNOW MORE**

# STATE-OF-THE-ART PRODUCTION

and cutting-edge quality control systems ensure that each UNOCAL 76 product is an epitome of the same uncompromised quality.

**KNOW MORE**



| PRODUCTS | CAREERS |
| --- | --- |
| INDUSTRIES | BECOME A DISTRIBUTOR |
| WHY UNOCAL | PRIVATE LABEL |
| NEWS & UPDATES | MANUFACTURING |
| CONTACT US | |

Copyright © 2021 Raaj Unocal Lubricants Limited. All Rights Reserved.

Developed by **Abacus Desk**

# EXHIBIT D

 

COMPANY    PRODUCTS    INDUSTRIES    CREATE YOUR OWN FORMULA    CONTACT US



# PRODUCTS

HOME  >  PRODUCTS

# PRODUCTS



**BIKE OIL**



**CAR OIL**



**TRUCK OIL**



**UNO TRIO**









**UNO AGRO**

**UNO GEARO**





**UNO UTTO**

**UNO TFO**





**UNO SMOOTHO**

**UNO HYDRO**





**UNO COOLO**

**ENGINE CLEANER**



PRODUCTS                    CAREERS                        f    in

INDUSTRIES                  BECOME A DISTRIBUTOR

WHY UNOCAL                  PRIVATE LABEL

NEWS & UPDATES              MANUFACTURING

CONTACT US

Copyright © 2021 Raaj Unocal Lubricants Limited. All Rights Reserved.

Developed by **Abacus Desk**

 

COMPANY   PRODUCTS   INDUSTRIES   CREATE YOUR OWN FORMULA

CONTACT US



# CAR OIL

🏠 HOME  ›  PRODUCTS  ›  CAR OIL

## FILTER

UNOCAL 76 offers a wide variety of engine oils, lubricants, and greases for the latest as well as old models of four-wheelers and passenger cars. Using base oils of the finest quality and additives sourced from the leading brands globally these oils are testimony to the UNOCAL 76 promise of progress, non-stop.

UNOCAL 76 range of engine oils come in synthetic, semi-synthetic, and mineral varieties. No matter what type of car you drive UNOCAL 76 car oils, i.e., UNO QUADRO and UNO HDO range of oils have been proven since 1890 to be the best for your vehicle.

 




**MINERALS**

**SEMI-SYNTHETIC**

**FULLY-SYNTHETIC**

PRODUCTS
INDUSTRIES
WHY UNOCAL
NEWS & UPDATES
CONTACT US

CAREERS
BECOME A DISTRIBUTOR
PRIVATE LABEL
MANUFACTURING

Copyright © 2021 Raaj Unocal Lubricants Limited. All Rights Reserved.

Developed by **Abacus Desk**

COMPANY    PRODUCTS    INDUSTRIES    CREATE YOUR OWN FORMULA

CONTACT US



# FULLY-SYNTHETIC

⌂ HOME › PRODUCTS › CAR OIL › FULLY-SYNTHETIC

## FILTER

UNOCAL 76 offers a wide variety of engine oils, lubricants and greases for latest as well as old models of four wheelers and passenger cars. Using base oils of the finest quality and additives sourced from the leading brands globally these oils are testimony to the UNOCAL 76 promise of progress, non-stop.

UNOCAL 76 range of engine oils come in synthetic, semi synthetic and mineral varieties. No matter what type of car you drive UNOCAL 76 car oils, i.e., UNO QUADRO and UNO HDO range of oils have been proven since 1890 to be the best for your vehicle.








**UNO QUADRO PLATINUM 5W30 API SN/CF**          **UNO QUADRO PLATINUM 5W40 API SN/CF**



**UNO QUADRO PLATINUM 0W40 API SN/CF**

 

PRODUCTS                          CAREERS

INDUSTRIES                        BECOME A DISTRIBUTOR

WHY UNOCAL                        PRIVATE LABEL

NEWS & UPDATES                    MANUFACTURING

CONTACT US

Copyright © 2021 Raaj Unocal Lubricants Limited. All Rights Reserved.          Developed by **Abacus Desk**

 

COMPANY    PRODUCTS    INDUSTRIES    CREATE YOUR OWN FORMULA

CONTACT US



SEMI-SYNTHETIC

⌂ HOME  ›  PRODUCTS  ›  CAR OIL  ›  SEMI-SYNTHETIC

FILTER

UNO QUADRO, available in Mineral, Semi-Synthetic and Synthetic, is the engine oil, which is formulated to enhance the performance of the engine of your car. It is designed to meet the required performance for all engine manufacturers. So, whether it is a Honda or a Maruti, UNO QUADRO is the best engine oil for your machine.

