IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PHILLIPS 66 COMPANY, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> RAAJ UNOCAL LUBRICANTS LIMITED, § <br> § <br> Defendant. § <br> § | Civil Action No. 4:21-cv-00279 |

### NOTICE OF APPEARANCE OF ALEXANDRA H. BISTLINE

The attorney identified below gives notice that she is appearing in this action as counsel for Plaintiff Phillips 66 Company.

    Alexandra H. Bistline
    Texas Bar No. 24092137
    Federal Bar No. 2627667
    PIRKEY BARBER PLLC
    1801 East 6th Street, Suite 300
    Austin, Texas 78702
    Telephone: (512) 322-5200
    Fax: (512) 322-5201
    abistline@pirkeybarber.com

As a registered user of the Court's ECF system, Ms. Bistline consents to electronic service of all documents filed in this action, including all notices, orders, and opinions issued by the Court.

    Respectfully submitted,

Date: February 1, 2021        *s/ Stephen P. Meleen*

        Stephen P. Meleen
        Attorney-in-Charge
        Texas Bar No. 00795776
        Federal Bar No. 24154

-2-

                PIRKEY BARBER PLLC
                1801 East Sixth Street, Suite 300
                Austin, Texas 78702
                Telephone: (512) 322-5200
                Fax: (512) 322-5201
                smeleen@pirkeybarber.com

                **ATTORNEY-IN-CHARGE FOR**
                **PLAINTIFF PHILLIPS 66 COMPANY**

**OF COUNSEL**
Alexandra H. Bistline
Texas Bar No. 24092137
Federal Bar No. 2627667
PIRKEY BARBER PLLC
1801 East 6th Street, Suite 300
Austin, Texas 78702
Telephone: (512) 322-5200
Fax: (512) 322-5201
abistline@pirkeybarber.com

-3-

## CERTIFICATE OF SERVICE

    I hereby certify that on January February 1, 2021, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system. In addition, a copy of the foregoing will be served on the Defendant along with the summons and complaint.

                                      *s/ Stephen P. Meleen*
                                      Stephen P. Meleen