# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PHILLIPS 66 COMPANY, | § § § | |
| Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. 4:21-cv-00279 |
| RAAJ UNOCAL LUBRICANTS LIMITED, | § § § | |
| Defendant. | § § | |

### AFFIDAVIT OF MANAS UPMANYU
### IN SUPPORT OF MOTION TO EXTEND TIME FOR SERVICE

I, Manas Upmanyu, declare as follows:

1. I make this declaration based on my own personal knowledge and could and would competently testify as to the matters set forth below if called upon to do so.

2. I am a Senior Associate with Lall&Sethi, an Indian law firm that represents Plaintiff Phillips 66 Company in certain intellectual property matters in India.

3. On January 29, 2021, I emailed Defendant Raaj Unocal Lubricants Limited a copy of the Complaint filed in this Action (Civ. No. 4:21-cv-00279, the "United States Action") and asked whether Defendant would be willing to agree to formally waive service of the Complaint. I was also aware that Defendant had Indian counsel who represented Defendant in other intellectual property matters in India. Accordingly, I also emailed a copy of the Complaint and this request to Defendant's Indian counsel.

4. On February 1, I emailed Defendant and Defendant's Indian counsel the summons which issued on January 29 and followed up regarding the potential waiver of service. On

February 8, 2021, I again followed up with Defendant via email regarding the potential waiver of service.

5. I did not receive a response to these emails.

6. On March 8, 2021, Defendant filed a lawsuit in India against Phillips 66 Company and obtained an ex parte temporary restraining order prohibiting Phillips 66 Company from proceeding with the United States Action. Defendant attached a copy of the Complaint from the United States Action to the Indian lawsuit.

7. On March 10, 2021, Defendant's Indian counsel served Plaintiff a copy of the Indian lawsuit via email.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Shimla, India on April 15, 2021.

_____

Manas Upmanyu