IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PHILLIPS 66 COMPANY, | § |
| Plaintiff, | § |
| v. | § Civil Action No. 4:21-cv-00279 |
| RAAJ UNOCAL LUBRICANTS LIMITED, | § |
| Defendant. | § |

### ORDER

After considering Plaintiff Phillips 66 Company ("Plaintiff") Motion to Extend Time for Service, and for good cause shown, the Court finds the motion should be GRANTED.

The Court orders that Phillips 66 Company shall have until April 28, 2022 to serve the Complaint and Summons on Defendant Raaj Unocal Lubricants Limited. The Court further orders that the current initial pretrial and scheduling conference is reset until July 1, 2022 at 1:30 p.m.

SIGNED on _____April 28_____, 2021, at Houston, Texas.

_____
**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**