# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **PHILLIPS 66 COMPANY,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:21-CV-279 |
| | § | |
| **RAAJ UNOCAL LUBRICANTS LIMITED,** | § | |
| | § | |
| **Defendant.** | § | |

## AFFIDAVIT OF CELESTE INGALLS

I declare that I, Celeste Ingalls, am a citizen of the United States, over the age of twenty-one, not a party nor an attorney for any party in this action, and state the following:

1. I am employed by Alan H. Crowe & Associates, Inc. dba Crowe Foreign Services, 1020 SW Taylor Street, Suite 240, Portland, Oregon, and have specialized in the service of civil process in foreign countries for more than 25 years.

2. The United States and India are both signatories to the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, Done at the Hague, November 15, 1965, (Hague Service Convention).

3. I have successfully, on a frequent and regular basis, prepared, signed and forwarded requests for service of process in accordance the Hague Service Convention in India from various United States Federal and State Courts, as well as from courts in Canada and other territories.

4. Since 2003, I have attended all Special Administrative Sessions of the Hague Conference in The Hague, Netherlands, as a private expert. At these sessions, signatory countries are represented by their respective Judicial Authorities to discuss the practical

mechanics of, and problems encountered in dealing with, the Hague Service Convention as they apply to each country's laws and interpretations of the Convention and its obligations.

5. I have participated (at invitation) with the Hague Administration in a "training" session, presided over by the Hague Administration, to provide guidance to a foreign Central Authority and its courts on their practical obligations with respect to service under the provisions of the Hague Service Convention. At this session, it was agreed by the Hague Administration that each signatory country has the discretion to interpret the Convention articles in a way that conforms to their internal law.

6. In accordance with FRCP Rule 4(h)(2), service upon a corporation……. in a place not within any judicial district of the United States shall be by any manner prescribed for individuals by subdivision (f).

7. India declared at its accession to the Hague Service Convention, that it formally objects to the alternative methods of service outlined in Article 10 of the Hague Service Convention and mandates all service go through the designated Central Authority for India.

8. The Ministry of Law and Justice of India (Central Authority) has been designated as the entity authorized to receive and effect service of civil process in India in accordance with the Hague Service Convention.

9. On March 1, 2021, the Summons in a Civil Action, Plaintiff's Original Complaint, Exhibits A-K, Civil Cover Sheet, Plaintiffs' Corporate Disclosure Statement, Order for Conference and Disclosure of Parties, with Attachments, Report on the Filing to the Patent and Trademark Office, with Attachments (Plaintiff's Original Complaint, Exhibits A-K, Civil Cover Sheet), and Notice of Appearance of Alexandra H. Bistline, was received by the Central

Authority for India to be served upon defendant **Raaj Unocal Lubricants Limited** in accordance with the Hague Service Convention.

10. No signatory nation is obligated under the Hague Service Convention to provide status on a request for service in its possession and India's Central Authority does not.

11. The Hague Service Convention does not impose an obligatory time frame. My recent experience is that the time frames for completed service in India in accordance with the Hague Service Convention have varied greatly and in the past 2 years have increased to an average of between 8 and 12 months, with some occurring in less time and some taking much longer. In addition, the Covid-19 pandemic continues to cause additional delays. Therefore, at this time an estimate of how long the above service will actually take cannot currently be calculated.

_Celeste Ingalls_

SUBSCRIBED AND SWORN to before me this 22nd day of April 2021.

_Notary Public_



OFFICIAL STAMP
NAO SAKAMOTO
NOTARY PUBLIC - OREGON
COMMISSION NO. 992959
MY COMMISSION EXPIRES OCTOBER 23, 2023