# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PHILLIPS 66 COMPANY, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:21-cv-00279 |
| § | |
| RAAJ UNOCAL LUBRICANTS LIMITED, § | |
| § | |
| Defendant. § | |

**AFFIDAVIT OF SHWETASREE MAJUMDER**
**IN SUPPORT OF MOTION TO EXTEND TIME FOR SERVICE**

I, Shwetasree Majumder, declare as follows:

1. I make this declaration based on my own personal knowledge and could and would competently testify as to the matters set forth below if called upon to do so.

2. I am the Managing Partner with Fidus Law Chambers, an Indian law firm that represents Plaintiff Phillips 66 Company in certain intellectual property matters in India.

3. On March 8, 2021, in a lawsuit ("the Indian lawsuit") filed by the Defendant against Phillips 66 (CS (COMM) No 100 of 2021), the High Court of Delhi passed an ex parte temporary order of injunction ("the anti-suit injunction") restraining Phillips 66 Company from proceeding with this civil action (No. 4:21-cv-00279) ("the United States Action"). Defendant attached a copy of the Complaint from the United States Action to the Indian lawsuit.

4. Phillips 66 vigorously contested the anti-suit injunction, and the High Court of Delhi held several hearings regarding the matter, including on April 16, April 22, April 23, April 26, April 29, and April 30, 2021.

5. During the hearings before the High Court of Delhi, Defendant's counsel repeatedly relied on and cited to the Complaint filed by Phillips 66 and the relief that Phillips 66 sought in the United States Action.

6. On May 25, 2021, the High Court of Delhi vacated the temporary order of anti-suit injunction against Phillips 66, finding that it would not be justified in restraining Phillips 66 from prosecuting the United States Action. Attached as Exhibit A is a copy of the order of the High Court of Delhi dated May 25, 2021 vacating the anti-suit injunction.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in New Delhi, India on May 25, 2021.

*/s/ Shwetasree*

---
Shwetasree Majumder