United States District Court
Southern District of Texas
**ENTERED**
June 02, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PHILLIPS 66 COMPANY, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:21-cv-00279 |
| § | |
| RAAJ UNOCAL LUBRICANTS LIMITED, § | |
| § | |
| Defendant. § | |
| § | |

## **ORDER**

After considering Plaintiff Phillips 66 Company's ("Plaintiff") Motion for Alternative Service, and for good cause shown, the Court finds the motion should be GRANTED. Pursuant to Fed. R. Civ. P. 4(f)(3), the Court orders that Phillips 66 Company shall serve Defendant Raaj Unocal Lubricants Limited via email at info@rajgarhiagroup.com and madhav.r@rajgarhiagroup.com (with a copy to Defendant's Indian counsel at kapil@wadhwachambers.com) with the Complaint (Dkt. 1), Summons (Dkt. 4), Plaintiff's Corporate Disclosure Statement and Certificate of Interested Parties (Dkt. 3), Order for Initial Pretrial and Scheduling Conference (Dkt. 5), Report to the Patent and Trademark Office (Dkt. 6), Notice of Appearance of Alexandra H. Bistline (Dkt. 7), Plaintiff's Motion to Extend Time for Service (Dkt. 8), Order granting Plaintiff's Motion to Extend Time for Service (Dkt. 9), Plaintiff's Motion for Alternative Service (Dkt. 10), and this Order. Plaintiff shall file a declaration attesting to service via email having been completed within ten days of this Order.

SIGNED on June 2, 2021, at Houston, Texas.

Vanessa D. Gilmore
United States District Judge