IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PHILLIPS 66 COMPANY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 4:21-cv-00279 |
| v. | § | |
| | § | |
| RAAJ UNOCAL LUBRICANTS LIMITED, | § | |
| | § | |
| Defendant. | § | |

**DECLARATION OF SERVICE**

On June 2, 2021 (United States Central Daylight Time), I caused true and correct copies of the Complaint (Dkt. 1), Summons (Dkt. 4), Plaintiff's Corporate Disclosure Statement and Certificate of Interested Parties (Dkt. 3), Order for Initial Pretrial and Scheduling Conference (Dkt. 5), Report to the Patent and Trademark Office (Dkt. 6), Notice of Appearance of Alexandra H. Bistline (Dkt. 7), Plaintiff's Motion to Extend Time for Service (Dkt. 8), Order granting Plaintiff's Motion to Extend Time for Service (Dkt. 9), Plaintiff's Motion for Alternative Service (Dkt. 10) and the Order granting Plaintiff's Motion for Alternative Service (Dkt. 11) in this action to be served via email upon Defendant Raaj Unocal Lubricants Limited at info@rajgarhiagroup.com and madhav.r@rajgarhiagroup.com, with a copy of same served upon Defendant's Indian counsel via email at kapil@wadhwachambers.com.  Attached as Exhibit 1 is a copy of the June 2, 2021 email serving these documents on Defendant.

I declare under penalty of perjury that the foregoing is true and correct.  Executed in Austin, Texas on June 7, 2021.

<i>s/ Stephen P. Meleen</i><br>
Stephen P. Meleen

Respectfully submitted,

Date: <u>June 7, 2021</u>

*s/ Stephen P. Meleen*
Stephen P. Meleen, Attorney-in-Charge
Texas Bar No. 00795776
S.D. Tex. Bar No. 24154
Alexandra Bistline
Texas Bar No. 24092137
S.D. Tex. Bar No. 2627667
PIRKEY BARBER PLLC
1801 East Sixth Street, Suite 300
Austin, TX 78702
Telephone: (512) 322-5200
Fax: (512) 322-5201
smeleen@pirkeybarber.com
abistline@pirkeybarber.com

**ATTORNEYS FOR PLAINTIFF**
**PHILLIPS 66 COMPANY**

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2021 the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record, and was served via First Class Mail upon the Defendant at the below address, with a copy by email to Defendant at info@rajgarhiagroup.com and madhav.r@rajgarhiagroup.com and Defendant's Indian counsel at kapil@wadhwachambers.com:

RAAJ UNOCAL LUBRICANTS LIMITED
40 Km Stone
Mathura Rd.
Jharsaintly, Ballabhgarh, Faridabad,
Haryana 121004
India

*s/ Stephen P. Meleen*
Stephen P. Meleen