# EXHIBIT 1

| | |
|---|---|
| From: | Diana Rausa |
| To: | info@rajgarhiagroup.com; madhav.r@rajgarhiagroup.com |
| Cc: | kapil@wadhwachambers.com; Steve Meleen; Alex Bistline |
| Subject: | Service of Court Documents - Phillips 66 Company v. Raaj Unocal Lubricants Limited, U.S. District Court, Southern District of Texas, Case No. 4:21-cv-00279 (Our Ref. PHIL076) |
| Date: | Wednesday, June 2, 2021 3:45:00 PM |
| Attachments: | 2021-01-28 [1] Plaintiff"s Original Complaint w Exhibits - Jury Demanded (PHIL076) (4845-0817-8394.1).pdf |
| | 2021-01-29 [4] Summons ISSUED - Raaj Unocal Lubricants Limited (4847-7682-3002.1).pdf |
| | 2021-01-28 [3] Plaintiff"s Corporate Disclosure Statement and Certificate of Interested Parties (PHIL076) (4838-3715-5290.1).pdf |
| | 2021-01-29 [5] Order for Initial Pretrial and Scheduling Conference (PHIL076) (4838-5748-4506.1).pdf |
| | 2021-01-29 [6] PTO report (PHIL076) (4822-6371-4522.1).pdf |
| | 2021-02-01 [7] Notice of Appearance - Alexandra H. Bistline (PHIL076) (4828-2308-1434.1).pdf |
| | 2021-04-27 [8] Motion to Extend Time for Service w supporting documents (PHIL076) (4846-3953-2519.1).pdf |
| | 2021-04-28 [9] Order granting Plaintiff"s Motion to Extend Time for Service (PHIL076) (4812-9491-4791.1).pdf |
| | 2021-06-01 [10] Plaintiff"s Motion for Alternative Service w attached declarations, exs. (PHIL076) (4829-9514-0332.1).pdf |
| | 2021-06-02 [11] Order granting Plaintiff"s Motion for Alternative Service (4852-5142-0397.1).pdf |

To:  Raaj Unocal Lubricants Limited

Pursuant to the attached Court Order (Dkt. 11), you are being served with the following documents which are attached to this email:

-Complaint (Dkt. 1)
-Summons (Dk.t 4)
-Plaintiff's Corporate Disclosure Statement and Certificate of Interested Parties (Dkt. 3)
-Order for Initial Pretrial and Scheduling Conference (Dkt. 5)
-Report to the Patent and Trademark Office (Dkt. 6)
-Notice of Appearance of Alexandra H. Bistline (Dkt. 7)
-Plaintiff's Motion to Extend Time for Service (Dkt. 8)
-Order granting Plaintiff's Motion to Extend Time for Service (Dkt. 9)
-Plaintiff's Motion for Alternative Service (Dkt. 10)
-Order granting Plaintiff's Motion for Alternative Service (Dkt. 11)

If you are represented by counsel in the United States, please forward this email to them.

Best,
**Diana L. Rausa**
Paralegal
1801 East 6th Street, Suite 300 | Austin, Texas 78702 | USA
512-482-5241 (direct) | 512-322-5201 (fax)

**Pirkey**Barber PLLC

Confidentiality Notice: The information contained in this email is confidential, and may be privileged or otherwise protected from disclosure. If you are not the intended recipient, any dissemination, distribution, or copying is strictly prohibited. If you think you have received this email message in error, please email the sender.