UNOCAL 76, with its view to be your partner on the road, offers an array of products under UNO QUADRO. Choose from the arsenal of products and give your car the love it deserves.

 





**UNO QUADRO PREMIUM 10W40 API SN/CF**     **UNO QUADRO PREMIUM 10W30 API SN/CF**





**UNO QUADRO PREMIUM 5W30 API SN/CF**     **UNO QUADRO PREMIUM 5W40 API SN/CF**



PRODUCTS                    CAREERS

INDUSTRIES                 BECOME A DISTRIBUTOR

WHY UNOCAL                 PRIVATE LABEL

NEWS & UPDATES            MANUFACTURING

CONTACT US

Copyright © 2021 Raaj Unocal Lubricants Limited. All Rights Reserved.          Developed by **Abacus Desk**



COMPANY    PRODUCTS    INDUSTRIES    CREATE YOUR OWN FORMULA      CONTACT US



# PASSENGER CAR

⌂ HOME   ›   INDUSTRIES   ›   PASSENGER CAR

## FILTER

UNOCAL 76 offers a wide variety of engine oils, lubricants, and greases for the latest as well as old models of four-wheelers and passenger cars. Using base oils of the finest quality and additives sourced from the leading brands globally these oils are testimony to the UNOCAL 76 promise of progress, non-stop.

UNOCAL 76 range of engine oils come in synthetic, semi-synthetic, and mineral varieties. No matter what type of car you drive UNOCAL 76 car oils, i.e., UNO QUADRO and UNO HDO range of oils have been proven since 1890 to be the best for your vehicle.









**CAR OIL**

**UNO GEARO**





**UNO TFO**

**UNO SMOOTHO**





**UNO COOLO**

**ENGINE CLEANER**



PRODUCTS

INDUSTRIES

WHY UNOCAL

NEWS & UPDATES

CONTACT US

CAREERS

BECOME A DISTRIBUTOR

PRIVATE LABEL

MANUFACTURING

Copyright © 2021 Raaj Unocal Lubricants Limited. All Rights Reserved.

Developed by **Abacus Desk**



COMPANY    PRODUCTS    INDUSTRIES    CREATE YOUR OWN FORMULA

CONTACT US



# SMALL ENGINE

⌂ HOME  ›  INDUSTRIES  ›  SMALL ENGINE

FILTER

UNOCAL 76 offers a wide range of engine oils and front fork oils for all types of motorcycles and scooters. With gravity defying technologies, UNOCAL 76 bike oil ensures that your engine is in perfect condition for a comfortable and smooth ride. The greatest advantage of using UNOCAL 76 bike oil is that it helps in easy identification and subsequent maintenance of micro leaks in the system, and also makes sure that the engine of your bike is well-lubricated, even when not in use for months.

Available in Mineral, Semi-Synthetic and Synthetic categories, UNOCAL 76 motorcycle engine oils empowers the engine and make your bike ready for all kinds of roads. Choose from the wide variety of UNOCAL 76 bike oils, i.e. UNO DUO and UNO FFO, and make every ride a comfortable one.







**BIKE OIL**



**UNO TRIO**



**UNO GEARO**



**UNO SMOOTHO**



**ENGINE CLEANER**

PRODUCTS

INDUSTRIES

WHY UNOCAL

NEWS & UPDATES

CONTACT US

CAREERS

BECOME A DISTRIBUTOR

PRIVATE LABEL

MANUFACTURING

Copyright © 2021 Raaj Unocal Lubricants Limited. All Rights Reserved.

Developed by **Abacus Desk**

# EXHIBIT E




COMPANY   PRODUCTS   INDUSTRIES   CREATE YOUR OWN FORMULA        CONTACT US



# COMPANY

HOME › COMPANY

## OUR HISTORY

After a popular stint all around the globe for over a century, the Union Oil Company of California came to India in the year 1990 and collaborated with Rajgarhia Group, one of India's 1st transnational conglomerate, to form Raaj Unocal Lubricants Limited (RULL). The Company was promoted by stalwarts in the industrial sector who have proved their mettle in their respective fields and are recognized worldwide for their contribution to the industry, mankind, and their vision towards the future. Today, RULL operations and products are successfully meeting the needs of individual and institutional customers across automotive, agricultural, industrial, construction, and marine segments.





1890        1910        1930        1950        1970









RULL's first plant was established in the year 1990 in technical collaboration with Union Oil Company of California (USA) with an installed capacity of 1,44,000 K L /P A, making it one of the largest plants at a single location in the country. The plant is spread over an area of 10 acres and is equipped with unique features which facilitate strict quality adherence, minimum exposure of the produce to environment and human touch thereby giving the product a superior quality edge.

The plant can blend all Automotive, Industrial, Marine, Specialty Oils, Greases and Aviation Oils in the shortest possible time and the in-house state-of-the-art testing facility enables the plant to adhere to strict quality control.

# Unocal at a Glance

## 30+
Of Experience

## 125000+
Kl Capacity Per Annum

## 3000+
Total Workforce

## 10+
Location All Over India



## UNO MOTTO

- At UNOCAL 76, we know about your ambitions.

- We know the joy you feel while watching yet another milestone getting disappeared in the rear-view mirror or the fact that you have advanced another step closer to be with your near and dear ones.

- We also know how hard you and your machine strive to make all these happen.

- That's why, all our products with their advanced technologies ensure that your machine performs super-efficiently. And, in turn, you have time on your side.

- After all, we are your partner in progress.



 

PRODUCTS                    CAREERS
INDUSTRIES                  BECOME A DISTRIBUTOR
WHY UNOCAL                  PRIVATE LABEL
NEWS & UPDATES              MANUFACTURING
CONTACT US

Copyright © 2021 Raaj Unocal Lubricants Limited. All Rights Reserved.

Developed by **Abacus Desk**

# EXHIBIT F



 

# Unocal

@Unocal · Product/Service

WhatsApp

Home Shop About Reviews More

Like Message

## About

See All

Manufacturing of Automotive and Industrial Grade Lubricants

Unocal has 125 years of rich experience in research and development of lubricants and greases catering to all major segments including the aviation in... **See More**

33,407 people like this

33,384 people follow this

http://www.unocal.in/

1800-103-7076

Send Message

naved.k@rajgarhiagroup.com

Product/Service

## Suggest Edits

Is this the right phone number for this page?

1800-103-7076

Create Post

Photo/Video Check in Tag Friends

**Unocal**
January 14 at 6:57 AM ·

Certified | Trustworthy | Economical

UNOCAL is the way to go for all your Lubricating needs.
Learn more at https://bit.ly/35HDbdf
.... **See More**

## Photos

See All




## Videos

See All



0:09

Here's to a year full of smooth journeys. ...

 6

106 Views · 2 weeks ago

## Shop

See All



UNOCAL 76 UN...
₹499.00

UNOCAL 76 UN...
₹774.00

UNOCAL 76 UN...
₹467.00

UNOCAL 76 UN...
₹674.00

UNOCAL 76 UN...
₹92.00 ₹115.00

UNOCAL 76 UN...
₹948.00

UNOCAL 76 UN...
₹1,436.00



👍 4

Like    Comment    Share

Write a comment...

Press Enter to post.

**Unocal**
January 13 at 1:12 AM · 🌐

Team Unocal wishes everyone a lot of joy and peace on this auspicious day.
Happy Lohri.

#Unocal #Lohri #HappyLohri #India #USA #lubricants

UNOCAL 76
PROGRESS. NON-STOP...
A lubricant brand of USA
WISHES
YOU
A
HAPPY
LOHRI

👍❤ 2     1 Comment

Like    Comment    Share

Most Relevant ▾

Write a comment...

Press Enter to post.

**Anil Sharma**
Same to you ji
Like · Reply · 6d

**Unocal**
January 10 at 10:21 PM · 🌐

          

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

🏳 Page created - April 12, 2011

📍 Page manager location: India

**Add Your Business to Facebook**
Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Facebook © 2021



**Unocal**
January 7 at 1:12 AM · 🌐

We at Unocal have always prioritized the environment. It is our responsibility to make sure that we do our bit for the environment and help reduce pollution.

O... See More

❤ 2                    1 Comment

👍 Like        💬 Comment        ↗ Share

Most Relevant ▾

Write a comment...                    😊 📷 GIF 👾
Press Enter to post.

**Anil Sharma**
Good

Like · Reply · 1w







**Unocal**
January 14 at 6:57 AM · 🌐

👍 Like      💬 Comment      ↗ Share

Write a comment...

Press Enter to post.



Unocal
August 28, 2019 · 🌐

8

6 Shares

Like            Comment            Share

Write a comment...

Press Enter to post.



**Unocal**
December 24, 2020 at 2:24 AM · 🌐

Merry Christmas 🎅 🌲

4

👍 Like      💬 Comment      ➤ Share

Write a comment...

Press Enter to post.





**Unocal**
May 4, 2019 · 🌐

Specially formulated for old car engines, 7.5 LTR UNO HDO SAE 40 API SF/CD FILLED PACK is excellent mono-grade engine oil that offers unparalleled anti-oxidant, dispersant and detergent properties. Just like any other UNOCAL 76 product this motor oil is also formulated under the supervision of industry experts and are tested at up to the minute laboratories to deliver a masterpiece, which is the company's trademark.

A perfect blend of fine quality base stocks and additives, ... **See More**

 3

| 👍 Like | 💬 Comment | ↪ Share |
|---|---|---|

Write a comment...
Press Enter to post.











Search

Try Premium Free for 1 Month

Java Coding Bootcamp - Flexible online bootcamp. Learn full-stack web development in 10 months. Ad

UNOCAL

# RAAJ UNOCAL LUBRICANTS LTD

Oil & Energy · Ballabgarh, Faridabad, Haryana · 154 followers

Progress. Non Stop...

+ Follow | Visit website

See all 19 emp

- Home
- About
- Jobs
- People
- Videos

## About

Raaj Unocal Lubricants Ltd, an ISO 9001:2008 and 14001:2015 certified company, is one of the flagship companies of the multi- million dollar Rajgarhia Group of Enterprises. The group has its interests in pharmaceuticals, Downstream ... see more

See all

## Recently posted videos

#SelfieNaoGiftPao So far, we have covered more than 10 districts and are left with only a few. During our journey, we have met a lot of people and would like to thank everyone for the overwhelming response. As, we, with our UNOCAL Express, are about to finish this odyssey, we look forward for more...

+More videos

## Posts

All | Images | Documents | Videos | Ads

Sort by: Top

RAAJ UNOCAL

RAAJ UNOCAL LUBRICANTS LTD
154 followers
5d •

+ Follow

Certified | Trustworthy | Economical

UNOCAL is the way to go for all your Lubricating needs. ...see more

No alternative text description for this image

No alternative text description for this image

Get the applica

Post

## People also viev

Unocal 7
Oil & Ener
+ Follo

PETROGATE LIMITED
PETROG
Automotiv

Mosil Lubricants Private Limited Logo
Mosil Lu Limited
Chemicals
+ Follo

Shov

Messaging

in Search

No alternative text description for this image

No alternative text description for this image

No descrip

7

Like Comment Share Send

Be the first to comment on this

Stay one step ahead

See exclusive Premium insights on 450k+ companies

Upgrade to Premium

No prov this i

RAAJ UNOCAL

RAAJ UNOCAL LUBRICANTS LTD

154 followers

6d •

+ Follow

Team Unocal wishes everyone a lot of Joy and peace on this auspicious day.
Happy Lohri.

...see more

No alternative text description for this image

Messaging

## Unocal
377 Tweets



Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Search Twitter

⦿⦿⦿    Follow

**Unocal**
@unocalindia

Manufacturing of Automotive and Industrial Grade Lubricants

📍 New Delhi, Delhi    🔗 unocal.in    📅 Joined October 2015

**100** Following    **28** Followers

Not followed by anyone you're following

**Tweets**    Tweets & replies    Media    Likes

Unocal @unocalindia · Dec 13, 2018    ⦿⦿⦿
!!.FUELING THE FUTURE.!!

Get your pack of 900 ML UNO DUO SAE MG 10W30 API SL with unique friction busters and keep your motor new.

#Bikes  #engineoil  #unocal  #indianoil  #future

Flipkart Buy Link: flipkart.com/unocal76-engin...

💬    🔁    ♡    ⬆️

Unocal @unocalindia · Oct 13, 2018    ⦿⦿⦿
Let's make this Navaratri the time to reinforce your vehicle to perform better. Every time.

#4 CHECK FOR LEAKS IN YOUR VEHICLE

#VehicleEmpowerment

💬    🔁    ♡    ⬆️

Unocal @unocalindia · Oct 12, 2018    ⦿⦿⦿
This Navaratri endow your vehicle the power to vanquish the demons that are imperilling your vehicle to perform better.

#3 CLEAN YOUR AIR FILTERS REGULARLY







**You might like**


CommonSpirit Hea... ✔
@commonspirit    Follow
📢 Promoted

Cocoon Kapas
@cocoon_kapas    Follow

Titbit Spices
@TitbitSpices    Follow

Show more

**What's happening**

Politics · 3 hours ago
**Biden Cabinet picks face confirmation hearings ahead of the inauguration**
Trending with Yellen

Politics · Trending    ⦿⦿⦿
**MyPillow**
141K Tweets

K-pop · Trending    ⦿⦿⦿
**#AtinyBlackoutDay**
1,437 Tweets

COVID-19 · LIVE
**COVID-19: News and updates for Texas**









For optimal engine performance. Progress. Non stop..

#VehicleEmpowerment



CLEAN AIR FILTER



**Who to follow**


threats to Texas Capitol in coming days

Show more

Terms of Service   Privacy Policy   Cookie Policy
Ads info   More •••   © 2021 Twitter, Inc.

**Road Track & Trail**   Follow
@RoadTrackandTra
The Largest Preowned Powersports Dealer In The Country!! W228S6932 Enterprise Drive Big Bend, WI 53103 Call today! (262) 662-1500

**SoCalMotoGear**   Follow
@SoCalMotoGear
Do you wanna be STOCK? or Do you wanna be SEEN? The Ultimate Lighting Upgrade!

**Shawn Curran**   Follow
@shawn_curran
Loves to ride.

Show more



**Unocal** @unocalindia · Oct 11, 2018
This Navaratri, let's make sure that your vehicle is empowered to enhance its performance.
#2 CHECK COOLANT
Make a regime of timely checking of coolant. Ensure you're using the right product for your car's engine for better performance. Progress. Non stop..

#VehicleEmpowerment



CHECK COOLANT



**Unocal** @unocalindia · Oct 11, 2018
This Navaratri is empowered to defeat ten evils those are hampering your vehicle's performance.
#1 CHANGE ENGINE OIL AT PROPER INTERVALS
Always opt for the recommended engine oil at the optimum intervals. Ensure ideal engine performance. Progress. Non stop…

#VehicleEmpowerment



REPLACE ENGINE OIL



**Jack White**
@JackWhi97374865



Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet

Search Twitter

💬        ♻        ♡ 1        ↥

**Unocal** @unocalindia · Jul 24, 2018
#SelfieNaoGiftPao

Folks in #Birbhum, get the chance to win exciting merchandise by getting
hold of #UnocalExpress, clicking a selfie and posting it on our Facebook
page with #UNOCAL76.

Stay tuned!

#ContestAlert #ContestFeed #IndiaContest #Selfie #SelfieContest
#WestBengal



💬        ♻ 1        ♡ 1        ↥


Jack White
@JackWhi97374865

# EXHIBIT G



COMPANY     PRODUCTS     INDUSTRIES     CREATE YOUR OWN FORMULA                    CONTACT US



# WHY UNOCAL

HOME  >  WHY UNOCAL



# **WHY** UNOCAL

All engine oils, lubricants, greases, and allied products of UNOCAL 76 bear the hallmark of unparalleled quality. These products also bring with them the unique legacy of research and innovation that has kept our products ahead of the competition, consistently since 1890. Some of the other reasons why UNOCAL 76 products are most sought after by peers and patrons alike are:

- ✔ UNOCAL 76 has its foot prints worldwide covering over 57 countries across 6 continents. Major markets being United States of America, Japan, China, Bangladesh, Nepal, India, Pakistan, and Thailand among others

- ✔ Highly technologically advanced patented blending techniques such as the AIR PURGING TECHNOLOGY not available with any close competitors in the industry. Also the fully automated blending plant, guarantees zero exposure to human touch and environment

- ✔ The trust and legacy of an erstwhile fortune 500 company

- ✔ Credited to serve few of the most renowned lubricant brands in the world such as SERVO, EXXON MOBIL and TOTAL lubricants as their authorised blenders

- ✔ 7th largest plant in terms of captive capacity available at a single location

- ✔ Stringent quality control procedure wherein products are tested by ARAI testing laboratory ARL. Moreover, quality check of in-coming raw materials to guarantee superiority of final products

- ❧ In-house R&D laboratory fully equipped with state-of-the-art research and testing equipment as per the latest ASTM standards

- ❧ Customised lubricating solutions developed as per specific requirements of customers and institutions

- ❧ Equipped with on-site testing mobile laboratories which are capable of demonstrating accurate results to customers, on-site, thereby providing yet another step towards customer education and commitment to quality

- ❧ Additives, base oils, VI improvers are sourced from the most trusted and reputed multinationals

- ❧ Approved OEM for leading brands such as Hindustan Motors, Mitsubishi, ACE, Atul Auto among others

# CERTIFIED BY THE BEST. RECOMMENDED TO USHER IN PROGRESS. NON STOP…












PRODUCTS

INDUSTRIES

WHY UNOCAL

NEWS & UPDATES

CONTACT US

CAREERS

BECOME A DISTRIBUTOR

PRIVATE LABEL

MANUFACTURING

Copyright © 2021 Raaj Unocal Lubricants Limited. All Rights Reserved.

Developed by **Abacus Desk**

# EXHIBIT H



COMPANY    PRODUCTS    INDUSTRIES    CREATE YOUR OWN FORMULA                    CONTACT US



# CREATE YOUR OWN FORMULA

HOME > CREATE YOUR OWN FORMULA

With over 10,000 formulas at our fingertips, Raaj Unocal Lubricants can formulate the product you need for any application. Please fill out the form below with specifications for a custom formula to be made for your particular application.

Name*

Company Name*

Plant Location*

City

Country*

United States of America

Phone*

Email*

Product Interest*

Please select

Material Being Worked

Rockwell Hardness

Microfinish

Type of Filtration

Type of Pumps

Please describe through process (i.e. - pump storage time, route entry, how step or process, RP time, weld, packaging).

What would you like to see better in this formula?

Estimated or Expected Volume



I'm not a robot

reCAPTCHA
Privacy - Terms

SUBMIT FORMULA

PRODUCTS

INDUSTRIES

WHY UNOCAL

NEWS & UPDATES

CONTACT US

CAREERS

BECOME A DISTRIBUTOR

PRIVATE LABEL

MANUFACTURING

Copyright © 2021 Raaj Unocal Lubricants Limited. All Rights Reserved.

Developed by **Abacus Desk**

# EXHIBIT I



COMPANY    PRODUCTS    INDUSTRIES    CREATE YOUR OWN FORMULA

CONTACT US



# BECOME A DISTRIBUTOR

HOME  >  BECOME A DISTRIBUTOR

# REPRESENT THE GOOD STUFF

Unocal Lubricants Oil is manufactured by UNOCAL76 Lubricants, the largest finished-lubricants supplier in India.

## Here are a few powerful advantages to becoming a UNOCAL76 Lubricants Distributor:

- Partnership with the largest finished-lubricants supplier
- Access to a wide array of marketing materials and programs
- Support from technical and sales personnel at UNOCAL76
- Extensive online and offline training
- Access to current product research and testing results
- Award-winning online order-to-ship system
- Innovative product lines
- Access to comprehensive product distribution, including five blending facilities
- Now's your chance to represent a classic brand and advance your business

## <u>CONTACT US</u> TO BECOME A DISTRIBUTOR.

**BECOME A DISTRIBUTOR**



PRODUCTS                CAREERS
INDUSTRIES              BECOME A DISTRIBUTOR
WHY UNOCAL              PRIVATE LABEL
NEWS & UPDATES          MANUFACTURING



CONTACT US

Copyright © 2021 Raaj Unocal Lubricants Limited. All Rights Reserved.

Developed by **Abacus Desk**

# EXHIBIT J



# Engine Oil Licensing & Certification System (EOLCS)

🌐 **English** | **Español** | **Русский** | **中文** | **Português**

**Overview**     Requirements     Monitoring and Enforcement     Recycle Oil

API's Engine Oil Licensing and Certification System (EOLCS) is a voluntary licensing and certification program that authorizes engine oil marketers that meet specified requirements to use the API Engine Oil Quality Marks. Launched in 1993, API's Engine Oil Program is a cooperative effort between the oil and additive industries and vehicle and engine manufacturers Ford, General Motors, and Fiat Chrysler and those represented by the Japan Automobile Manufacturers Association and the Truck and Engine Manufacturers Association. The performance requirements and test methods are established by vehicle and engine manufacturers and technical societies and trade associations such as (ASTM), (SAE), and the American Chemistry Council (ACC).

The Engine Oil Program is backed by monitoring and enforcement program that ensures licensees adhere to program requirements. This includes running physical, chemical, and performance tests on licensed engine oils and verifying that the API-registered Marks are properly displayed on containers and convey accurate information to consumers.

About half of the program's licensees are based in the United States, and the other half are spread around the globe. A complete list of licensees is available on our **licensee directory** .



# Motor Oil Has Mattered For 70 Years.

Download our timeline infographic and follow the history of API motor oil standards..

### Download 70 Years

# Certification Directories

Free directories listing all of the participants in our certification-related programs.

View All

# Get A Quote

Request a Quotation.

Get a Quote

# Related Products

### API Learning

Through multi-platform and multi-media eLearning, API's Training Program offers comprehensive training developed by experts on API Standards and Recommended Practices.

### Motor Oil Matters (MOM)

The MOM mark helps customers identify distributors and oil change locations committed to providing motor oil meeting the performance standard recommended by most vehicle and engine manufacturers.

### API Compass/Subscriptions

The Compass platform provides organization-wide access to all the API standards and specifications needed to ensure safety, compliance and interoperability.

© Copyright 2020 – API. All Rights Reserved.



# Results Detail

## Company Information



| | |
|---|---|
| Company Name: | RAAJ UNOCAL LUBRICANTS LTD. |
| Corporate Address: | MATHURA ROAD<br>FARIDABAD, HARYANA, 121006, India |
| License Status: | Active |
| License Number: | 3470 |
| Original License Issue Date: | 23-Jul-2018 |
| License Effective Date: | 01-Apr-2020 |
| License Expiration Date: | 31-Mar-2021 |

## Products

| BRAND NAME | SAE VISCOSITY GRADE | API SERVICE CATEGOR | CLASSIFICATION | ILSAC SPECIFICATION |
|---|---|---|---|---|
| ACTEVO UNO TC ENDURA | 15W-40 | CI-4 | CI-4 PLUS | |
| UNO EMERA | 15W-40 | CH-4/SL | | |
| UNO ENDURA TC | 15W-40 | CI-4 | CI-4 PLUS | |
| UNO FLEETO PREMIUM | 15W-40 | CI-4 | CI-4 PLUS | |
| UNO FLEETO SUPERIOR | 15W-40 | CH-4/SL | | |
| UNO TC | 15W-40 | CH-4/SL | | |

[1]                                Displaying items 1 - 11 of 11

© Copyright 2021 - API. All Rights Reserved.     Terms, Conditions, and Privacy Policy

# EXHIBIT K

UnocalGlobal.com Whois, DNS, & Domain Info - DomainTools

Home  >  Whois Lookup  >  UnocalGlobal.com

# Whois Record for UnocalGlobal.com

## ▬ Domain Profile

| | |
|---|---|
| **Proximity Score** | 12 |
| **Email** | abuse@godaddy.com is associated with ~70,979,275 domains |
| **Registrar** | GoDaddy.com, LLC<br>IANA ID: 146<br>URL: http://www.godaddy.com<br>Whois Server: whois.godaddy.com<br><br>abuse@godaddy.com<br>(p) 14806242505 |
| **Registrar Status** | clientDeleteProhibited, clientRenewProhibited, clientTransferProhibited, clientUpdateProhibited |
| **Dates** | 96 days old<br>Created on 2020-09-29<br>Expires on 2022-09-29<br>Updated on 2020-09-29 |
| **Name Servers** | NS.LIQUIDWEB.COM (has 111,651 domains)<br>NS1.LIQUIDWEB.COM (has 111,651 domains) |
| **IP Address** | 166.62.28.79 - 1,088 other sites hosted on this server |
| **IP Location** | 🇺🇸 - Arizona - Scottsdale - Godaddy.com Llc |
| **ASN** | 🇺🇸 AS26496 AS-26496-GO-DADDY-COM-LLC, US (registered Oct 01, 2002) |
| **Domain Status** | Registered And Active Website |
| **Whois History** | 2 records have been archived since 2020-09-30 |
| **IP History** | 3 changes on 3 unique IP addresses over 1 years |
| **Registrar History** | 1 registrar |
| **Hosting History** | 1 change on 2 unique name servers over 1 year |

## ▬ Website

| | |
|---|---|
| **Website Title** | 🔶76 500 SSL negotiation failed: |
| **Response Code** | 500 |

**Whois Record ( last updated on 20210103 )**

```
Domain Name: unocalglobal.com
Registry Domain ID: 2562946631_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2020-09-30T06:26:11Z
Creation Date: 2020-09-30T06:26:11Z
Registrar Registration Expiration Date: 2022-09-30T06:26:11Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email:  abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibit
ed
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registrant Organization: ABACUS DESK IT SOLUTIONS PVT LTD
Registrant State/Province: Haryana
Registrant Country: IN
Registrant Email: Select Contact Domain Holder link at
https://www.godaddy.com/whois/results.aspx?domain=unocalglobal.com
Admin Email: Select Contact Domain Holder link at
https://www.godaddy.com/whois/results.aspx?domain=unocalglobal.com
Tech Email: Select Contact Domain Holder link at
https://www.godaddy.com/whois/results.aspx?domain=unocalglobal.com
Name Server: NS.LIQUIDWEB.COM
Name Server: NS1.LIQUIDWEB.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2021-01-03T18:00:00Z <<<

For more information on Whois status codes, please visit
https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en

TERMS OF USE: The data contained in this registrar's Whois database, while believed by
the
registrar to be reliable, is provided "as is" with no guarantee or warranties regarding
 its
accuracy. This information is provided for the sole purpose of assisting you in obtaini
ng
information about domain name registration records. Any use of this data for any other
purpose

is expressly forbidden without the prior written permission of this registrar. By submi
tting
an inquiry, you agree to these terms and limitations of warranty. In particular, you ag
ree not

to use this data to allow, enable, or otherwise support the dissemination or collection
 of
this
data, in part or in its entirety, for any purpose, such as transmission by e-
mail, telephone,
postal mail, facsimile or other means of mass unsolicited, commercial advertising or
solicitations
of any kind, including spam. You further agree not to use this data to enable high volu
me,
automated
or robotic electronic processes designed to collect or compile this data for any purpos
e,
including
mining this data for your own personal or commercial purposes. Failure to comply with t
hese
terms
```

```
may result in termination of access to the Whois database. These terms may be subject t
o
modification
at any time without notice.
```



## Tools

| Whois History |
| --- |

| Hosting History |
| --- |

| Monitor Domain Properties | ▼ |
| --- | --- |

| Reverse Whois Lookup | ▼ |
| --- | --- |

| Reverse IP Address Lookup | ▼ |
| --- | --- |

| Network Tools | ▼ |
| --- | --- |

| Buy This Domain ▾ |
| --- |

| Visit Website |
| --- |

| ⬇ Preview the Full Domain Report |
| --- |

| Queue Screenshot for Addition |
| --- |

### Available TLDs

| General TLDs | Country TLDs |
| --- | --- |

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| UnocalGlobal.com | View Whois |
| --- | --- |
| UnocalGlobal.net | Buy Domain |
| UnocalGlobal.org | Buy Domain |
| UnocalGlobal.info | Buy Domain |
| UnocalGlobal.biz | Buy Domain |
| UnocalGlobal.us | Buy Domain |

Case 4:21-cv-00279   Document 6-1   Filed on 01/29/21 in TXSD   Page 123 of 125

Sitemap   Blog   Terms   Privacy   Contact   California Privacy Notice   Do Not Sell My Personal Information

© 2021 DomainTools

JS 44  (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law,  except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a)  PLAINTIFFS**
PHILLIPS 66 COMPANY

**DEFENDANTS**
RAAJ UNOCAL LUBRICANTS LIMITED

**(b)**  County of Residence of First Listed Plaintiff          Harris
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)**  Attorneys *(Firm Name, Address, and Telephone Number)*
Stephen P. Meleen
PIRKEY BARBER PLLC
1801 East Sixth Street, Suite 300 Austin, TX  78702
(512) 322-5200

Attorneys *(If Known)*

**II.  BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ☒ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

**III.  CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV.  NATURE OF SUIT** *(Place an "X" in One Box Only)*                         Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | ☒ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

**V.  ORIGIN** *(Place an "X" in One Box Only)*
- ☒ 1  Original Proceeding
- ☐ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from Another District *(specify)*
- ☐ 6  Multidistrict Litigation - Transfer
- ☐ 8  Multidistrict Litigation - Direct File

**VI.  CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 U.S.C. Sec. 1051 et seq.
Brief description of cause:
Trademark infringement, counterfeiting, dilution, unfair competition, and unjust enrichment

**VII.  REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐No

**VIII.  RELATED CASE(S) IF ANY**     *(See instructions):*
JUDGE
DOCKET NUMBER

DATE
January 28, 2021

SIGNATURE OF ATTORNEY OF RECORD
s/ Stephen P. Meleen

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)    Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)    County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)    Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.    Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.    Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.    Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.    Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.    Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII.    Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.    Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.